## CONFIDENTIALITY AND RESTRICTIVE COVENANT AGREEMENT

In consideration of initial and/or continued at-will employment, access to confidential, proprietary, and/or trade secret information, and other good and valuable consideration provided by Deep South Communications L.L.C., a Louisiana limited liability company ("Employer"), to __Peter M. Fellegy__ [EMPLOYEE NAME] ("Employee"), Employer and Employee do hereby agree and understand as follows:

1. **Employer's Business.** Employer is a telecommunications contractor specializing in microwave communications design and construction, fiber optics communications, distributed antenna systems (DAS), intelligent transportations systems (ITS), communications tower build-outs and maintenance, cellular and microwave maintenance and build-outs. Employer's business also includes the development and maintenance of business relationships and accounts with various persons and/or entities with whom Employer conducts business, including customers, consumers, borrowers, vendors, suppliers, contractors, or otherwise, are hereinafter collectively referred to as Employer's "clients."

2. **Duty of Loyalty/No Conflict of Interest.** Employee hereby acknowledges that he/she owes a duty of loyalty to Employer and agrees to fulfill that duty as a material condition of initial and/or continued at-will employment and access to confidential, proprietary, an/or trade secret information. Employee agrees to devote his/her full professional and business time and attention to the business of the Company, to use his/her best efforts to advance the interests, business, and welfare of the Company, and to render his services under this Agreement fully, faithfully, diligently, loyally, competently and to the best of his/her ability. Employee also agrees not to engage in any other employment or business activities during his/her employment by Employer, including but not limited to employment or business activities that compete with the business of the Company or interfere with the ability of the Employee to perform the services and discharge the responsibilities required of him/her under this Agreement, or that create an actual or potential conflict of interest.

3. **Confidential Information.** Employee understands that, during the course of Employee's employment relationship with Employer, Employee has had and/or will continue to have access to existing and new valuable information relating to the business and clients of Employer that is nonpublic, confidential, proprietary, and/or a trade secret and would be particularly valuable to the Employer's competitors, including but not limited to business plans and strategies; business processes; research and development; training and other operational methods and techniques; manuals, policies, and procedures; business records and files; business proposals; client lists; client information; client source lists; purchasing methods; pricing; sales plans and activities; customer service strategies or activities; marketing and other technical data and studies; employment and other personnel data; financial plans, reports, and strategies; profits and losses; budgets; projections; price lists; sales, promotional, and marketing strategies and information;

Employee Initials
_____



proprietary computer software and data; and internal correspondence, notes, and memoranda relating to any of the foregoing (all hereinafter "Confidential Information").

4. **Non-Disclosure of Confidential Information.** Employee agrees that, during and after the end of Employee's employment relationship with Employer, Employee will not communicate, divulge, or make available to any person or entity (other than Employer, its clients, or other persons or entities expressly authorized by Employer to receive such information) any Confidential Information, except upon the prior written authorization of Employer or as may be required by law or valid legal process.

5. **Restrictive Covenants.** The covenants set forth in this Section 5 of this Agreement are ancillary to and part of the other promises, understandings, and agreements made herein, including those regarding the protection of Confidential Information. These covenants are reasonably necessary for the protection of employer's legitimate interests, including but not limited to Employer's relationships with its clients, good will, confidentiality, trade secrets, and specialized training and skills Employee has obtained from Employer.

   A. **The Territory.** The "Territory", as used in this Agreement, shall consist of the following parish or parishes, county or counties, and/or municipality or municipalities set forth on Exhibit A attached hereto, so long as Employer carries on a like business therein.

   B. **Non-Competition.** While employed by Employer and for a period of two years following the end of such employment relationship, Employee shall not, in the Territory, directly or indirectly, whether as an employee, consultant, independent contractor, agent, officer, director, owner, partner, operator, shareholder of 1% or more of stock, or in any other capacity, engage in any business that directly or indirectly competes with or is similar to the business of Employer.

   C. **Non-Solicitation.** While employed by Employer and for a period of two years following the end of such employment relationship, Employee shall not, in the Territory, (1) directly or indirectly solicit, request, seek, or obtain, for the benefit of Employee or any person or entity other than Employer, the business of any person or entity that is a client of Employer during Employee's employment by Employer or that is a client of Employer during the two year period following the end of such employment relationship, or (2) directly or indirectly solicit, request, influence, induce, or otherwise encourage any client of Employer as described herein to restrict, limit, or cease doing business with Employer.

   D. **Non-Recruitment.** While employed by Employer and for a period of two years following the end of such employment relationship, Employee shall not, in the Territory, solicit, recruit, hire, or cause to be solicited, recruited, or hired, whether for Employee's own benefit or for the benefit of any entity or person other than Employer, any employee, temporary worker, or independent contractor of Employer. Employee also shall not solicit, request, influence, induce, or otherwise

Employee's Initials _____

encourage any employee, temporary worker, or independent contractor of Employer to cease employment or any contractual or other working relationship with Employer or to become employed by any entity or person other than Employer.

6. **Breach and Remedies.** Employee acknowledges that a breach or threatened breach of any of Employee's obligations would cause immediate and irreparable harm to Employer for which an adequate monetary remedy does not exist. Employee agrees that, in the event of any such breach or threatened breach, Employer shall be entitled to temporary, preliminary, and/or permanent injunctive relief restraining Employee from such breach or threatened breach, and/or compelling or ordering Employee's compliance with this Agreement, without the necessity of proof of actual damage or the posting of any security or bond, except as required by any non-waivable, applicable law. Nothing herein, however, shall be construed as prohibiting Employer from pursuing any other remedy at law or in equity to which the Employer may be entitled in the event of a breach or threatened breach by Employee, including without limitation the recovery of damages, penalties, attorneys' fees, lost profits, costs, and expenses incurred by Employer as a result.

7. **Severability/Reformation.** If any term or provision of this Agreement is held to be invalid or unenforceable in any respect, the parties agree that they intend for any court or tribunal so construing this Agreement to reform, modify, expand, or limit such term or provision temporally, geographically, or otherwise so as to render it valid and enforceable to the fullest extent allowed by law. Any such term or provision that is not susceptible of such reformation shall be disregarded or severed so as to not affect any other term or provision hereof, and the remainder of this Agreement shall not be affected thereby and each such remaining term and provision of this Agreement shall be valid and enforced to the fullest extent permitted by law.

8. **Complete Agreement.** This sets forth the entire agreement between Employer and Employee with respect to the subject matters covered herein and the parties hereby agree that there are no extraneous agreements or understandings governing or concerning such subject matters, except as expressly referenced otherwise in this Agreement.

9. **Survival.** The responsibilities and obligations of Employee as set forth in Paragraphs 3-5 of this Agreement shall survive the end of the employment relationship between Employee and Employer.

10. **At-Will Employment.** Employee understands that nothing in this Agreement creates a guarantee or contract of employment for a specific term or period of time, and that Employee's employment is at-will. No guarantee or contract of employment for a specific term or duration may be made by or on behalf of the Employer, except by the President of Employer, and only in writing.



Employee Initials

12. **Governing Law and Jurisdiction.** This Agreement shall be governed exclusively by the law of the State of Louisiana and/or applicable federal law, without regard to conflicts of laws principles.

**Employee:**
_____    DATE: May 18, 2017
EMPLOYEE'S SIGNATURE

**Employer:**
_____    DATE: _____
REPRESENTATIVE'S SIGNATURE

Employee's Initials
_____

## Exhibit A "Territory"

The following parishes within the State of Louisiana:

| | | | | |
|---|---|---|---|---|
| Acadia | Concordia | La Salle | Richland | Terrebonne |
| Allen | De Soto | Lafayette | Sabine | Union |
| Ascension | East Baton Rouge | Lafourche | St. Bernard | Vermilion |
| Assumption | | Lincoln | St. Charles | Vernon |
| Avoyelles | East Carroll | Livingston | St. Helena | Washington |
| Beauregard | East Feliciana | Madison | St. James | Webster |
| Bienville | Evangeline | Morehouse | St. John the Baptist | West Baton Rouge |
| Bossier | Franklin | Natchitoches | | |
| Caddo | Grant | Orleans | St. Landry | West Carroll |
| Calcasieu | Iberia | Ouachita | St. Martin | West Feliciana |
| Caldwell | Iberville | Plaquemines | St. Mary | Winn |
| Cameron | Jackson | Pointe Coupee | St. Tammany | |
| Catahoula | Jefferson | Rapides | Tangipahoa | |
| Claiborne | Davis | Red River | Tensas | |

The following counties within the State of Ohio

| | | | | |
|---|---|---|---|---|
| Adams | Darke | Hocking | Miami | Scioto |
| Allen | Defiance | Holmes | Monroe | Seneca |
| Ashland | Delaware | Huron | Montgomery | Shelby |
| Ashtabula | Erie | Jackson | Morgan | Stark |
| Athens | Fairfield | Jefferson | Morrow | Summit |
| Auglaize | Fayette | Knox | Muskingum | Trumbull |
| Belmont | Franklin | Lake | Noble | Tuscarawas |
| Brown | Fulton | Lawrence | Ottawa | Union |
| Butler | Gallia | Licking | Paulding | Van Wert |
| Carroll | Geauga | Logan | Perry | Vinton |
| Champaign | Greene | Lorain | Pickaway | Warren |
| Clark | Guernsey | Lucas | Pike | Washington |
| Clermont | Hamilton | Madison | Portage | Wayne |
| Clinton | Hancock | Mahoning | Preble | Williams |
| Columbiana | Hardin | Marion | Putnam | Wood |
| Coshocton | Harrison | Medina | Richland | Wyandot |
| Crawford | Henry | Meigs | Ross | |
| Cuyahoga | Highland | Mercer | Sandusky | |

Employee's Initials [signature]

The following counties within the State of Georgia:

| | | | | |
|---|---|---|---|---|
| Appling | Colquitt | Glynn | McDuffie | Taylor |
| Athens-Clarke | Columbia | Gordon | McIntosh | Telfair |
| Atkinson | Columbus-Muscogee | Grady | Meriwether | Terrell |
| Augusta | | Greene | Miller | Thomas |
| Bacon | Cook | Gwinnett | Mitchell | Tift |
| Baker | Coweta | Habersham | Monroe | Toombs |
| Baldwin | Crawford | Hall | Montgomery | Towns |
| Banks | Crisp | Hancock | Morgan | Treutlen |
| Barrow | Cusseta-Chattahoochee | Haralson | Murray | Troup |
| Bartow | | Harris | Newton | Turner |
| Ben Hill | Dade | Hart | Oconee | Twiggs |
| Berrien | Dawson | Heard | Oglethorpe | Union |
| Bibb | Decatur | Henry | Paulding | Upson |
| Bleckley | DeKalb | Houston | Peach | Walker |
| Brantley | Dodge | Irwin | Pickens | Walton |
| Brooks | Dooly | Jackson | Pierce | Ware |
| Bryan | Dougherty | Jasper | Pike | Warren |
| Bulloch | Douglas | Jeff Davis | Polk | Washington |
| Burke | Early | Jefferson | Pulaski | Wayne |
| Butts | Echols | Jenkins | Putnam | Webster |
| Calhoun | Effingham | Johnson | Rabun | Wheeler |
| Camden | Elbert | Jones | Randolph | White |
| Candler | Emanuel | Lamar | Richmond | Whitfield |
| Carroll | Evans | Lanier | Rockdale | Wilcox |
| Catoosa | Fannin | Laurens | Schley | Wilkes |
| Charlton | Fayette | Lee | Screven | Wilkinson |
| Chatham | Floyd | Liberty | Seminole | Worth |
| Chattooga | Forsyth | Lincoln | Spalding | |
| Cherokee | Franklin | Long | Stephens | |
| Clay | Fulton | Lowndes | Stewart | |
| Clayton | Georgetown-Quitman | Lumpkin | Sumter | |
| Clinch | | Macon | Talbot | |
| Cobb | Gilmer | Madison | Taliaferro | |
| Coffee | Glascock | Marion | Tattnall | |

Employee's Initials

The following counties within the State of Alabama:

| | | | | |
|---|---|---|---|---|
| Autauga | Cleburne | Fayette | Lowndes | Russell |
| Baldwin | Coffee | Franklin | Macon | Shelby |
| Barbour | Colbert | Geneva | Madison | St. Clair |
| Bibb | Conecuh | Greene | Marengo | Sumter |
| Blount | Coosa | Hale | Marion | Talladega |
| Bullock | Covington | Henry | Marshall | Tallapoosa |
| Butler | Crenshaw | Houston | Mobile | Tuscaloosa |
| Calhoun | Cullman | Jackson | Monroe | Walker |
| Chambers | Dale | Jefferson | Montgomery | Washington |
| Cherokee | Dallas | Lamar | Morgan | Wilcox |
| Chilton | DeKalb | Lauderdale | Perry | Winston |
| Choctaw | Elmore | Lawrence | Pickens | |
| Clarke | Escambia | Lee | Pike | |
| Clay | Etowah | Limestone | Randolph | |

The following counties within the State of Florida:

| | | | | |
|---|---|---|---|---|
| Alachua | Dixie | Highlands | Manatee | Polk |
| Baker | Duval | Hillsborough | Marion | Putnam |
| Bay | Escambia | Holmes | Martin | Santa Rosa |
| Bradford | Flagler | Indian River | Miami-Dade | Sarasota |
| Brevard | Franklin | Jackson | Monroe | Seminole |
| Broward | Gadsden | Jefferson | Nassau | St. Johns |
| Calhoun | Gilchrist | Lafayette | Okaloosa | St. Lucie |
| Charlotte | Glades | Lake | Okeechobee | Sumter |
| Citrus | Gulf | Lee | Orange | Suwannee |
| Clay | Hamilton | Leon | Osceola | Taylor |
| Collier | Hardee | Levy | Palm Beach | Union |
| Columbia | Hendry | Liberty | Pasco | Volusia |
| DeSoto | Hernando | Madison | Pinellas | Wakulla |
| | | | | Walton |

Employee's Initials _____

The following counties within the State of Mississippi:

| | | | | |
|---|---|---|---|---|
| Adams | Forrest | Kemper | Noxubee | Tate |
| Alcorn | Franklin | Lafayette | Oktibbeha | Tippah |
| Amite | George | Lamar | Panola | Tishomingo |
| Attala | Greene | Lauderdale | Pearl River | Tunica |
| Benton | Grenada | Lawrence | Perry | Union |
| Bolivar | Hancock | Leake | Pike | Walthall |
| Calhoun | Harrison | Lee | Pontotoc | Warren |
| Carroll | Hinds | Leflore | Prentiss | Washington |
| Chickasaw | Holmes | Lincoln | Quitman | Wayne |
| Choctaw | Humphreys | Lowndes | Rankin | Webster |
| Claiborne | Issaquena | Madison | Scott | Wilkinson |
| Clarke | Itawamba | Marion | Sharkey | Winston |
| Clay | Jackson | Marshall | Simpson | Yalobusha |
| Coahoma | Jasper | Monroe | Smith | Yazoo |
| Copiah | Jefferson | Montgomery | Stone | |
| Covington | Jefferson Davis | Neshoba | Sunflower | |
| DeSoto | Jones | Newton | Tallahatchie | |

The following counties within the State of Missouri

| | | | | |
|---|---|---|---|---|
| Adair | Clay | Jackson | New Madrid | Shannon |
| Andrew | Clinton | Jasper | Newton | Shelby |
| Atchison | Cole | Jefferson | Nodaway | St. Charles |
| Audrain | Cooper | Johnson | Oregon | St. Clair |
| Barry | Crawford | Knox | Osage | St. Francois |
| Barton | Dade | Laclede | Ozark | St. Louis |
| Bates | Dallas | Lafayette | Pemiscot | St. Louis City |
| Benton | Daviess | Lawrence | Perry | Ste. Genevieve |
| Bollinger | Dent | Lewis | Pettis | |
| Boone | DeKalb | Lincoln | Phelps | |
| Buchanan | Douglas | Linn | Pike | Stoddard |
| Butler | Dunklin | Livingstone | Platte | Stone |
| Caldwell | Franklin | Macon | Polk | Sullivan |
| Callaway | Gasconade | Madison | Pulaski | Taney |
| Camden | Gentry | Maries | Putnam | Texas |
| Cape Girardeau | Greene | Marion | Ralls | Vernon |
| Carroll | Grundy | McDonald | Randolph | Warren |
| Carter | Harrison | Mercer | Ray | Washington |
| Cass | Henry | Miller | Reynolds | Wayne |
| | Hickory | Mississippi | Ripley | Webster |

Employee's Initials
_____

| | | | | |
|---|---|---|---|---|
| Cedar | Holt | Moniteau | Saline | Worth |
| Chariton | Howard | Monroe | Schuyler | Wright |
| Christian | Howell | Montgomery | Scotland | |
| Clark | Iron | Morgan | Scott | |

The following counties within the State of North Carolina:

| | | | | |
|---|---|---|---|---|
| Alamance | Chowan | Guilford | Mitchell | Rutherford |
| Alexander | Clay | Halifax | Montgomery | Sampson |
| Alleghany | Cleveland | Harnett | Moore | Scotland |
| Anson | Columbus | Haywood | Nash | Stanly |
| Ashe | Craven | Henderson | New Hanover | Stokes |
| Avery | Cumberland | Hertford | Northampton | Surry |
| Beaufort | Currituck | Hoke | Onslow | Swain |
| Bertie | Dare | Hyde | Orange | Transylvania |
| Bladen | Davidson | Iredell | Pamlico | Tyrrell |
| Brunswick | Davie | Jackson | Pasquotank | Union |
| Buncombe | Duplin | Johnston | Pender | Vance |
| Burke | Durham | Jones | Perquimans | Wake |
| Cabarrus | Edgecombe | Lee | Person | Warren |
| Caldwell | Forsyth | Lenoir | Pitt | Washington |
| Camden | Franklin | Lincoln | Polk | Watauga |
| Carteret | Gaston | Macon | Randolph | Wayne |
| Caswell | Gates | Madison | Richmond | Wilkes |
| Catawba | Graham | Martin | Robeson | Wilson |
| Chatham | Granville | McDowell | Rockingham | Yadkin |
| Cherokee | Greene | Mecklenburg | Rowan | Yancey |

The following counties in the State of Oklahoma:

| | | | | |
|---|---|---|---|---|
| Adair | Cotton | Jackson | McIntosh | Pushmataha |
| Alfalfa | Craig | Jefferson | Murray | Roger Mills |
| Atoka | Creek | Johnston | Muskogee | Rogers |
| Beaver | Custer | Kay | | Seminole |
| Beckham | Delaware | Kingfisher | Noble | Sequoyah |
| Blaine | Dewey | Kiowa | Nowata | Stephens |
| Bryan | Ellis | Latimer | Okfuskee | Texas |
| Caddo | Garfield | Le Flore | Oklahoma | Tillman |
| Canadian | Garvin | Lincoln | Okmulgee | Tulsa |
| Carter | Grady | Logan | Osage | Wagoner |
| Cherokee | Grant | Love | Ottawa | Washington |
| Choctaw | Greer | Major | Pawnee | Washita |
| Cimarron | Harmon | Marshall | Payne | Woods |

Employee's Initials

| | | | | |
|---|---|---|---|---|
| Cleveland | Harper | Mayes | Pittsburg | Woodward |
| Coal | Haskell | McClain | Pontotoc | |
| Comanche | Hughes | McCurtain | Pottawatomie | |

The following counties in the State of South Carolina:

| | | | | |
|---|---|---|---|---|
| Abbeville | Cherokee | Florence | Lee | Saluda |
| Aiken | Chester | Georgetown | Lexington | Spartanburg |
| Allendale | Chesterfield | Greenville | Marion | Sumter |
| Anderson | Clarendon | Greenwood | Marlboro | Union |
| Bamberg | Colleton | Hampton | McCormick | Williamsburg |
| Barnwell | Darlington | Horry | Newberry | York |
| Beaufort | Dillon | Jasper | Oconee | |
| Berkeley | Dorchester | Kershaw | Orangeburg | |
| Calhoun | Edgefield | Lancaster | Pickens | |
| Charleston | Fairfield | Laurens | Richland | |

The following counties in the State of Tennessee:

| | | | | |
|---|---|---|---|---|
| Anderson | Decatur | Henderson | Maury | Sequatchie |
| Bedford | DeKalb | Henry | McMinn | Sevier |
| Benton | Dickson | Hickman | McNairy | Shelby |
| Bledsoe | Dyer | Houston | Meigs | Smith |
| Blount | Fayette | Humphreys | Monroe | Stewart |
| Bradley | Fentress | Jackson | Montgomery | Sullivan |
| Campbell | Franklin | Jefferson | Moore | Sumner |
| Cannon | Gibson | Johnson | Morgan | Tipton |
| Carroll | Giles | Knox | Obion | Trousdale |
| Carter | Grainger | Lake | Overton | Unicoi |
| Cheatham | Greene | Lauderdale | Perry | Union |
| Chester | Grundy | Lawrence | Pickett | Van Buren |
| Claiborne | Hamblen | Lewis | Polk | Warren |
| Clay | Hamilton | Lincoln | Putnam | Washington |
| Cocke | Hancock | Loudon | Rhea | Wayne |
| Coffee | Hardeman | Macon | Roane | Weakley |
| Crockett | Hardin | Madison | Robertson | White |
| Cumberland | Hawkins | Marion | Rutherford | Williamson |
| Davidson | Haywood | Marshall | Scott | Wilson |

Employee's Initials

The following counties in the State of Texas:

| | | | | |
|---|---|---|---|---|
| Anderson | Crockett | Hays | Martin | San Saba |
| Andrews | Crosby | Hemphill | Mason | Schleicher |
| Angelina | Culberson | Henderson | Matagorda | Scurry |
| Aransas | Dallam | Hidalgo | Maverick | Shackelford |
| Archer | Dallas | Hill | McCulloch | Shelby |
| Armstrong | Dawson | Hockley | McLennan | Sherman |
| Atascosa | Deaf Smith | Hood | McMullen | Smith |
| Austin | Delta | Hopkins | Medina | Somervell |
| Bailey | Denton | Houston | Menard | Starr |
| Bandera | DeWitt | Howard | Midland | Stephens |
| Bastrop | Dickens | Hudspeth | Milam | Sterling |
| Baylor | Dimmit | Hunt | Mills | Stonewall |
| Bee | Donley | Hutchinson | Mitchell | Sutton |
| Bell | Duval | Irion | Montague | Swisher |
| Bexar | Eastland | Jack | Montgomery | Tarrant |
| Blanco | Ector | Jackson | Moore | Taylor |
| Borden | Edwards | Jasper | Morris | Terrell |
| Bosque | El Paso | Jeff Davis | Motley | Terry |
| Bowie | Ellis | Jefferson | Nacogdoches | Throckmorton |
| Brazoria | Erath | Jim Hogg | Navarro | Titus |
| Brazos | Falls | Jim Wells | Newton | Tom Green |
| Brewster | Fannin | Johnson | Nolan | Travis |
| Briscoe | Fayette | Jones | Nueces | Trinity |
| Brooks | Fisher | Karnes | Ochiltree | Tyler |
| Brown | Floyd | Kaufman | Oldham | Upshur |
| Burleson | Foard | Kendall | Orange | Upton |
| Burnet | Fort Bend | Kenedy | Palo Pinto | Uvalde |
| Caldwell | Franklin | Kent | Panola | Val Verde |
| Calhoun | Freestone | Kerr | Parker | Van Zandt |
| Callahan | Frio | Kimble | Parmer | Victoria |
| Cameron | Gaines | King | Pecos | Walker |
| Camp | Galveston | Kinney | Polk | Waller |
| Carson | Garza | Kleberg | Potter | Ward |
| Cass | Glasscock | Knox | Presidio | Washington |
| Castro | Goliad | La Salle | Rains | Webb |
| Chambers | Gonzales | Lamar | Randall | Wharton |
| Cherokee | Gray | Lamb | Reagan | Wheeler |
| Childress | Grayson | Lampasas | Real | Wichita |
| Clay | Gregg | Lavaca | Red River | Wilbarger |
| Cochran | Grimes | Lee | Reeves | Willacy |
| Coke | Guadalupe | Leon | Refugio | Williamson |
| Coleman | Hale | Liberty | Roberts | Wilson |
| Collingsworth | Hall | Limestone | Robertson | Winkler |

Employee's Initials

| | | | | |
|---|---|---|---|---|
| Colorado | Hamilton | Lipscomb | Rockwall | Wise |
| Comal | Hansford | Live Oak | Runnels | Wood |
| Comanche | Hardeman | Llano | Rusk | Yoakum |
| Concho | Hardin | Loving | Sabine | Young |
| Cooke | Harris | Lubbock | San Augustine | Zapata |
| Coryell | Harrison | Lynn | San Jacinto | Zavala |
| Cottle | Hartley | Madison | San Patricio | Collin Gillespie |
| Crane | Haskell | Marion | | |

The following counties in the State of West Virginia:

| | | | | |
|---|---|---|---|---|
| Barbour | Grant | Logan | Pendleton | Tucker |
| Berkeley | Greenbrier | Marion | Pleasants | Tyler |
| Boone | Hampshire | McDowell | Pocahontas | Upshur |
| Braxton | Hancock | Mercer | Preston | Wayne |
| Brooke | Hardy | Mineral | Putnam | Webster |
| Cabell | Harrison | Mingo | Raleigh | Wetzel |
| Calhoun | Jackson | Monongalia | Randolph | Wirt |
| Clay | Jefferson | Monroe | Ritchie | Wood |
| Doddridge | Kanawha | Morgan | Roane | Wyoming |
| Fayette | Lewis | Nicholas | Summers | |
| Gilmer | Lincoln | Ohio | Taylor | |

The following counties within the State of Arkansas:

| | | | | |
|---|---|---|---|---|
| Arkansas | Craighead | Howard | Miller | Randolph |
| Ashley | Crawford | Independence | Mississippi | Saline |
| Baxter | Crittenden | Izard | Monroe | Scott |
| Benton | Cross | Jackson | Montgomery | Searcy |
| Boone | Dallas | Jefferson | Nevada | Sebastian |
| Bradley | Desha | Johnson | Newton | Sevier |
| Calhoun | Drew | Lafayette | Ouachita | Sharp |
| Carroll | Faulkner | Lawrence | Perry | St. Francis |
| Chicot | Franklin | Lee | Phillips | Stone |
| Clark | Fulton | Lincoln | Pike | Union |
| Clay | Garland | Little River | Poinsett | Van Buren |
| Cleburne | Grant | Logan | Polk | Washington |
| Cleveland | Greene | Lonoke | Pope | White |
| Columbia | Hempstead | Madison | Prairie | Woodruff |
| Conway | Hot Spring | Marion | Pulaski | Yell |

Employee's Initials
_[signature]_

The following counties within the State of Kentucky:

| | | | | |
|---|---|---|---|---|
| Adair | Clay | Henderson | Marshall | Robertson |
| Allen | Clinton | Henry | Martin | Rockcastle |
| Anderson | Crittenden | Hickman | Mason | Rowan |
| Ballard | Cumberland | Hopkins | McCracken | Russell |
| Barren | Daviess | Jackson | McCreary | Scott |
| Bath | Edmonson | Jefferson | McLean | Shelby |
| Bell | Elliott | Jessamine | Meade | Simpson |
| Boone | Estill | Johnson | Menifee | Spencer |
| Bourbon | Fayette | Kenton | Mercer | Taylor |
| Boyd | Fleming | Knott | Metcalfe | Todd |
| Boyle | Floyd | Knox | Monroe | Trigg |
| Bracken | Franklin | Larue | Montgomery | Trimble |
| Breathitt | Fulton | Laurel | Morgan | Union |
| Breckinridge | Gallatin | Lawrence | Muhlenberg | Warren |
| Bullitt | Garrard | Lee | Nelson | Washington |
| Butler | Grant | Leslie | Nicholas | Wayne |
| Caldwell | Graves | Letcher | Ohio | Webster |
| Calloway | Grayson | Lewis | Oldham | Whitley |
| Campbell | Green | Lincoln | Owen | Wolfe |
| Carlisle | Greenup | Livingston | Owsley | Woodford |
| Carroll | Hancock | Logan | Pendleton | |
| Carter | Hardin | Lyon | Perry | |
| Casey | Harlan | Madison | Pike | |
| Christian | Harrison | Magoffin | Powell | |
| Clark | Hart | Marion | Pulaski | |

Employee's Initials

The following counties within the State of Pennsylvania:

| | | | | |
|---|---|---|---|---|
| Adams | Chester | Fulton | Mercer | Sullivan |
| Allegheny | Clarion | Greene | Mifflin | Susquehanna |
| Armstrong | Clearfield | Huntingdon | Monroe | Tioga |
| Beaver | Clinton | Indiana | Montgomery | Union |
| Bedford | Columbia | Jefferson | Montour | Venango |
| Berks | Crawford | Juniata | Northampton | Warren |
| Blair | Cumberland | Lackawanna | Northumberland | Washington |
| Bradford | Dauphin | Lancaster | Perry | Wayne |
| Bucks | Delaware | Lawrence | Philadelphia | Westmoreland |
| Butler | Elk | Lebanon | Pike | Wyoming |
| Cambria | Erie | Lehigh | Potter | York |
| Cameron | Fayette | Luzerne | Schuylkill | |
| Carbon | Forest | Lycoming | Snyder | |
| Centre | Franklin | McKean | Somerset | |

Employee's Initials