UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEEP SOUTH COMMUNICATIONS L.L.C,** § § § *Plaintiff,* § § **v.** § § **PETER M. FELLEGY,** § § *Defendant.* § § § | **Civil Action No. 3:22-cv-00598-JWD-EWD** <br><br> **Judge John W. deGravelles** <br><br> **Magistrate Judge Erin Wilder-Doomes** |

### <u>*EX PARTE* MOTION FOR ADMISSION *PRO HAC VICE*</u>

NOW COMES Defendant, Peter M. Fellegy, (hereinafter referred to as "Fellegy" or "Defendant"), appearing specially and without wavier of any jurisdictional defenses, through undersigned counsel, and moves the Court for an Order admitting Michelle Renee Maslowski *pro hac vice* pursuant to Local Rule 83.8.A, on the following grounds:

1.

Defendant desires that Michelle Renee Maslowski, of the firm Maslowski Law, 5602 Elmwood Avenue, Suite 104, Indianapolis, Indiana 46203, Telephone: 317-854-3811, be allowed to appear and represent him in the defense of the above-captioned matter.

2.

As shown by the attached Declaration of Michelle Renee Maslowski (Exhibit "A"), she is a licensed member in good standing of the bar of the State of Indiana and is admitted to practice there. A certificate of good standing from the Supreme Court of the State of Indiana is attached to her Declaration.

3.

As shown by the attached Declaration of Michelle Renee Maslowski (Exhibit "A"), she is also a licensed member in good standing of the bar of the State of Illinois and is admitted to practice there. A certificate of good standing has been requested from the Supreme Court of the State of Illinois, and will be provided to the Court upon receipt of same.

4.

As required by Local Rule 83.8.C, Michelle Renee Maslowski certifies in the attached Declaration that she has never had disciplinary proceedings or criminal charges instituted against her.

WHEREFORE, Defendants pray that the Court issue an Order admitting Michelle Renee Maslowski *pro hac vice* so that she may represent Defendant.

Respectfully Submitted,

*/s/ Andrew P. Burnside*
Andrew P. Burnside, T.A., La Bar No. 14116
Claire R. Pitre, La Bar No. 36257
**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
701 Poydras Street, Suite 3500
New Orleans, La 70139
Telephone: 504.648.3840
Facsimile: 504.648.3859
Email:  drew.burnside@ogletreedeakins.com
           claire.pitre@ogletreedeakins.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed via the Court's Electronic Filing System, which provides for service on all parties.

This 3rd day of October, 2022.

                                            */s/ Andrew P. Burnside*
                                            Andrew P. Burnside