UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEEP SOUTH COMMUNICATIONS L.L.C,** § § § *Plaintiff,* § § **v.** § § **PETER M. FELLEGY,** § § *Defendant.* § | Civil Action No. 3:22-cv-00598-JWD-EWD<br><br>Judge Judge John W. deGravelles<br><br>Magistrate Judge Erin Wilder-Doomes |

### DEFENDANT'S RULE 12(B)(2) MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND RULE 12(B)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM

NOW INTO COURT, through undersigned counsel, come Defendant Peter Fellegy who respectfully submits this Rule 12(b)(2) Motaion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction and Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim. The reasons supporting this motion are contained in the accompanying memorandum, which is adopted by reference under FED. R. CIV. P. 10(c).

WHEREFORE, Defendant respectfully prays that the Court dismiss Plaintiff's Complaint with prejudice, at Plaintiff's costs.

Respectfully Submitted,

*/s/ Andrew P. Burnside*
Andrew P. Burnside, T.A., La. Bar No. 14116
Claire R. Pitre, La. Bar No. 36257
**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
701 Poydras Street, Suite 3500
New Orleans, Louisiana 70139
Telephone: 504.648.3840
Facsimile: 504.648.3859
Email:  drew.burnside@ogletreedeakins.com
           claire.pitre@ogletreedeakins.com

—and—

Michelle Renee Maslowski, In. Bar No. 27238-49  
*Admitted Pro Hac Vice*  
Maslowski Law  
5602 Elmwood Avenue, Suite 104  
Indianapolis, Indiana 46203  
Telephone: 317.854.3811  
Email: michelle.maslowski@maslowskilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed via the Court's Electronic Filing System, which provides for service on all parties.

This 11th day of October, 2022.

>  */s/ Andrew P. Burnside*
>  Andrew P. Burnside