

225-627-1000

Home | Tower | Wireless | Intelligent Transportation (ITS) | Fiber Optic | Broadcast | Offshore | Public Safety DAS | Training | About

Locations

You are here: Home / About / Locations

Deep South Communications is rapidly growing, with full time crews in 3 locations:

- Baton Rouge, LA (HQ) – (225) 627-1000
- Indianapolis, IN
- Alliance, OH



EHXIBIT "B"