**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DEEP SOUTH | ) | CIVIL ACTION |
| COMMUNICATIONS L.L.C. | ) | |
| | ) | |
| | ) | NO. 22- 00598-JWD-EWD |
| v. | ) | |
| | ) | |
| PETER M. FELLEGY | ) | |

---

## DECLARATION OF RHETT WESTERMAN

I, Rhett Westerman, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following statements are true and correct and based on my personal knowledge of the facts and records referenced herein:

1.      I am a person of sound mind who is more than 18 years of age and capable of making this Declaration.

2.      I am the President of Deep South Communications L.L.C. ("Deep South").

3.      I am a resident of Baton Rouge, Louisiana.

4.      I work primarily out of Deep South's headquarters in Baton Rouge, Louisiana.

5.      In my role as President, I am familiar with Deep South's business records, which include, but are not limited to, personnel files, company policies, and documents and emails related to business operations, business development, finance and accounting, and employment matters ("Business Records").

6.      Deep South's Business Records are made at or near the time of the events by persons with knowledge of the substance of the records.

EXHIBIT

**A**

7.    Deep South regularly makes Business Records in the ordinary course of its business.

8.    I hired Peter M. Fellegy ("Fellegy") to work for Deep South.

9.    Fellegy contacted me at Deep South's headquarters in Louisiana to inquire about employment opportunities with Deep South.

10.    Fellegy submitted an Application for Employment with Deep South, a true and correct copy of which is attached as Exhibit 1.

11.    Fellegy flew to Louisiana to participate in an interview with me for a position with Deep South.

12.    Deep South's regular practice is for all new hires to come to Deep South's headquarters at the beginning of employment to sign a Confidentiality and Restrictive Covenant Agreement (the "Agreement"). After further review, I have become aware that Fellegy did not follow this regular practice. Instead, Fellegy requested an exception to allow him to attend a trade show in Florida (rather than fly to Louisiana) for purposes of developing business on behalf of Deep South. After signing the Agreement, Fellegy emailed a copy to Deep South, which was received at Deep South's headquarters in Baton Rouge, Louisiana.

13.    As President of Deep South, I was responsible for managing and supervising Fellegy during his employment.

14.    Throughout his employment with Deep South, Fellegy frequently communicated, including by telephone and electronic communication, with me and Christina Springer (Deep South's Office Manager), who is also based out of Baton Rouge, Louisiana.

2

15.     During his employment, Fellegy could be contacted via Deep South's main telephone line (with a Baton Rouge area code) through an assigned extension. Calls received via Fellegy's extension were forwarded to a cellphone for which Deep South paid.

16.     Fellegy was required to contact Deep South's Baton Rouge office to address or resolve payroll, benefits, or similar questions or problems throughout the course of his employment with Deep South.

17.     Medical coverage, medical benefits, and retirement plans were administered from Louisiana for Fellegy's employment with Deep South.

18.     On behalf of Deep South, Fellegy was tasked by Westerman with searching and finding a new 401k plan for Deep South's employees. Deep South adopted a plan recommended by Fellegy.

19.     Fellegy received his paychecks from Louisiana for his employment with Deep South.

20.     Deep South paid Fellegy's salary using its account at a bank located in Louisiana.

21.     During his visits to Deep South's Baton Rouge office, Fellegy obtained confidential business information by using computers located there, accessing Deep South's network servers (located on site in Louisiana), and printing materials in the office.

22.     During his employment with Deep South, Fellegy traveled on many occasions to Louisiana for meetings, conferences, and other work activities.

4893-8053-6121
2949676-000003

23.    During his trips to Louisiana, Fellegy scheduled in-person meetings with various Deep South customers located in Louisiana in an effort to develop business opportunities on Deep South's behalf. For instance, Fellegy met with representatives of Boh Brothers, Connected Cities Integrators, TampNet, RigNet, and Lit Communities in Louisiana, among others. *See* Email Correspondence, dated July 16, 2021 (requesting meeting in New Orleans with Boh Brothers representative), a true and correct copy of which is attached as Exhibit 2; Email Correspondence, dated August 14, 2021 (describing meeting with Lit Communities representative in New Orleans), a true and correct copy of which is attached as Exhibit 3.

24.    Throughout his employmenta with Deep South, Fellegy pursued and developed various business relationships and opportunities on Deep South's behalf with companies located in Louisiana, including with customers such as Lit Communities, Louisiana Department of Transportation & Development, Mobilitie, RigNet, and TampNet. *See* Email Correspondence, dated February 7, 2022 (summarizing list of "active pursuits" which include New Orleans opportunities with Lit Communities and Blackbox Networks/ACG), a true and correct copy of which is attached as Exhibit 4;  Email Correspondence, dated April 8, 2021 (discussing potential business opportunities in New Orleans with Connected Cities Integrators representative), a true and correct copy of which is attached as Exhibit 5; Email Correspondence, dated March 2018 (discussing business opportunities with Mobilitie, including projects in New Orleans), a true and correct copy of which is attached as Exhibit 6.

4893-8053-6121
2949676-000003

Executed on October 14, 2022.

_____
Rhett Westerman



## Deep South Communications, LLC
### Application for Employment

Deep South Communications LLC
20331 Highland Rd
Baton Rouge, LA 70817
☎ 225-627-1000
🖶 225 627 1001
✉ info@deepsouthcommunications.com

Position You Are Applying For  Executive Vice President – Business Development

Location Applying For  Baton Rouge / Indianapolis (remote)

**All item are required to be filled out completely. If you require additional room please attach an additional sheet and note where necessary.**

### Personal Data

| Name (Last, First, Middle) | | Maiden | Date |
|---|---|---|---|
| Fellegy, Peter Marc | | | 04 / 25 / 2017 |

| Telephone Number | Other Number | Alt. |
|---|---|---|
| ( 317 ) 847-6600 (C) | ( 317 ) 253-8181 (H) | ( 317 ) 507-7138 (C) (MaryEllen, spouse) |

| Social Security # | Date of Birth (mm/dd/yy) | Do you have a driver's license |
|---|---|---|
| REDACTED | REDACTED | ☒ Yes  ☐ No |

| Driver's license #: | State: | CDL? | Drivers License Type: |
|---|---|---|---|
| REDACTED (no restrictions / donor) | Indiana | ☐ Yes  ☒ No | Passenger |

| Address | Apt. # | How long at this address? |
|---|---|---|
| 9 Highland Manor Ct., N | | (33 years) |

| City | State | Zip Code |
|---|---|---|
| Indianapolis | IN | 46228-1412 |

E-mail address to use regarding employment with Deep South Communications:
peter.fellegy@gmail.com

Employment Interest:  (if Part Time, list days and hours you are available)
☒ Full Time    ☐ Part Time

Why are you seeking employment?
Continuing a great, challenging, enterprising career with a like-minded firm in the wireless infrastructure industry.

If employed, how soon could you start?
Monday, 01 May 17

| Can you provide proof of U.S. citizenship | Refered By/Location: |
|---|---|
| ☒ Yes    ☐ No | N/A, although DSC performed very well last fall while working on a Vertical Bridge project |

### Education Record

| High School | Location |
|---|---|
| Cheshire High School | Cheshire, CT |

| Degrees or Diplomas | Years Attended | Graduated |
|---|---|---|
| BS in Finance and Economics | (4) | ☒ Yes  ☐ No |

| College/University | Location |
|---|---|
| Lehigh University | Bethlehem, PA |

| Degrees or Diplomas | Years Attended | Graduated |
|---|---|---|
| Masters of Business Administration (Finance Concentration) | (2) | ☒ Yes  ☐ No |

| Trade or Technical Training | Location |
|---|---|
| Ball State University | Muncie, IN |

| Degrees or Diplomas | Years Attended | Graduated |
|---|---|---|
| N/A | N/A | ☐ Yes  ☐ No   N/A |

| Are you in school now? | Do you plan on attending school in the near future? |
|---|---|
| ☐ Yes   ☒ No | Would like to attend some graduate seminars (TBD) |

### Military Service

| Military Service: | If Yes, Branch of service: | Dates of service: |
|---|---|---|
| ☐ Yes   ☒ No | | |

Duties/special training:

<div style="border:1px solid black; text-align:center;">

**EXHIBIT**

**1**

</div>

V5.9.14



Deep South Communications LLC
20331 Highland Rd
Baton Rouge, LA 70817
☎ 225-627-1000
🖨 225 627 1001
✉ info@deepsouthcommunications.com

## Employment History

**Begin with the current or most recent employer. We need the past 10 years or 5 employers. If necessary, attach a sheet with additional employment information.**
**Note: If you have a CDL you must include all commercial driving experience for the past 10 years.**

May we contact your current employer? ☒ Yes ☐ No     If no, please explain: But pls note: the firm closed 31 Dec 16

**1. Employer**
Pinpoint Services, Inc. (a subsidiary of Pinpoint Holdings, Inc.)

Date of Employment |Mo/Yr 02/2016 to Mo/Yr 12/2016

| Address | City | State | Zip |
|---|---|---|---|
| 5815 Churchman Avenue | Indianapolis | IN | 46203 |

Phone Number: ( 317 ) 847-6600 (C); note: there was no landline phone number
Beginning Salary $140,000 (base)   Ending Salary $150,000 (base)

List Training Completed: N/A; was not budgeted for the 2016 (turnaround year)
List Positions Held: Executive Vice President - Business Development
List Skills Used or Learned: Professional Sales, Relationship Building, Marketing, Finance, Project Management, Operations and Logistics
List Advancements or Promotions Received: N/A

Hours /Days worked each week: 50-60 hours per week
What time did you arrive & leave each day? Arrival: 7:30 am; Departure: 6:30 pm
Manager's Name: REDACTED President, Pinpoint Services, Inc.
Why did you leave? (Be Specific): Pinpoint Services, Inc. was closed at the direction of the parent company and the BoD

**2. Employer**
Fortune Wireless, Inc.

Date of Employment |Mo/Yr 11/2004 to Mo/Yr 01/2016

| Address | City | State | Zip |
|---|---|---|---|
| 6402 Corporate Drive | Indianapolis | IN | 46208 |

Phone Number: ( 317 ) 532-1374 (main)
Beginning Salary $105,000 (base)   Ending Salary $110,000 (base)

List Training Completed: N/A; not budgeted
List Positions Held: Vice President - Business Development
List Skills Used or Learned: Professional Sales, Relationship Building, Marketing, Finance, Project Management, Operations and Logistics
List Advancements or Promotions Received: Title was consistent through the employment tenure; also, earned a number of quarterly and annual bonuses (largest being $20,000 of equity shares)

Hours /Days worked each week: 50-60 hours per week
What time did you arrive & leave each day? Arrival: 7:30 am; Departure: 6:30 pm
Manager's Name: Mr. REDACTED President, Fortune Wireless, Inc.
Why did you leave? (Be Specific): Was courted to join the senior team at Pinpoint Services and help to rebuild the business.

**3. Employer**
MAGTECH Services, Inc.

Date of Employment |Mo/Yr 04/1995 to Mo/Yr 10/2004

| Address | City | State | Zip |
|---|---|---|---|
| 930 N. Meridian Street | Indianapolis | IN | 46204 |

Phone Number: ( 317 ) 847-6600 (C); Pls note: the firm was wholly acquired in 2004
Beginning Salary $85,000 (base)   Ending Salary $105,000 (base)

List Training Completed: Was a (3) yr member of the Indiana Growth 100 (sponsored by the Kelley School of Business at Indiana University)
List Positions Held: Managing Partner (equity owner); and VP - Business Development
List Skills Used or Learned: Professional Sales, Relationship Building, Marketing, Finance, Project Management, Operations and Logistics
List Advancements or Promotions Received: As an active Managing Partner of the firm, I earned a (900) additional shares of the corporation over the first (3) year period.

V5.9.14



Deep South Communications LLC
20331 Highland Rd
Baton Rouge, LA 70817
☎ 225-627-1000
🖶 225 627 1001
✉ info@deepsouthcommunications.com

| Hours /Days worked each week: | What time did you arrive & leave each day? |
|---|---|
| 50-60 hours per week | Arrival: 7:30 am; Departure: 6:30 pm |

| Manager's Name: | Why did you leave? (Be Specific) |
|---|---|
| Mr. REDACTED PE, President | Following the post 2001 downturn, the firm was acquired in November, 2004. |

---

## 4. Employer

**Date of Employment**

| Telamon Corporation | |Mo/Yr 10/1991 | to Mo/Yr 04/1995 |
|---|---|---|

| Address | City | State | Zip |
|---|---|---|---|
| 1000 East 116th Street | Carmel | IN | 46032 |

| Phone Number | Beginning Salary | Ending Salary |
|---|---|---|
| ( 317 ) 818-6888 (main) - | $55,000 (base) | $68,000 (base) |

**List Training Completed**
N/A

**List Positions Held**
Director of Project Management; Director of Business Development (National)

**List Skills Used or Learned**
Professional Sales, Relationship Building, Marketing, Finance, Project Management, Operations and Logistics

**List Advancements or Promotions Received**
As a small privately-held services firm, I enjoyed increasing levels of responsibility (for both commercial communications and federal agency accounts)

| Hours /Days worked each week: | What time did you arrive & leave each day? |
|---|---|
| 50-60 hours per week | Arrival: 7:30 am; Departure: 6:30 pm |

| Manager's Name: | Why did you leave? (Be Specific) |
|---|---|
| Mr. REDACTED President/CEO (recently retired) | Presented w/ an opportunity to buy in to an Engineering services firm |

---

## 5. Employer

**Date of Employment**

| GTE Telephone Operations | |Mo/Yr 04/1978 | to Mo/Yr 10/1991 |
|---|---|---|

| Address | City | State | Zip |
|---|---|---|---|
| 600 Hidden Ridge | Irving | TX | 75038 |

| Phone Number | Beginning Salary | Ending Salary |
|---|---|---|
| ( 972 ) 718-1623 (main) - | $32,800 (base) | $75,000 (base) |

**List Training Completed**
A number of management, project, and process re-engineering courses (delivered in either the Corporate Training Center in Norwalk, CT or Irving, TX)

**List Positions Held**
National Manager - Market Testing; Regional Product Manager - CentraNet; Project Manager - E911; Product Costing, Financial Analysis, Capital Budgeting, and more.

**List Skills Used or Learned**
Finance, Project Management, Product Costing, Capital Budgeting, Budget Analysis, Accounts Payable, and Regulatory Matters.

**List Advancements or Promotions Received**
Enjoyed the benefit of being promoted within (2) separate departments (Accounting and Product Management) for (10) unique SME and leadership positions)

| Hours /Days worked each week: | What time did you arrive & leave each day? |
|---|---|
| 50-60 hours per week | Arrival: 7:30 am; Departure: 6:30 pm |

| Manager's Name: | Why did you leave? (Be Specific) |
|---|---|
| Mr. REDACTED Director - Product Management | The opportunity to grow and develop new skills (with a privately-held corporation) |

V.08.28.14



Deep South Communications LLC
20331 Highland Rd
Baton Rouge, LA 70817
☎ 225-627-1000
📠 225 627 1001
✉ info@deepsouthcommunications.com

## Driver's License Info

Have you ever been denied a license, permit or privilege to operate a motor vehicle?    ☐ Yes   ☒ No

Has any license, permit or privilege ever been suspended or revoked?    ☐ Yes   ☒ No
(If the answer to either is yes, attach a statement giving details)

**Accident Record for Past 3 Years or More (attach sheet if more space is needed)**

| Dates | Nature of Accident (Head-on, Read-End, Upset, Etc) | Fatalities | Injuries |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

**Traffic Convictions and Forfeitures for the Past 3 years (Other than Parking Violations)**

| Location | Date | Charge | Penalty |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

## For CDL Employees Only (Driving Experience)

| Class of Equipment | Type of Equipment (Van, Tank, Flat, Etc.) | Date From | To | Approx. # of Miles |
|---|---|---|---|---|
| Straight Truck | | | | |
| Tractor&Semi Trailer | | | | |
| Tractor– Two Trailers | | | | |
| Other | | | | |

## Qualifications

Typing:                              Words Per Minute:              Accuracy:
☒ Yes   ☐ No              TBD                           TBD

Do you have any computer experience?          List hardware/software used:
☒ Yes   ☐ No                                Full MS Office Suite

Any physical limitations that would prevent them from performing any type of physical labor? ☐ Yes   ☒ No
If yes, please explain:

Equipment Experience:
N/A

Current Certifications or Credentials (do not check items that you have that are expired)
☐TWIC  ☐ OSHA 10   ☐ OSHA 40   ☐ FIRST AID   ☐ CPR ☐ANRITSU  ☐ ANDREW COAX  ☐ CCO

List any other current certifications or experience that you may have that would pertain to the position you are applying for:
N/A

## References

REDACTED

V.08.28.14



Deep South Communications LLC
20331 Highland Rd
Baton Rouge, LA 70817
☎ 225-627-1000
🖶 225 627 1001
✉ info@deepsouthcommunications.com

# REDACTED

## Other

Why do you want to work?
 I like working and developing relationships (internal and external w/ peer partners and clients)!

What tasks do you really enjoy doing, if any?
 Hunting, developing and cultivating business relationships!

What tasks do you prefer not to do if you had the choice?
 No task is beyond my capability; as a former owner, I am capable and willing to do anything to help the DSC team.

If necessary to leave our company, would you give at least three weeks notice?          Expected length of employment:
☒ Yes     ☐ No   explain:                                                                                          |     At least (6) years

Have you ever been convicted of a misdemeanor/felony?  ☐ Yes    ☒ No   If yes, please explain the number of convictions, nature of offense(s) leading to conviction(s), date(s) of conviction(s), sentence(s) imposed and type(s) or rehabilitation:

Do you have any arrests for a misdemeanor/felony that are still pending (not convicted and not exonerated)?  ☐ Yes    ☒ No
If yes, when is court date?

An arrest and/or conviction will not necessarily disqualify an applicant from consideration; rather, except where prohibited by applicable law, the employer will consider relevant circumstances such as the nature, severity, recency, and job-relatedness of the crime or charge, as well as any other factors pertaining to qualification for the job sought or available position(s).

List any questions you may have for this office:_____ None.

Did you fill out this application yourself?          ☒ Yes     ☐ No

     Some positions are paid on an hourly basis and some are paid on a salary basis. Your position may require you to arrive early or to leave late due to special circumstances.

     The policies and regulations governing employment at Deep South Communications, LLC are specifically laid out in separate policy manuals, which will be made available to all employees.

I understand and agree to the above:

_____                    26 Apr 17
          Signature of Applicant                                                       Date

This Company is an equal opportunity employer. All employee prospects will receive consideration for employment without regard to race, color, religion, sex, or national origin. We assure you that your opportunity for employment with this Company depends solely on your qualifications.

Thank you for completing this application form and for your interest in our business!

V.08.28.14



Deep South Communications LLC
20331 Highland Rd
Baton Rouge, LA 70817
☎ 225-627-1000
🖷 225 627 1001
✉ info@deepsouthcommunications.com

### RELEASE, AUTHORIZATION AND DISCLOSURE

In exchange for the consideration of my employment application by, <u>Deep South Communications, LLC</u>, (hereinafter called "<u>DSC</u>"), I agree that:

Neither the acceptance of this application, nor the subsequent entry into any type of employment relationship, either in the position applied for or any other position, and regardless of the contents of employee handbooks, personnel manuals, benefit plans, policy statements, and the like as they may exist from time to time, or other Company practices, shall serve to create an actual or implied contract of employment, or to confer any right to remain an employee of <u>DSC</u>, or otherwise to change in any respect the employment-at-will relationship between it and the undersigned, and that relationship cannot be altered except by a written instrument signed by the President/General Manager of <u>DSC</u>. Both the undersigned and <u>DSC</u>, may end the employment relationship at any time, without specific notice or reason. If employed, I understand that <u>DSC</u> may unilaterally change or revise their benefits, policies and procedures, and such changes may include reduction in benefits.

I authorize investigation of all statements contained in this application. I understand that the misrepresentation or omission of facts called for is cause for dismissal at any time without any previous notice. I hereby give <u>DSC</u> permission to contact schools, previous employers (unless otherwise indicated), references, and others, and hereby release <u>DSC</u> from any liability as a result of such contract.

I also understand that (1) <u>DSC</u> has a drug and alcohol policy that provides for pre-employment testing as well as testing after employment; (2) consent to and compliance with such policy is a condition of my employment; and (3) continued employment is based on the successful passing of testing under such policy. I further understand that continued employment may be based on the successful passing of job related physical examination.

As an applicant for employment with <u>DSC</u> and all its entities, I understand that background inquiries may be made on myself, regarding any criminal background I may have, regarding credit and financial information relating to me, and that <u>DSC</u> and all its entities may procure a consumer report(s) in regard to my history. These reports will include information as to current and prior home addresses, current and former employment, salary levels, and any criminal convictions contained on the public record. <u>DSC</u> and all its entities may contract for these reports with an outside consumer-reporting agency. I hereby authorize, without reservation, <u>DSC</u> and all its entities to obtain all such information directly or through an outside consumer reporting agency and to procure any and all such consumer reports and other reports whatsoever.

In order to comply with the federal Fair Credit Reporting Act, 15 U.S.C. 1681-1681t,
<u>DSC</u> and all its entities informs you that it may request for employment purposes a consumer reporting agency to conduct an inquiry into your character, general reputation, personal characteristics, mode of living, credit information and public record criminal background. This information may be obtained through the public records of any state or federal agency and through personal interviews of people with whom you are acquainted or who may have knowledge concerning such information.
<u>DSC</u> and all its entities routinely conduct these inquiries for employment purposes.

I hereby acknowledge receipt of a copy of the above disclosure this _____26th_____ day

of _____April_____, 20_17___.

_____
Signature of applicant

V.08.28.14



Deep South Communications LLC
20331 Highland Rd
Baton Rouge, LA 70817
☎ 225-627-1000
🖷 225 627 1001
✉ info@deepsouthcommunications.com

# SALARY/WAGE FORM

## Salary/Wage

What starting salary/wage would you expect?

| | | | | |
|---|---|---|---|---|
| $150,000 (base) w/ the opportunity to earn bonuses | $ 12,500 | Per Month | $ | Per Hour |

After one year

| | | | | |
|---|---|---|---|---|
| (1st yr plus based on merit, value and contribution to the firm) | $12,500 + merit incr | Per Month | $ | Per Hour |

After two years

| | | | | |
|---|---|---|---|---|
| (1st yr plus based on merit, value and contribution to the firm) | $ 2nd yr + merit incr | Per Month | $ | Per Hour |

Do you object to raises and promotions being based on job performance only? ☐ Yes   ☒ No

What fringe benefits do you expect?

I'm interested in medical insurance (employee and spouse), 401(k), and supplemental life insurance (optional),

_____
Signature of Applicant

26 Apr 17
Date

V.08.28.14

---------- Forwarded message ---------
From:  REDACTED >
Date: Fri, Jul 16, 2021 at 4:45 PM
Subject: Re: April 7 - Contractors divided over vaccines | Developer chosen for $1B New Orleans project
To: Peter Fellegy <peter@dscnetworks.com>

Should be no problem

Get Outlook for iOS

---

**From:** Peter Fellegy <peter@dscnetworks.com>
**Sent:** Friday, July 16, 2021 4:07:50 PM
**To:** REDACTED >
**Subject:** Fwd: April 7 - Contractors divided over vaccines | Developer chosen for $1B New Orleans project

REDACTED

Hope that all is moving forward for you and the company!

As part of my travel to New Orleans in early/mid August, I wanted to see if you would have some time to meet me in New Orleans the afternoon of 13 Aug?  Have a window available between 2-4:00 pm.

Always appreciate our conversations and will look forward to finding a project connection!  Thanks, Fred!

Best regards,

EXHIBIT
**2**

1

Peter
(317) 847-6600 (C)

---------- Forwarded message ---------
From: **Peter Fellegy** <peter@dscnetworks.com>
Date: Wed, Apr 7, 2021 at 3:22 PM
Subject: Fwd: April 7 - Contractors divided over vaccines | Developer chosen for $1B New Orleans project
To: REDACTED
Cc: Rhett Westerman <rhett@dscnetworks.com>

REDACTED

Always great to see Boh Brothers Construction Co. and Broadmoor Construction, LLC as part of these major development projects in New Orleans!  We would always be glad to support and deliver the digital communications' infrastructure portion of this project when the time is right!  We walked through this proposal presentation and appreciated the timeline.

Have a great week!

Best always,

Peter


**Vice President of Business Development, MBA**

Deep South Communications, LLC

Indianapolis

(317) 847-6600 (C)

peter@dscnetworks.com


Linkedin.

www.deepsouthcommunications.com


---------- Forwarded message ---------
From: **Construction Dive** <construction@divenewsletter.com>
Date: Wed, Apr 7, 2021 at 10:43 AM
Subject: April 7 - Contractors divided over vaccines | Developer chosen for $1B New Orleans project
To: Peter Fellegy <peter@dscnetworks.com>


View online | Signup | Forward

**⨎ CONSTRUCTION DIVE**

# DAILY DIVE

**April 7, 2021** | Today's news and insights for construction leaders

---



BROUGHT TO YOU BY — Drexel University

**Build Your Career with Drexel University**

Drexel's online MS in Construction Management provides practitioners with the technical competence and strong business acumen essential to the industry. **Learn more!**

---

## Readers Respond: 46% of unvaccinated contractors plan to stay that way

A Construction Dive survey has found a deep divide among pros who see the COVID-19 vaccine as important to the industry and those who are hesitant.

---

## New Orleans convention center authority picks developer for $1B mixed-use project

One of the highlights of the development, which is inspired by The Wharf in Washington, D.C., will be a 750,000-square-foot corporate campus meant to draw tech companies to the city.

---

## How an Arby's franchisee renovates units with little downtime

Flynn Restaurant Group flips its locations several units at a time, a strategy that allows for better economies of scale from contractors and suppliers.

---

SPONSORED CONTENT BY MULTIVISTA

### Achieve the cost-quality-time equilibrium

360 Photo from Multivista helps construction projects strike a balance between time, cost and quality. **Learn more.**

---

## UK high-speed rail project uses decommissioned wind turbines to reinforce concrete

HS2's joint venture, which includes Skanska, is swapping steel rebar for recycled turbine blades.

| Read more news |
| --- |

## FEATURED RESOURCES
### FROM: U.S. CAD

---

### How to Navigate BIM Tools

- How the Autodesk Construction Cloud can help win proposal work
- [FAQ] Why contractors need common standards in BIM

## FROM OUR LIBRARY

---

WEBINAR - ON DEMAND

**What's In Store for Contractors Under the New Administration**

CMiC

---

PLAYBOOK

**Fewer Workers Doesn't Have to Equal Less Productivity**

Fluix

---

*View all resources*

# WHAT WE'RE READING

ABC4 UTAH

**12 people hospitalized after carbon monoxide leak at Saratoga Springs construction site**

---

SPECTRUM NEWS 1

**Wisconsin Company Works with Tribe on Unique COVID Building**

---

THE WALL STREET JOURNAL

**Biden's Infrastructure Plan Faces New Hurdle in Senate Rules**

WFTV

**Disney in talks for mixed-use development in Lake Nona, sources say**

Suggest a story we should read

## UPCOMING EVENTS

**A Patient Experience Conversation: Adaptable and Evolving Facilities**

April 7, 2021 - April 7, 2021 | Webinar 2pm ET

**How Firms Benefit from Lean Construction Practices**

April 8, 2021 - April 8, 2021 | Webinar 2pm ET

**4 Ways Cloud-Based Preconstruction Tools Can Boost Productivity and Profit**

April 13, 2021 - April 13, 2021 | Webinar 2pm ET

## DIVE INTO A TOPIC

Commercial Building

Residential Building

Technology

Design

Economy

Green Building

Infrastructure

Legal/Regulation

Products

Corporate News

Share Construction Dive: Daily Dive with others and get rewarded.

You've referred **0** readers.

To become an official Dive Insider, just successfully refer 10 contacts to Construction Dive: Daily Dive.

Here's your link to share:

**https://www.constructiondive.com/signup/insiders/?signup_referred_by=5e1e1c07e7b489001b5df3b0**

# MORE THAN A NEWSLETTER

---

## Connect With Us

Twitter | Facebook | LinkedIn

## Editorial

Contact an editor | Meet the team

## Advertising

Contact our team

## About Construction Dive

Construction Dive provides in-depth journalism and insight into the most impactful news and trends shaping the construction and building industry. The daily email newsletter and website cover topics such as commercial building, residential building, green building, design, deals, regulations and more.

Construction Dive is a leading industry publication operated by Industry Dive. Our business journalists spark ideas and shape agendas for 10+ million decision makers in the most competitive industries.

| Sign up for the newsletter |
| --- |

---

This email is optimized for display on mobile phones. Construction Dive: Daily Dive is a product of Industry Dive, Inc. 1255 23rd Street NW, Suite 550, Washington, DC 20037. We value your privacy. We won't share your email address with anyone else without your permission. This message was sent to peter@dscnetworks.com. You can unsubscribe or switch to a weekly newsletter subscription anytime. See our full privacy policy.

Sign up | Manage subscription | Advertise with us | Submit story tip

From: **Peter Fellegy** <peter@dscnetworks.com>
Date: Sat, Aug 14, 2021 at 8:25 AM
Subject: Highlights from this past week
To: Rhett Westerman <rhett@deepsouthcommunications.com>


Rhett:

The following are highlights from this week in BR, Houston and New Orleans:

(1)   Attended the **ENTELEC Conference (Houston)** and had a number of scheduled at show mtgs and introductions for REDACTED
        - on the show floor met w/ **GE Grid Solutions** (REDACTED, National Sales Director and REDACTED, Lead Technical Applications Eng); have talked w/ both a number of times over the last (6) months; also, had a social hour w/ Shane to talk about upcoming project opps in FL (re (918) pole locations; SOW is still be defined by REDACTED and the utility client)
        - met w/ **Infrastructure Networks** (REDACTED (VP-Network Operations), REDACTED (Senior Mgr), REDACTED (CTO/SVP – Corporate Business Development), REDACTED (Sales Exec), and REDACTED (former Pres of Tampnet USA)
        - met w/ REDACTED (their Financial Services Director); REDACTED called today and said he appreciated the intro to REDACTED the objective which REDACTED and I have talked about is Tampnet's acquisition of the BP GoM undersea fiber which we know is due for an upgrade (which is why BP sold it to Tampnet); REDACTED said that their GoM fiber net will be transitioned to a "managed services biz" w/ a longer payback (and they keep BP as a customer)
        - met w/ REDACTED (BP Advisor for Mission Critical Infrastructure); this is a new role from his worldwide opps role (same focus)

EXHIBIT
3

(2)  had a scheduled off-site mtg w/ **Quanta Telecom Solutions** (REDACTED, VP of Business Development) and REDACTED ; mtg produced an NDA (fully executed) and an opp to discuss an upcoming QTS project involving (600+) tower sites (believe that these are a mix of new tower builds and existing requiring equipment change-outs; expecting to have a call to discuss more yet this month (per REDACTED)

(3)  from conversations to date, did a card drop at **North Houston Pole LIne Company** (focus is T/Line Tower Construction); met REDACTED and needs a follow-up since he was in a group mtg

(4)  had a scheduled lunch mtg w/ REDACTED (New Orleans); great to meet him!  And since REDACTED lives in Lafayette, LA, suggested that for some of the new LA broadband projects that REDACTED visit our offices

(5)  had a scheduled mtg/call w/ REDACTED (**Boh Brothers**); our usual catch-up and suggesting that we be part of one of their Road/Bridge ITS projects; Boh Brothers is looking at a large tollway project and would like to arrange a scoping review (to determine what portion of the communications scope DSC would like to be part of); this likely for (2) weeks out

(6)  received an MSA from **t3 Broadband**; going through it and seems balanced w/ few redlines (will share my redline file when you're back)

(7)  received a referral call from **Hi-Tech Tower Services** (Southern CA); this from networking w/ REDACTED (Lit Communities); really not sure the purpose since REDACTED never provided a heads-up on the intro; REDACTED is sending an NDA ...

(8)  know that the **FDOT Marion Co, FL** mandatory mtg was cancelled; not sure what the reschedule looks like

(9)  have a connection at **ITS America** to see where your abstract is in the process; will know more next week

(10)  yesterday, I missed attending the every (2) week group call w/ REDACTED ; think REDACTED missed it too

Hope you enjoy your VTO.

Best regards,

Peter
(317) 847-6600 (C)

2

**From:** Peter Fe egy <peter@dscnetworks.com>
**Sent:** Monday, February 07, 2022 3:48 PM CST
**To:** Rhett Westerman <rhett@dscnetworks.com>
**Subject:** BD Trans t on P an (and open account status)

Rhett:

From our conversat ons  ast week (and s nce you have a  of the same contact  nfo for each of these), th s  s a summary of the open/account c  ent pursu ts for the f rm:

**Major and active w/ large bid quotes outstanding and waiting for award in Q1, 2022:**
(1) GE Gr d So ut ons for WEC (10,000 s te equ pment rep acement over (36) months and DSC w   funct on as GE's f ed serv ces team and th s  s so e source to GE
    - pr mary POCs are **REDACTED** (M dwest RSM for GE and s m ar ro e to **REDACTED**
    **REDACTED**  n Da as)
    - GE  s short sted and has not f ed DSC; expect ng to be  nv ted to an  n person mtg w/ WEC  n W scons n (TBD and  ater th s month or ear y  n March)

(2) Lane Construct on Corporat on for Tynda  AFB; DSC  s (1) of (2) or (3) b dders on th s
    - pr mary POCs are **REDACTED**
    - Lane  s n a BAFO pos t on and has been  n conversat ons w/ US ACOE

**Other bid quotes outstanding and waiting for award in Q1 2022:**
(1) Connected C t es Integrators for the Houston Taco Be  project; **REDACTED** expects to have us do ng f ed surveys  ast th s month
    - pr mary POCs are **REDACTED**

(2) **REDACTED** for Intersect Power (project  ocat on s Synder, TX)
    - pr mary POC  s **REDACTED** (Pr nc pa  at Mott MacDona d  n NJ)
    - expect ng to see a PO for LOS surveys yet th s week

(3) Metr c Eng neer ng for Puerto R co project to connect (2) network operat ons centers/data centers
    - pr mary POC s **REDACTED**, VP of ITS Operat ons, and **REDACTED**;  n PR our pr mary POC  s **REDACTED**
    **REDACTED**

**Other active pursuits that are pre-bid quote:**
(1) T-Mob e (Downers Grove) (carr er d rect) and wa t ng on DIY pr c ng from the r HQ team and South Centra  Market team
    - pr mary POCs are **REDACTED** (new Sen or D rector and former Te amon GM) and **REDACTED**
    - have comp eted a  nformat on requests for on-board ng and eva uat on
    - had p anned to met w/ **REDACTED**  n off ce to further the re at onsh p w/ DSC

(2) L t Commun t es, Inc. for New Schoo s of New Or eans (NSNO); d str cts  nc ude:  Co umb a Parc and Harmony Oaks
    - pr mary POCs are **REDACTED**
    - project out ne de vered and accepted w th n the  ast (2) weeks

(3) B ackbox Networks/ACG for chang ng out (16) WAPs  n New Or eans
    - pr mary POC  s **REDACTED**
    - budgetary prov ded by BB and counter offered by DSC; wa t ng on a response from **REDACTED**

(4) Quanta Te ecom So ut ons and wa t ng on comm from QTS  ega
    - pr mary POCs are **REDACTED**
    - opportun t es are not named but w   ke y be L&A change-outs for T-Mob e and others

(5) Atk ns G oba  re perform ng structura  ana yses for FDOT MW tower projects (scope may  nc ude more and  s (3+ wks  n d scuss on); have fo owed-up 2x w/ **REDACTED** for FDOT feedback

(6) W re ess Infrastructure Group (WIG)-US and wa t ng on return of DSC drafted NDA
    - pr mary POC  s **REDACTED** (former  ong-t me B ackbox D rector of F ed Serv ces)

(7) Er csson (Southeast Reg on and Jacksonv  e) and  s for E/// program  eve  work  n the Southeast (and Jacksonv  e expanded market); th s  ooks  ke  t's now on ho d pend ng some crew shuff ng
    - pr mary POCs are **REDACTED** (Sourc ng  n NC) and **REDACTED** (F ed Resource Ass gnments and Partner Eva uat ons  n West Pa m Beach)
    - have had act ve conversat ons on th s engagement s nce  ate summer (and pr or); rek nd ed th s from 2020 and 2021 conversat ons when the program pr c ng was  ghter

(8) FDOT and re ated Pr me Contractors  nc ud ng:  Transcore ITS, Gran te Construct on, Lane Construct on Corporat on, Parsons, and M dd esex Corporat on
    - pr mary POC for Transcore ITS  s **REDACTED**

**EXHIBIT
4**

- pr mary POCs for Gran te Construct on s REDACTED
- pr mary POCs for Lane Construct on are: REDACTED

REDACTED
- pr mary POCs for Parsons Corporat on are: REDACTED , PE
- pr mary POCs for M dd esex Corporat on are: REDACTED (Project Execut ve)

(9) new act ve conversat ons w/ G bson Techn ca Serv ces n Canton, GA
- pr mary POC s new CTO REDACTED (former (5) year D rector of F e d Serv ces at Jacobs Te ecom n Mar etta

(10) Tampnet nv tat on for a portfo o of ma ntenance serv ces at a cab e and ng stat on n AL (exceeds the eff c ency to mob ze and se f-perform); ook ng for a serv ces partner and can grow n to a arger scope and other ocat ons (TBD)
- pr mary POC s REDACTED; th s s new n the ast (2) weeks and s pend ng

(11) SBA Network Serv ces (M dwest) for T-Mob e for L&A upgrades; states nc ude: WI, IL, IN and MI
- pr mary POC s REDACTED (Ind anapo s) Reg ona D rector of Construct on Serv ces; REDAC has been a ong-t me 20+ yr fr end and assoc ate
- DSC ooked at pr c ng n the ast month and dec ned to p ay

(12) SBA Connected Venues for a var ety of ght y scoped and qu ck-h tter opps
- pr mary POCs are REDACTED (D rector of Serv ces and f oats the US) and REDACTED (Ind anapo s)

(13) Bechte (Las Vegas) and was a Q4 shortfuse opp that d d not mater a ze; ta ked w/ REDACTED n ear y Jan 2022; they do not see an mmed ate need for tower crews and/or e ectr ca contract ng resources
- pr mary POC s REDACTED (former Mob t e D rector of Dep oyments for Spr nt

(14) A rwavz So ut ons, Inc. and s focused on dep oy ng and operat ng DAS networks (th s b z mode ooks s m ar to WIG(US) and QMC Te ecom Internat ona )
- pr mary POC for A rwavz So ut ons REDACTED ( n KC); cons der th s new for pursu t
- pr mary POC for QMC Te ecom Internat ona s REDACTED ( n NW Ind ana); cons der th s opp dead after (2) yr pursu t and not enough tract on

(15) Nat ona Park Serv ce and commun cat ons' needs w th n se ect nat ona parks and more; th s s new and from some pre m conversat ons n 2021
- pr mary POC s REDACTED (Over and Park, KS) and former D rector of f ber opt c dep oyments at B&V (have known REDACTED for over (5) yrs); REDACTED jo ned the NPS n m d 2020 and works remote

Rhett, g ad to ta k through th s f you need; th s s a of the eads where we have some tract on.

Best regards,

Peter
(317) 847-6600 (C)

From: ███████ REDACTED ███████
Date: Thu, Apr 8, 2021 at 5:20 PM
Subject: RE: April 7 - Contractors divided over vaccines | Developer chosen for $1B New Orleans project
To: Peter Fellegy <peter@dscnetworks.com>
Cc: Rhett Westerman <rhett@dscnetworks.com>, Rob Sterrenberg <rsterrenberg@dscnetworks.com>, Jeremy Hollier <hollier@dscnetworks.com>, ███████ REDACTED ███████

Rhett, Peter and DS Team,


First of all, thank you for your time and hospitality today.

███ REDACTED ███ and, I thought it was a very productive meeting and we are looking forward to building on the ideas and action steps we covered.

We appreciate your offer of support in talking with the tower companies you mention and especially for your interest in partnering with us on a number of fronts.

Thanks for sending the link to the NOLA project. Let's add this to our joint development list.

EXHIBIT

5

1

It occurred to me that we may want to put an NDA and perhaps a Teaming Agreement in place. I have attached samples of our standard document. Specifically, the Teaming Agreement has proven very useful as it provides a fair and flexible framework that enables both of us to leverage and benefit from our respective and collective skill-sets. Have a look and if all seems fine, just sign, scan, and return email to me for countersignature. If you do feel modification are needed, please us TRACK CHANGES and we can review together and finalize.

As we all know, the key to success with this is to keep making forward progress and building momentum. We are truly looking forward to building a strong, successful, and long term partnership with you.

Sincerely,



REDACTED

*Founder and Chief Operating Officer*

*(985) 789-6300*

REDACTED



NOTICE: This message contains confidential information and is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, do not read it. Please delete it from your system without copying it, and notify the sender so that our address record can be corrected.

**From:** Peter Fellegy <peter@dscnetworks.com>
**Sent:** Thursday, April 8, 2021 1:51 PM
**To:** REDACTED
**Cc:** Rhett Westerman <rhett@dscnetworks.com>; Rob Sterrenberg <rsterrenberg@dscnetworks.com>; Jeremy Hollier <hollier@dscnetworks.com>
**Subject:** Fwd: April 7 - Contractors divided over vaccines | Developer chosen for $1B New Orleans project

REDACTED

Many thanks to you, REDACTED for joining us this morning to talk about what we can do together!  Our team is sincerely interested in talking more about new community "connectivity" engagements and collaborating w/ **Connected Cities Integrators**!  We enjoyed sharing our capabilities and breadth of experience!  Great conversation today!

Rhett mentioned this new multi-phase, multi-year development (https://www.constructiondive.com/news/new-orleans-convention-center-authority-picks-developer-for-1b-mixed-use-p/597942/); we thought this might be particularly interesting since it's in New Orleans!  We know Boh Brothers, Broadmoor Construction, and Stantec!

Separately, I'll send you our services capabilities' summaries and current (active) state licenses.

Looking forward to the next conversation!

Safe travels and stay safe!

Best always,

Peter

**Vice President of Business Development, MBA**

Deep South Communications, LLC

Indianapolis

(317) 847-6600 (C)

peter@dscnetworks.com



www.deepsouthcommunications.com

3

---------- Forwarded message ---------
From: **Construction Dive** <construction@divenewsletter.com>
Date: Wed, Apr 7, 2021 at 10:43 AM
Subject: April 7 - Contractors divided over vaccines | Developer chosen for $1B New Orleans project
To: Peter Fellegy <peter@dscnetworks.com>

View online | Signup | Forward



# DAILY DIVE

**April 7, 2021** | Today's news and insights for construction leaders



BROUGHT TO YOU BY — Drexel University

**Build Your Career with Drexel University**

Drexel's online MS in Construction Management provides practitioners with the technical competence and strong business acumen essential to the industry. **Learn more!**

# Readers Respond: 46% of unvaccinated contractors plan to stay that way

A Construction Dive survey has found a deep divide among pros who see the COVID-19 vaccine as important to the industry and those who are hesitant.

## New Orleans convention center authority picks developer for $1B mixed-use project

One of the highlights of the development, which is inspired by The Wharf in Washington, D.C., will be a 750,000-square-foot corporate campus meant to draw tech companies to the city.

## How an Arby's franchisee renovates units with little downtime

Flynn Restaurant Group flips its locations several units at a time, a strategy that allows for better economies of scale from contractors and suppliers.

SPONSORED CONTENT BY MULTIVISTA

## Achieve the cost-quality-time equilibrium

360 Photo from Multivista helps construction projects strike a balance between time, cost and quality. **Learn more.**

**UK high-speed rail project uses decommissioned wind turbines to reinforce concrete**

HS2's joint venture, which includes Skanska, is swapping steel rebar for recycled turbine blades.

Read more news

## FEATURED RESOURCES

**FROM:** U.S. CAD

**How to Navigate BIM Tools**

- How the Autodesk Construction Cloud can help win proposal work
- [FAQ] Why contractors need common standards in BIM

## FROM OUR LIBRARY

WEBINAR - ON DEMAND

### What's In Store for Contractors Under the New Administration

CMiC

PLAYBOOK

### Fewer Workers Doesn't Have to Equal Less Productivity

Fluix

*View all resources*

## WHAT WE'RE READING

ABC4 UTAH

**12 people hospitalized after carbon monoxide leak at Saratoga Springs construction site**

SPECTRUM NEWS 1

**Wisconsin Company Works with Tribe on Unique COVID Building**

**WSJ**
THE WALL STREET JOURNAL

## Biden's Infrastructure Plan Faces New Hurdle in Senate Rules

---


WFTV

## Disney in talks for mixed-use development in Lake Nona, sources say

Suggest a story we should read

## UPCOMING EVENTS

## A Patient Experience Conversation: Adaptable and Evolving Facilities

April 7, 2021 - April 7, 2021 | Webinar 2pm ET

---

## How Firms Benefit from Lean Construction Practices

April 8, 2021 - April 8, 2021 | Webinar 2pm ET

---

**4 Ways Cloud-Based Preconstruction Tools Can Boost Productivity and Profit**

April 13, 2021 - April 13, 2021 | Webinar 2pm ET

# DIVE INTO A TOPIC

Commercial Building

Residential Building

Technology

Design

Economy

Green Building

Infrastructure

Legal/Regulation

Products

Corporate News



Share Construction Dive: Daily Dive with others and get rewarded.

You've referred **0** readers.



To become an official Dive Insider, just successfully refer 10 contacts to Construction Dive: Daily Dive. Here's your link to share:

**https://www.constructiondive.com/signup/insiders/?signup_referred_by=5e1e1c07e7b489001b5df3b0**

## MORE THAN A NEWSLETTER

---

**Connect With Us**

Twitter | Facebook | LinkedIn

**Editorial**

Contact an editor | Meet the team

**Advertising**

Contact our team

**About Construction Dive**

Construction Dive provides in-depth journalism and insight into the most impactful news and trends shaping the construction and building industry. The daily email newsletter and website cover topics such as commercial building, residential building, green building, design, deals, regulations and more.

Construction Dive is a leading industry publication operated by Industry Dive. Our business journalists spark ideas and shape agendas for 10+ million decision makers in the most competitive industries.

**Sign up for the newsletter**

This email is optimized for display on mobile phones. Construction Dive: Daily Dive is a product of Industry Dive, Inc. 1255 23rd Street NW, Suite 550, Washington, DC 20037. We value your privacy. We won't share your email address with anyone else without your permission. This message was sent to peter@dscnetworks.com. You can unsubscribe or switch to a weekly newsletter subscription anytime. See our full privacy policy.

Sign up | Manage subscription | Advertise with us | Submit story tip

**From:** Peter Fellegy <peter@dscnetworks.com>
**Sent:** Friday, March 30, 2018 11:43 AM
**To:** ██████████ REDACTED ██████████
**Subject:** Re: CSAPs submittals (Deep South Communications, LLC) (status request)



EXHIBIT

**6**

Just had a good follow-up call w/ REDACTED (from Monday); know that he too is on VTO next week. The business horizon looks good for us, and will look forward to connecting w/ you, REDACTED and others in person when we can.

Thanks again for your reply and have a enjoyable weekend!

Best regards,

Peter

(317) 847-6600 (C)

On Fri, Mar 30, 2018 at 10:04 AM, REDACTED wrote:

Hey there Peter, thanks for reaching out. We have several folks out on Spring Break next week, so we won't be able to meet live, but REDACTED will be putting a meeting on the calendar so we can at least introduce ourselves and start discussing opportunity and process.

REDACTED

REDACTED | VP, Network Deployment

REDACTED

3475 Piedmont Rd NE | Ste 1000 | Atlanta, GA 30305
404 978 2315 office | 405 204 6434 mobile
www.mobilitie.com

CONFIDENTIALITY NOTICE | The email message contains confidential and proprietary information, including all attachments (if any) to this email even if such attachments are not separately marked as confidential and/or proprietary. Such information is exclusively for the addressee(s) and no others, unless and to the extent expressly stated above to the contrary. If the recipient of this email is not the addressee, such recipient is prohibited from reading or using this message in any way. If you have received this message by mistake, please call us immediately and destroy the email message and all attachments.

**From:** Peter Fellegy [mailto:peter@dscnetworks.com]
**Sent:** Friday, March 30, 2018 9:28 AM
**To:** REDACTED
**Subject:** Fwd: CSAPs submittals (Deep South Communications, LLC) (status request)

4

GM, REDACTED

Could we talk later today or Monday?  I received an auto reply from REDACTED directing us to you.

In adcance, thanks and look forward to meeting and helping your team.

Best regards,

Peter

(317) 847-6600 (c)

VP Business Development

---------- Forwarded message ---------
From: Peter Fellegy <peter@dscnetworks.com>
Date: Fri, Mar 30, 2018, 7:46 AM
Subject: Fwd: CSAPs submittals (Deep South Communications, LLC) (status request)
To: REDACTED

GM, REDACTED !

Rhett Westerman and I will be in ATL next Wed/Thurs for client mtgs and would like to arrange some time w/ you; perhaps a mtg at the office and then lunch?

We would enjoy mtg REDACTED too if he's in office.

We look forward to working for Mobilitie in the Gulf Coast region, and helping you be very successful!

In addition to high performing small cell (and other tower type) installations, we are also experts in microwave net design/build (and we're a national, preferred Ceragon VAR); just FYI.

Looking forward to calling you later today or Monday, and finding a best time.

Thanks!

Best regards,

Peter

(317) 847-6600 (c)

---------- Forwarded message ---------
From: Peter Fellegy <peter@dscnetworks.com>
Date: Mon, Mar 19, 2018, 12:52 PM
Subject: CSAPs submittals (Deep South Communications, LLC) (status request)
To: ███████████████████ REDACTED ███████████████████
Cc: Rhett Westerman <rhett@dscnetworks.com>, Jeremy Hollier <hollier@dscnetworks.com>

Hello:

Knowing today that there have been some management changes in the TX/OK/AR region, we would like to ask for a status of the following CSAPs (and  have been pursuing these w/ our Mobilitie market contacts over the last month):

LR68XC542B (submitted 05 Feb)

LR69XC528D (     "        "    "  )

LR68XC517D (     "        "    "  )

LR68XC505E (     "        "    "  )

HO68XCUQCC (submitted 24 Jan)

HO68XCUQDC (     "        "    "  )

LR68XC504C (submitted 22 Jan)

LR68XC540A (      "         "    "  )

We also have (5) CSAPs submitted in to REDACTED and will have a status from him late today or tomorrow; we appreciate his help on these.

We also have (11) awarded projects in New Orleans (for REDACTED ) and believe that we are now working these w/ REDACTED .

Pls call me direct if you can. We continue to appreciate the opportunities w/ Mobilitie in the Gulf Coast region!

Best regards,

Peter

**VP of Business Development**

Deep South Communications, LLC

(317) 847-6600 (C)

peter@dscnetworks.com

www.deepsouthcommunications.com