IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DEEP SOUTH<br>COMMUNICATIONS L.L.C.<br><br>v.<br><br>PETER M. FELLEGY | ) CIVIL ACTION<br>)<br>)<br>) NO. 22- 00598-JWD-EWD<br>)<br>)<br>)<br>) |

### **DECLARATION OF RHETT WESTERMAN**

    I, Rhett Westerman, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following statements are true and correct and based on my personal knowledge of the facts and records referenced herein:

    1.    I am a person of sound mind who is more than 18 years of age and capable of making this Declaration.

    2.    I am the President of Deep South Communications L.L.C. ("Deep South").

    3.    Deep South and End 2 End Technologies, Inc. ("E2E"), sell the same products, including networks, towers, fiberoptic runs, and microwave radios, to the same customers.

    4.    For instance, General Electric ("GE") is a current customer of both Deep South and E2E.

    5.    In addition, Deep South and E2E are both authorized resellers of the microwave radios that GE manufactures and therefore compete for the same customers for these sales.

    6.    In my role as President, I am familiar with and have personal knowledge of Deep South's business records, which include, but are not limited to, personnel files, company


EXHIBIT 1

policies, and documents and emails related to business operations, business development, finance and accounting, and employment matters ("Business Records").

7. Deep South's Business Records are made at or near the time of the events by persons with knowledge of the substance of the records.

8. Deep South regularly makes Business Records in the ordinary course of its business.

9. During his employment with Deep South, Peter M. Fellegy prospected for small-scale utilities, including small electric co-ops. *See* Email dated January 15, 2021, a true and correct copy of which is attached hereto as Exhibit A (Fellegy representing to customer that "Power utility co-ops and utility contracting primes have been our focus to date"); Emails dated August 19, 2021, a true and correct copy of which is attached hereto as Exhibit B (discussing business opportunity for Deep South to act as "channel partner to own its electrical coops/water/wastewater/industrial business from a sales/marketing/services perspective" replacing current channel partner, *i.e.* E2E); Email dated March 25, 2020, a true and correct copy of which is attached hereto as Exhibit C (Fellegy indicating that he has focused on three major areas of growth for Deep South, one of which was "power (and other) utilities"); Email dated October 11, 2019, a true and correct copy of which is attached hereto as Exhibit D (Fellegy discussing business development efforts in the area of "Utilities (Electric, AMI and others)"); Email dated August 28, 2019, a true and correct copy of which is attached hereto as Exhibit E (Fellegy ranking "Regional (electric) Utilities for private LTE and licensed microwave networks)" as the second most important area for developing business, emphasizing that he would target "regional utilties [sic] and electric coops on the Gulf Coast and Southeast US");

Emails dated June 13-14, 2019, a true and correct copy of which is attached hereto as Exhibit F (Fellegy marketing Deep South as being license and approved to work for a number of utilities (and some electric co-ops) across the Gulf Coast for purposes of developing business on behalf of Deep South in this area); Email dated April 4, 2018, a true and correct copy of which is attached hereto as Exhibit G (Fellegy emphasizing Deep South's experience with "a number of regional Gulf Coast utilities (like DEMCO)" for purposes of developing similar business).

10. Deep South markets, solicits, and conducts business throughout the Gulf Coast, Southeast, and North America. *See* Exhibit A (Fellegy representing to customer that Deep South "actively operat[es] in the Gulf Coast and Southeast regions (and Puerto Rico) of the US and also throughout NA [North America]"); Exhibit D (Fellegy discussing business opportunities with various companies across North America); Exhibit E (identifying Gulf Coast and Southeast US as targeted area for business development efforts); Exhibit F (Fellegy marketing Deep South as being licensed and approved to work for a number of utilities (and some electric co-ops) across the Gulf Coast for purposes of developing business on behalf of Deep South in this area); Email dated June 12, 2018, a true and correct copy of which is attached hereto as Exhibit H (Fellegy marketing Deep South as operating in the Gulf Coast and Southeast regions of the United States and as holding licenses in twenty different states and requesting to visit with customer regarding business opportunities in Indianapolis and Louisiana).

Executed on  10/18/2022       .

_____
Rhett Westerman

4889-0521-0170
2949676-000003

**From:** Peter Fellegy <peter@dscnetworks.com>
**Sent:** Friday, January 15, 2021 9:20 AM CST
**To:** REDACTED
**Subject:** Business introduction (Deep South Communications, LLC) (transmission tower construction)
**Attachment(s):** "Deep South Transmission Tower Construction (C.Karn)_15 Jan 21.pdf"

REDACTED

Thanks again for the call yesterday! I appreciate the opportunity to network w/ you in the great West! Power utility co-ops and utility contracting primes have been our focus to date.

I have attached for you and others, our Utility Tower Construction Experience (*see the attached ppt*); please share this as you can. Would be glad to take interested calls directly to talk through the regional opportunities and where we can help.

<u>OUR OBJECTIVE: to have our (2) big tower crews (who are fully equipped) to be working on building/erecting new utility lattice transmission towers in the US; a Q1, 2021 start would be great!</u>

As a quick corporate overview, we are recognized for all tower services' construction (and transmission utility towers), tier-one MW design/build *and more* by our major enterprise/industrial clients; all of these are successful multi-year relationships!

We are actively operating in the Gulf Coast and Southeast regions (and Puerto Rico) of the US and also throughout NA for the right engagement; are holding (19) active GC (and electrical contracting) licenses, and self-perform tower and equipment installation services for a number of our major clients across (6) industry segments. <u>We self-perform: new tower builds (including utility transmission and broadcast/tall towers), design/build microwave nets, private LTE, complex structural mods, maintenance and repair, small cells, and DAS projects.</u> We're well capitalized, own all of our heavy equipment for civils and tower erection, can bond projects up to $10M, and have proven relationships w/ specialty services partners.

Your utility friends' clients will find us to be: smart/agile, experienced, and safe!

REDACTED thanks for the networking assist and will talk again soon!

Best always,

Peter

**Vice President of Business Development, MBA**

Deep South Communications, LLC

Indianapolis

(317) 847-6600 (C)

peter@dscnetworks.com



www.deepsouthcommunications.com

**EXHIBIT A**

**From:** Peter Fellegy <peter@dscnetworks.com>
**Sent:** Thursday, August 19, 2021 10:25 AM CDT
**To:** Rhett Westerman <rhett@dscnetworks.com>
**CC:** REDACTED
**Subject:** Fwd: Arkansas

Rhett:

Here is an interesting opp from the GE that we have not discussed w/ them at all; glad to talk through this w/ you and Rob after we clear a few assignments.

We did follow-up w/ REDACTED this week from our conversation w/ him at ENTELEC re the FL utility project where GE thinks they will need our help; I shared highlights of the ENTELEC conversation last week w/ you.

Glad to talk through this when you can; thanks!

Best regards,

Peter
(317) 847-6600 (C)

---------- Forwarded message ---------
From: REDACTED
Date: Thu, Aug 19, 2021 at 11:01 AM
Subject: Arkansas
To: Peter Fellegy <peter@dscnetworks.com>
Cc: Rob Sterrenberg <rsterrenberg@dscnetworks.com>


Hi Peter and Rob


I hope all is well. There is a potential that the state of Arkansas would be up for grabs for a channel partner in 2022. The current channel partner handling the state is not generating much wireless business and haven't been for the past couple of years.  What I'm looking for is a channel partner to own its electrical coops/water/wastewater/industrial business from a sales/marketing/services perspective. If you see this as a potential we would have to work on getting you formally into the channel program as a distributor (vs the "reseller" status you currently have). This means the following:


- You would have to actively market and sell into the state. We don't micromanage how that happens but we would like to get just a high level idea for what your yearly plan would be (ie attending roadshows, lunch and learns, webinars, cold calling etc… whatever fits your style).
- The first year would be a trial/probation. You won't have any quota to meet. But as long as you show some business and relationship growth it'll be fine. We understand that with utilities it takes a while to groom new customers.
- You get 50% off list price on GE MDS wireless products and 20% on accessories to resell into Arkansas, as well as 30% on wireless to resell in other states.  Just FYI when such customers contact us, the typical discount we give them is 15-20%. And many shop around, they call us as a manufacturer and then call channel partners. This tidbit of info helps you figure out where your price should be.
- You would have to provide GE with quarterly Point of Sale data (customer name/city/market segment/products sold etc…)
- You provide tier 1 tech support to those customers this includes on-site engineering support as needed. You would need to have trained wireless staff onboard to do that and we can help them with our formal trainings to get up to speed.
- You own those customer segments (coops/water/wastewater/industrial) from a services perspective. We as GE don't have visibility into what  you do with services, this is completely yours.
- We would help your team with trainings and marketing collateral support as needed.


Think about it and let me know if this fits within your business model and we can discuss more.


REDACTED

**EXHIBIT B**

**From:** Peter Fellegy <peter@dscnetworks.com>
**Sent:** Wednesday, March 25, 2020 2:38 PM CDT
**To:** Peter Fellegy <peter@dscnetworks.com>
**Subject:** Biz Dev All Pursuit (1st Qtrly Update)

Rhett:

Was planning on showing this EOM (should know more) and glad to share it now.  Also, adding a matrix of where I think the reviews will come from while being sensitive to the current environment and economic pause, that makes this interesting and more difficult to predict (just being candid).



| 2020 revenue potential (by account and/or segment): | ($ in millions) |
|---|---|
| (1) FDOT (as a prime and/or sub to a winning GC) | REDACTED |
| (2) TXDOT (as a sub to a winning GC/Eng) | |
| (3) Oil/Gas in the GoM (Tampnet) | |
| (4) Satellite ground stations (2 new clients) | |
| (5) Utilities (MW/Private LTE) | |
| (6) Ericsson (new complex/economic recovery pricing) | |
| (7) Jacobs Telecom (DOT or special project) | |
| (8) Others (from existing partner relationships) | |
| 2020 revenue potential from BD | $ |

I have been focused (as a carryover from the last half of 2019) on (3) majors which we think are growth areas for the firm: (1) DOTS along the Gulf Coast, (3) LEO ground stations, and (3) power (and other) utilities.

(1) **ITS** and our relationships developed last fall w/ major Planning/Engineering and GC Primes
    - we've had active conversations open w/ HNTB, Atkins, Metric Eng (Orlando), SICE, Inc.(USA), AECOM, Kimley-Horn (San Antonio), Ardmore-Roderick (Chicago), Jacobs, and Parsons
    - these relationships need periodic feeding (and we're doing it, but are not traveling to see them); the conversations and connections are best w/ AECOM; the others are developing even w/ periodic touches
    - I like our potential w/ Jacobs (sense is that this may be outside their core focus but I still like the access)
    - we continue to review the FDOT letting opps (same day) and have found (3) where we can contribute to the winners; pursing those winners direct w/ phone, email and txt
    - met w/ the FDOT Direct #5 team near Orlando (in late Feb); worthwhile w/ connections who are embedded Engineering vendor PEs
    - GA and TX are states that we need to look at for 2020; they have the funding and the planning; have reviewed the prequal requirements (will be similar to FDOT)
    - while working through our inhouse staff, hope to have the vendor complete and delivered to FDOT yet this week
    - and as a supplement have signed up for BidNet Direct and are looking looking at all Gulf Coast states and those just north of DSC

(2) **Satellite ground stations**
    - have worked my network and research through the Satellite 2020 (earlier this month), and completed on-line vendor surveys for SpaceX, Blue Origin and ViaSat; planning on reaching out directly to establish to POCs that we can talk w/ re our services, interest and capability
    - from Satellite 2020, have (5) new additional contacts and are arranging interview conversations w/ them; working at getting noticed (some of these are from my mtg w/ REDACTED, Pres of SIA)
    - good conversation w/ REDACTED, Pres at NB+C in MD; we talked about their ViaSat experience (agree that we could do better)

(3) **Oil & Gas Offshore**
    - re Tampnet, after delivering our proposal in Dec, I think we will definitely see some benefit from our cultivation (and project delivery) over the last (24) months.  We have multiple contacts who I think "get" the DSC brand; still think we could find ourselves in both the Carribean and GoM (for maintenance) sometime this year; they also "get" the need for project/resource planning
    - the complexity of Tampnet (GoM working the Nordic team) is having an impact on communications w/ REDACTED and Danish (REDACTED)
    - re RigNet, I'm not sure that we will do any more for them (until they decide to change their model and embrace our pricing)

(4) **Utilities (electric and others)**
    - have maintained a friendly (periodic) relationship w/ your friends at Prime-Controls; saw REDACTED last fall (REDACTED too); we've also offered them twice some lunch & learn sessions to get to know Rob S.and the apps for CIENA and Infinera; no bites yet
    - have reached out to AEP in Columbus, OH to refresh our vendor status and getting to know us; that was earlier this month

**EXHIBIT C**

    - UTC Region 6 postponed (was using that as a reconnect w/ clients in Overland Park)

(5) **Wireless Telecom (tower owners, OEMs and primes)**
    - we continue to leverage-up on our CCI relationships; this is still good!
    - your Ericsson maintenance works well; as we decline to bid for the opps that they have been sharing w/ us, I think that a cool project w/ them is possible but it's challenging to calc a revenue value
    - for SBA, ATC and Phoenix Tower, it looks like the competition continues to make our efforts challenging; relationship wise, we continue to have good senior mgmt access to each of these
    - I think (w/ real disappointment) that the VB relationship is gone for good; have talked w/ (2) SVP/VP level friends (last (90) days) there as ways to bring some different value to their play; also reached out to REDACTED in Feb; phone conversations were all good (no push back); not sure how long the penalty box condition lasts ... but, I'm focused on all other opps and not this one.

(6) **Microwave Networks**
    - interested to see where the AT&T MWBH reverse auction lands w/ Ceragon (REDACTED, retired EOY and REDACTED is still in place in Atlanta); would not have approached the auction any differently than we did in early Dec 2019
    - missed Hughes Network Systems at Satellite 2020 but they know who we are
    - continue to maintain the Bechtel relationship w/o traveling

(7) **Class 1 Rail**
    - no new info re CSX; plan on showcasing our optical transport capabilty to the VP there through LinkedIn
    - you know what bids we have seen from NFS
    - no traction from our BNSF vendor profile (Dec 2018)

(8) **Specialty Projects**
    - I like that Rob is adding value to who we are; makes us look bigger and w/ a broader technical mindset
    - had had a few conversations w/ Black Box Networks (Dallas and Minneapolis) re MW, DAS, and Rob's transport portfolio
    - Fluidmesh conversations are ON HOLD following my call w/ REDACTED last fall
    - Ericsson and NOKIA will continue to dominate the high volume Turfing models across the carriers (where we don't play)
    - as mentioned, NOKIA moved all of their services delivery to SAC Wireless last fall; conversations w/ NOKIA (Irving) have been none; have connected w/ VP level at SACW who was on the satellite ground station side w/ GoGo; conversation is developing
    - our carryover w/ Extenet has produced no new conversations on my part; they seem distant (suspect that they want deeply discounted services)
    - have had conversations w/ the Commscope CBRS contact (REDACTED)
    - have had conversations w/ Cielo Networks (Sale Lilly) re their acquisition by Sollectronics (San Diego)
    - staying close to Brookfield Asset Management (thinking enterprise level opps)
    - reintroduced DSC to a Jones Lang LaSalle (commercial real estate); again, thinking enterprise level opps
    - shared some networking POCs w/ Rob to synch who we're each talking with; this works well and is easy to do

Rhett, glad to talk through this when you can.  Thanks!

Best regards,

Peter
(317) 847-6600 (C)

**From:** Peter Fellegy <peter@dscnetworks.com>
**Sent:** Friday, October 11, 2019 11:29 AM CDT
**To:** Rhett Westerman <rhett@dscnetworks.com>
**Subject:** Biz Dev All Pursuit (3rd Qtrly Update)

Rhett:

With some summer review, I thought it might be good to share my usual Qtrly update; framing this up as the last Qtrly update in June, 2019.

As a front-end to this, the pursuits have almost all been in industry segments where you and the team would like to do more (that said, it means making new friends, staying focused, and leveraging-up on where we have been in the last 5-10 years); this takes more time than I would like (and candidly, I would like to have had more success YTD for you and the team).

(1) **ITS (ITS America, ITS Midwest, i3 Transportation Showcase, ITS Rural (Austin), GRITS**, and relationships developed this summer w/ major Planning/Engineering and GC Primes)
   - we active conversations open w/ HNTB, Atkins, WSP (Detroit), SICE, Inc.(USA), AECOM, Pennoni and Associates, Kimley-Horn (Atlanta/Dallas), Ardmore-Roderick (Chicago), and Parsons
   - these relationships will need some periodic info/project feeding to keep the name/our services in front of them; think that they will all find a niche project for us (it's timing and this approach will take some time)
   - looking at the FDOT ITS winners (the top (5), very few have good communications skills and probably think that we're "after them competitively"; "partnering" to me means different things and it starts w/ a conversation to explain who we are ... we have talked/met w/ (2) of the top (5) in FL
   - GA is another state that we need to look at for 2020; they have the funding and the planning
   - while the Atkins team thinks that "getting to know the Districts" is a good idea, I'm not sure that I do (part of it is timing and travel expense); I do like the idea for FDOT to focus on the top (2) as a sample and let the others ride along after we have some success to share w/ them

(2) **Oil & Gas Offshore**
   - I like this space for the recurring nature of the work and the ability to be patient while looking for other niche opps
   - re RigNet, I'm not sure that we will do any more for them (until they decide to change their model and embrace our pricing); this will likely be a steady-state relationship w/ some sales but nothing to win the year or years.  Mtg w/ [REDACTED] and his Nortel model almost felt like talking w/ SVPs at AT&T ... I expected more and he made little effort to really get to know us when I was there and only wanted to talk about history w/ us (he's relying on [REDACTED] to be the sourcing gatekeeper ...).
   - re Tampnet, I think we will definitely see some benefit from our cultivation (and project delivery) over the last (18) months.  We have multiple contacts who actually "get" the DSC brand; we could find ourselves in both the Carribean and GoM early next year; they also "get" the need for project/resource planning
   - from Oilcomm (and Hex said we would), we have some other developing relationships w/ Tampnet resellers ... I like the fact that they too seem to understand our value and they're in our Gulf Coast region

(3) **Wireless Telecom (tower owners, OEMs and primes)**
   - we only have (2) more months in the 2019 VB penalty box; I sure hope someone finds the keys to let us out ...
   - we (collectively in BR and Indy) continue to leverage up on our CCI relationships; this is good!
   - for SBA, ATC and Phoenix Tower, it looks like the competition continues to make our efforts challenging; again, looking at the more complex projects (w/ better margins) means that we have fewer opps but will like each one that we get. Relationship wise, we continue to have good senior mgmt access to each of these

(4) **Utilities (Electric, AMI and others)**
   - have maintained a friendly (periodic) relationship w/ your friends at Prime-Controls; expect to get some time w/ [REDACTED] next week (already talked w/ [REDACTED] and will find him in Houston); not sure how aggressive [REDACTED] is but I liked the conversation w/ him a month ago.
   - think that the AEP opp is quietly cold and don't know why?  Clearly, we need to get through their SW Regional Gatekeeper ... and he's not very interested in bringing any new vendors on (or, his team doesn't know how to communicate well w/ him, or current relationships w/ vendors are so tight locally that they don't need anyone new (like DSC) making the rest of group look bad ...
   - from UTS (Ft. Worth in June), we talked w/ Oncor Director level (they don't see the need apparently)
   - developed some Engineering connections w/ Burns & McDonald, Kiewit, Sargent & Lundy (all of these contacts have been good to talk w/ initially but require more care & feeding)
   - the AMI pursuits have been light on the interest and are not communicating well enough (it's mostly me chasing which I can do)

(5) **Microwave Networks**
   - waiting for the AT&T MW Backhaul RFQ/Reverse Auction to get started ( [REDACTED] ); don't know that I really have any expectations re this one; feels like a standard pricing model exercise (where the industry helps them build the 2020 budget ...)
   - w/ our time at Oilcomm, I like the refreshed conversation w/ Hughes Networks Systems; this took all summer because of the mgmt restructuring; the VP can see our value and has only (1) vendor in our space
   - I like that we're on-boarded w/ Bechtel; the industrial/enterprise level is where we can showcase our services (and are

EXHIBIT D

staying out of the AT&T Turf model)
    - re Ceragon Networks and Aviat; will need to carve out a DSC sales strategy/approach if we're going to be able to do more that we have this year.

(6) **Class 1 Rail**
    - no real change but our CSX target just got a promotion
    - w/ CSX, I think we may be able to get some help from TESSCO (REDACTED); he knows CSX well; working at arranging a call w/ you to discuss next steps and how we can help each other
    - NFS (steady on opps throughout the year but not winning)
    - no traction from our BNSF vendor profile (Dec 2018)

(7) **Specialty Projects**
    - I like the intro to REDACTED and what he (and his industry contacts) can do for our fiber business; really looking forward to next week in Dallas!
    - City of Indy (and Fluidmesh) needs more coordination; trying to understand why FM would not be more interested in this opp
    - the Extenet RFQ seems loose (even after my office visit (2) weeks ago w/ REDACTED); following-up w/ him today to send us the regional contacts that he did not have when I was there ... this is a low percentage opp and feels like an AT&T pricing exercise for 2020 (I don't even like using the analogy)
    - have a number of 2019 conference speaker/presenter opps in follow-up; expecting to have (4) of these nailed down for Rhett by EOY
    - Ericsson and NOKIA will continue to dominate the high volume Turfing models across the carriers (where we don't play); NOKIA continues to be the MW product of choice in GoM (is it helpful if we acquired some training on their product? It's a vendor differentiator that NOKIA will see first)

Rhett, glad to talk through all of this next week when we're in Dallas/Plano, and continue to appreciate the pursuit!.

Best regards,

Peter
(317) 847-6600 (C)

**From:** Peter Fellegy <peter@dscnetworks.com>
**Sent:** Wednesday, August 28, 2019 2:23 PM CDT
**To:** REDACTED
**Subject:** Deep South Communications promo proposal
**Attachment(s):** "HEXAGON_Digital_Transformation_of_Rail_eBook_28 Aug 19.pdf"

REDACTED:

Many thanks for the time today and the thinking about these next (5) related (1) pagers.

I mentioned to REDACTED that I just read a download whitepaper (different format and different need but liked the imaging around the topic (and the ability to read the major points on each page/section); please see the attached.

I'll talk to the CEO and see if we can move forward w/ getting some of these (1) pagers done.

My ranking for this project may look like this:
(1)  Transportation and Intelligent Transportation Systems (ITS)
     [targets are Departments of Transportation, large Engineering firms and large General Contractors]
(2)  Regional (electric) Utilities (for private LTE and licensed microwave networks)
     [targets are regional utilties and electric coops on the Gulf Coast and Southeast US]
(3)  Class 1 Rail (for private LTE and microwave networks)
     [targets are CSX
(4)  Off-shore Oil & Gas Exploration (for private LTE and microwave networks)
     [targets are BP, Exxon, Chevron, and others]
(5)  Agriculture (for private LTE and licensed microwave networks)
     [targets are Cargill, ConAgra, ADM, their network integrators, and others]

As a bonus category:
(6)  Tower Climbing/Rescue Training (all aspects of working at height and work positioning at height)
     [targets may include all of our clients who perform some of the same services but with limited resources and ability to cover multiple engagements]

NOTE:  starting on Sep 12th I start traveling again and will be gone for (4) weeks w/ a few days in Indy.

Let's talk again when you can.

Best regards,

Peter
(317) 847-6600 (C)

**EXHIBIT E**

**From:** Peter Fellegy <peter@dscnetworks.com>
**Sent:** Friday, June 14, 2019 9:04 AM CDT
**To:** REDACTED
**Subject:** Fwd: Are you Oncor approved vendor?

REDACTED

Just FYI.

Best regards,

Peter
(317) 847-6600 (C)

---------- Forwarded message ---------
**From:** REDACTED
**Date:** Fri, Jun 14, 2019 at 7:29 AM
**Subject:** RE: Are you Oncor approved vendor?
**To:** Peter Fellegy <peter@dscnetworks.com>
**Cc:** Rhett Westerman <rhett@dscnetworks.com>


Thanks, Peter.


Regards,



**From:** Peter Fellegy <peter@dscnetworks.com>
**Sent:** Thursday, June 13, 2019 6:57 PM
**To:** REDACTED
**Cc:** Rhett Westerman <rhett@dscnetworks.com>
**Subject:** Re: Are you Oncor approved vendor?

REDACTED


Thanks for reaching out and apologies for the delay in replying (we wanted to check our archives).  We believe that we have worked for Oncor (but it's been years ago ...); we, however, are licensed and approved to work for a number of utilities (and some electric Co-ops) across the Gulf Coast.

Please call me if you need more; we would enjoy knowing more about the opportunity!  Many thanks!

Best regards,

Peter

**EXHIBIT F**

**VP of Business Development, MBA**

Deep South Communications, LLC

Indianapolis

(317) 847-6600 (C)

peter@dscnetworks.com

LinkedIn

www.deepsouthcommunications.com

On Thu, Jun 13, 2019 at 1:03 PM REDACTED wrote:

> Dear Suppliers,
>
> Good afternoon.
>
> Can you let me know if you are Oncor approved vendor please?
>
> Regards,
>
> 

**From:** Peter Fellegy <peter@dscnetworks.com>
**Sent:** Wednesday, April 04, 2018 11:25 AM CDT
**To:** REDACTED
**Subject:** Business introductions and SmartGrids (re Deep South Communications, LLC)
**Attachment(s):** "Deep South Communication, LLC Clients (1 page)_04 Apr 18.pptx"

REDACTED

Thanks for taking my call today!

Our pursuit is to be more actively engaged in the data (SCADA/ICS) transport piece of SmartGrid designs (and managing/monitoring those SmartGrid data transport facilties).

We are experts in RF Design/Engineering, tower construction, installing & testing for (licensed) microwave networks  From our project experience to date, with a number of regional Gulf Coast utilities (like DEMCO), we believe that there is a clear business need for our services.  We also represent a number of MW radio OEMs (nationally) and can design/implement the most basic to 100+ site locations; they are all in our wheel house.

We are operating in the Gulf Coast and Southeast regions of the US; are holding (20) active GC state licenses, and self-perform tower and equipment installation services for a number of our major clients across (5) industry segments.

Pls let me know if your peers at either REDACTED would be interested in getting to know us or if they have other applications.

We are an agile, experienced, and professional organization w/ excellent (year-over-year) client relationships (see attached)!

Thanks again for the conversation today!


Best regards,

Peter


**VP of Business Development**

Deep South Communications, LLC

(317) 847-6600 (C)

peter@dscnetworks.com


Linked in.


www.deepsouthcommunications.com

**EXHIBIT G**

**From:** Peter Fellegy <peter@dscnetworks.com>
**Sent:** Tuesday, June 12, 2018 5:05 PM CDT
**To:** REDACTED
**Subject:** Business introductions from Connect-X (Deep South Communications, LLC)
**Attachment(s):** "Deep South Overview (T.Steele Construction, Inc.)_12 Jun 18.pptx"



Thanks for taking my call this afternoon!  It was great to meet you, REDACTED at your booth at Connect-X!

We, **Deep South Communications, LLC**, can appreciate the value that your services can bring to interesting, complex tower projects requiring large drilled shaft foundations!

<u>We are experts in RF Design/Engineering, tower construction, installing & testing for (licensed) microwave network</u>s  From our project experience to date, with a number of regional Gulf Coast utilities (like DEMCO), we believe that there is a clear business need for our services.  We also represent a number of MW radio OEMs (nationally) and can design/implement the most basic to 100+ site locations; they are all in our wheel house.

We are operating in the Gulf Coast and Southeast regions of the US; are holding (20) active GC state licenses, and self-perform tower and equipment installation services for a number of our major clients across (5) industry segments.

Attached please find our corporate overview to provide some highlights.

Since I live in Indianapolis and we're HQ'd in Baton Rouge, I thought it might be great to visit the week of 25 June, and see if there are some project synergies w/ either geography and/or clients served.

Have a great finish to your week, and we'll talk soon!


Best regards,

Peter

**VP of Business Development, MBA**
Deep South Communications, LLC
Indianapolis
(317) 847-6600 (C)
peter@dscnetworks.com

Linked in.

www.deepsouthcommunications.com

**EXHIBIT H**