**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| DEEP SOUTH ) | CIVIL ACTION |
| COMMUNICATIONS L.L.C. ) | |
| ) | |
| ) | NO. 22-00598-JWD-EWD |
| v. ) | |
| ) | |
| PETER M. FELLEGY ) | |

**PLAINTIFF'S EXHIBIT LIST FOR HEARING ON**
**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (DOC. 8)**
**AND DEFENDANT'S MOTION TO DISMISS (DOC. 16)**

Plaintiff, Deep South Communications L.L.C. ( "Deep South"), submits its exhibit list in connection with the hearing on Deep South's Motion for a Temporary Restraining Order (Doc. 8) and Defendant's Motion to Dismiss (Doc. 16), presently scheduled before Judge John W. deGravelles on October 26, 2022.

| EX. NO | DESCRIPTION |
|---|---|
| Exhibit 01 | Ericsson Inc. Maintenance Tickets |
| Exhibit 02 | 2014 Ericsson Inc. Cell Site Maintenance Tower Dispersion Map |
| Exhibit 03 | 2010 Deep South Communications, LLC Reference List |
| Exhibit 04 | 2017 Deep South Communications, LLC Major Projects List |
| Exhibit 05 | 2017-3-18 Confidentiality and Restrictive Covenant Agreement signed by Peter Fellegy |
| Exhibit 06 | 2017-06-29 email from Peter Fellegy re: business introduction (re Deep South Communications, LLC) to Tessco |
| Exhibit 07 | 2017-07-18 email from Peter Fellegy re: Company information |
| Exhibit 08 | 2017-07-19 email from Rhett Westerman re: Business introductions (e2e Networks and DSC) in Dallas, TX on 2017-07-26 |
| Exhibit 09 | 2017-08-08 email from BidSync re: 43 New Bids Ready for You on BidSync |
| Exhibit 10 | 2017-12-02 email from BidSync re: 18 New Bids Ready for You on BidSync |
| Exhibit 11 | 2017-12-21 email from BidSync re: 19 New Bids Ready for You on BidSync |
| Exhibit 12 | 2017-6-18 email from Peter Fellegy re: 06/05 New Orleans trip |
| Exhibit 13 | 2017-6-29 email from Peter Fellegy re: Business introduction (DSC) |

1

| | |
|---|---|
| Exhibit 14 | 2017-7-27 email from Peter Fellegy re: expense receipts from BR, Houston, Austin trips with attachments |
| Exhibit 15 | 2017-8-28 email from Peter Fellegy re: Ericsson T Mobile New Orleans |
| Exhibit 16 | 2018-01-16 email from Peter Fellegy re: Business introductions (DSC) to Mobilitie with attachment |
| Exhibit 17 | 2018-02-24 email from BidSync re: 20 New Bids Ready for You on BidSync |
| Exhibit 18 | 2018-03-12 email from Peter Fellegy re: CSAP submittals and awarded N.O. projects status |
| Exhibit 19 | 2018-03-12 email to Peter Fellegy re: lunch-n-learn opportunity for BR staff |
| Exhibit 20 | 2018-03-19 email from Peter Fellegy re: CSAPS submittals (DSC) (status request) |
| Exhibit 21 | 2018-03-28 Meet/greet, looking forward and lunch at DSC invite organized by Peter Fellegy |
| Exhibit 22 | 2018-04-06 email to Peter Fellegy re: N.O. sites with attachments |
| Exhibit 23 | 2018-04-12 email to Peter Fellegy re: N.O. market locations |
| Exhibit 24 | 2018-05-04 email to Peter Fellegy re: RE Crawford bid on N.O. project site BCBG |
| Exhibit 25 | 2018-06-04 email to Jeremy Hollier re: N.O. street cut permits with attachments |
| Exhibit 26 | 2018-06-05 email to Peter Fellegy re: N.O. project site BCBG |
| Exhibit 27 | 2018-06-18 Print Summary of small cell installation in N.O. |
| Exhibit 28 | 2018-07-23 email from Peter Fellegy re: VTO and trips to N.O. and B.R. |
| Exhibit 29 | 2018-07-24 email from Peter Fellegy re: Directional boring contractors (experienced w/ New Orleans |
| Exhibit 30 | 2018-07-24 email from Peter Fellegy re: directional boring contractors (N.O. experienced) |
| Exhibit 31 | 2018-08-28 email to Peter Fellegy re: Bid Invite InMotion at Louis Armstrong Airport |
| Exhibit 32 | 2018-12-03 email from Peter Fellegy re: Expense receipts with attachment |
| Exhibit 33 | 2018-12-05 email from Peter Fellegy re: December/End of the Year Updates |
| Exhibit 34 | 2018-12-05 email from Peter Fellegy re: December/Year End updates and trips to Tulsa, Dallas, and BR |
| Exhibit 35 | 2018-12-24 email from Peter Fellegy re: expense receipts from BR trip with attachments |
| Exhibit 36 | 2019-03-20 email from Penny Wong re: VSW CTX Invitation to Bid market small cell construction and attachments |
| Exhibit 37 | 2019-03-21 email from Peter Fellegy re: VSW CTX Invitation to Bid market small cell construction with attachments |
| Exhibit 38 | 2019-04-01 email from Peter Fellegy re: expense receipts from BR trip with attachments |
| Exhibit 39 | 2019-06-14 email from Peter Fellegy re: Nokia – US/Alpharetta Oncor approved vendor inquiry |
| Exhibit 40 | 2019-06-26 email to Peter Fellegy re: Bid Invite Vino Volo location in Kenner, LA (MSY) |

4886-8707-3338v2
2949676-000003 10/24/2022

| Exhibit 41 | 2019-07-14 email from BidSync re: 6 New Bids Ready for You on BidSync |
| Exhibit 42 | 2019-07-27 email from Peter Fellegy re: Expense receipts with attachments |
| Exhibit 43 | 2019-08-05 email from Peter Fellegy re: RFP No. 19 Tower Construction with attachment |
| Exhibit 44 | 2019-08-11 email from Peter Fellegy re: expense receipts from BR/Tallahassee trip with attachments |
| Exhibit 45 | 2019-08-18 email from BidSync re: 55 New Bids Ready for You on BidSync |
| Exhibit 46 | 2019-08-19 email from BidSync re: 49 New Bids Ready for You on BidSync |
| Exhibit 47 | 2019-08-28 email from Peter Fellegy re: DSC promo proposal with attachment |
| Exhibit 48 | 2019-10-22 email to Peter Fellegy re: B.R. trip plans |
| Exhibit 49 | 2019-10-30 email from Peter Fellegy re: DSC (miscellaneous due diligence and on-boarding notes) with attachments |
| Exhibit 50 | 2020-02-01 email from Peter Fellegy re: expense receipts from BR trip with attachments |
| Exhibit 51 | 2020-05-01 email from Peter Fellegy re: opportunities with channel team for Ericsson and iDAS experience |
| Exhibit 52 | 2020-07-03 email from Peter Fellegy re: Business development pursuits (3rd Quarter 2020 Update) |
| Exhibit 53 | 2020-07-03 email to Peter Fellegy re: BR and Dallas trips |
| Exhibit 54 | 2020-07-04 email from Peter Fellegy re: past week highlights |
| Exhibit 55 | 2020-07-18 email from Peter Fellegy re: past week highlights |
| Exhibit 56 | 2020-07-18 email to Peter Fellegy re: past week highlights and TX, AL, GA, and TN business |
| Exhibit 57 | 2020-07-26 email from Peter Fellegy re: past week highlights |
| Exhibit 58 | 2020-10-22 email from Peter Fellegy re: 11/10 New Orleans trip |
| Exhibit 59 | 2020-10-22 email to Peter Fellegy re: 11/10 New Orleans trip |
| Exhibit 60 | 2020-11-06 email to Peter Fellegy re: 11/10 New Orleans trip |
| Exhibit 61 | 2020-11-14 email from Peter Fellegy re: expense receipts from BR trip with attachments |
| Exhibit 62 | 2020-11-14 email from Peter Fellegy re: past week highlights |
| Exhibit 63 | 2020-11-16 email to Peter Fellegy re: 12/08 New Orleans trip |
| Exhibit 64 | 2020-12-04 email to Peter Fellegy re: 12/08 New Orleans trip |
| Exhibit 65 | 2020-12-07 email from Peter Fellegy re: 12/08 New Orleans trip |
| Exhibit 66 | 2020-12-08 email from Peter Fellegy re: meeting to discuss GE relationship |
| Exhibit 67 | 2020-12-09 meeting with Boh Bros. rep and Peter Fellegy at English Turn Country Club N.O. invite |
| Exhibit 68 | 2020-12-10 email from Peter Fellegy re: quick questions about GE VAR engagement |
| Exhibit 69 | 2020-12-29 email from Peter Fellegy re: DSC ITS and SoWs – Connected Cities Integrators |
| Exhibit 70 | 2021-01-08 email from Peter Fellegy re: introduction to GE regional sales manager |
| Exhibit 71 | 2021-01-15 email from Peter Fellegy re: Business introduction (DSC – transmission tower construction) to Vast Broadband with attachment |

4886-8707-3338v2
2949676-000003 10/24/2022

| | |
|---|---|
| Exhibit 72 | 2021-03-06 email from Peter Fellegy re: past week highlights |
| Exhibit 73 | 2021-03-12 email from Peter Fellegy re: expense receipts for BR trip |
| Exhibit 74 | 2021-04-02 email to Peter Fellegy re: 04/06 New Orleans trip |
| Exhibit 75 | 2021-04-07 email to Peter Fellegy re: N.O. Convention Center developer Boh |
| Exhibit 76 | 2021-04-08 CCI/DSC Strategy session, facility tour and lunch at DSC invite organized by Peter Fellegy |
| Exhibit 77 | 2021-04-27 email from Rhett Westerman re: Federal Stimulus Money for Cities, Counties, and States - Primer info for the Deep South Team with attachment |
| Exhibit 78 | 2021-04-28 email from Rob Sterrenberg re: Federal Stimulus Money for Cities, Counties, and States - Primer info for the Deep South Team |
| Exhibit 79 | 2021-07-16 email from Peter Fellegy re: 08/09 New Orleans trip |
| Exhibit 80 | 2021-07-16 email from Peter Fellegy re: BR and Houston trips |
| Exhibit 81 | 2021-08-05 email to Peter Fellegy re: 08/09 New Orleans trip |
| Exhibit 82 | 2021-08-15 email from Peter Fellegy re: receipts for N.O. meetings with Lit Communities and Boh Brothers |
| Exhibit 83 | 2021-08-19 email from Peter Fellegy re: Arkansas GE opportunity |
| Exhibit 84 | 2021-08-24 email from Edgard Sammour re: Arkansas contacts with attachment |
| Exhibit 85 | 2021-09-01 email to Peter Fellegy re: disaster recovery tower crew support in N.O. |
| Exhibit 86 | 2021-09-03 email from Peter Fellegy re: Expense receipts with attachments |
| Exhibit 87 | 2021-09-10 email from Peter Fellegy re: Business introductions (DSC) (Baton Rouge) with attachments |
| Exhibit 88 | 2021-10-17 email from Peter Fellegy re: 11/15 New Orleans trip |
| Exhibit 89 | 2021-11-11 email from Peter Fellegy re: WEC RFP and various trips |
| Exhibit 90 | 2021-11-11 email from Southwest Airlines re: 11/15 New Orleans trip |
| Exhibit 91 | 2021-11-12 email from Peter Fellegy re: 11/15 New Orleans trip |
| Exhibit 92 | 2021-11-22 email from Peter Fellegy re: expense receipts for BR and Houston client trips with attachments |
| Exhibit 93 | 2021-12-07 through 2021-12-10 Calendar appointment for ITS America – Annual Meeting (Charlotte, NC) |
| Exhibit 94 | 2021-12-30 email from Peter Fellegy re: GE INDC |
| Exhibit 95 | 2022-08-26 Verification of Complaint for Injunctive and Other Relief executed by Rhett Westerman |
| Exhibit 96 | 2022-08-30 Deep South's Corporate Disclosure Statement |
| Exhibit 97 | 2022-10-14 Declaration of Rhett Westerman with exhibits |
| Exhibit 98 | 2022-10-18 Declaration of Rhett Westerman and exhibits |
| Exhibit 99 | 2022-08 Deep South Communications, LLC Licenses & Certificates |
| Exhibit 100 | 2022-09 States Licensed to Operate |
| Exhibit 101 | 2022-10 QuickBooks Customer List Export |
| Exhibit 102 | Any documents listed by Defendant. |
| Exhibit 103 | Any documents needed for impeachment purposes |

4886-8707-3338v2
2949676-000003 10/24/2022

BY ATTORNEYS:

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

*s/Jennifer L. Anderson*
Jennifer L. Anderson (La. Bar No. 23620)
450 Laurel Street, 21st Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7020
Facsimile: (225) 343-3612
Email: jlanderson@bakerdonelson.com

AND

Emily Olivier Kesler (La. Bar No. 37747)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5927
Facsimile: (504) 585-6925
Email: ekesler@bakerdonelson.com

*Counsel for Deep South Communications L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2022, service of a copy of the foregoing pleading or paper on the Defendant shall be made in the manner and time as may be required by the Federal Rules of Civil Procedure and the Local Rules of this Court.

            */s/Jennifer L. Anderson*
             Jennifer L. Anderson