IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEEP SOUTH COMMUNICATIONS L.L.C. | ) ) ) | CIVIL ACTION |
| v. | ) ) ) | NO. 22-00598-JWD-EWD |
| PETER M. FELLEGY | ) | |

**PLAINTIFF'S SUPPLEMENTAL AND AMENDED EXHIBIT LIST FOR HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (DOC. 8) AND DEFENDANT'S MOTION TO DISMISS (DOC. 16)**

Plaintiff, Deep South Communications L.L.C. ("Deep South"), submits this supplemental and amended exhibit list in connection with the hearing on Deep South's Motion for a Temporary Restraining Order (Doc. 8) and Defendant's Motion to Dismiss (Doc. 16), originally scheduled before Judge John W. deGravelles on October 26, 2022, and continued until November 2, 2022.

| EX. NO | DESCRIPTION | BATES |
|---|---|---|
| 1 | Ericsson Inc. Maintenance Tickets | PLTF_000001-PLTF_000917 |
| 2 | Ericsson Inc. Maintenance Tickets | PLTF_004228-PLTF_004283 |
| 3 | 2010 Deep South Communications, LLC Reference List | PLTF_000945-PLTF_000953 |
| 4 | 2017 Deep South Communications, LLC Major Projects List | PLTF_000986-PLTF_000987 |
| 5 | 2017-03-18 Confidentiality and Restrictive Covenant Agreement signed by Peter Fellegy | PLTF_003991-PLTF_004004 |
| 6 | 2017-06-29 email from Peter Fellegy re: business introduction (re Deep South Communications, LLC) to Tessco | PLTF_003088-PLTF_003088 |
| 7 | 2017-07-18 email from Peter Fellegy re: Company information | PLTF_001108-PLTF_001110 |

| 8 | 2017-07-19 email from Rhett Westerman re: Business introductions (e2e Networks and DSC) in Dallas, TX on 2017-07-26 | PLTF_000944-PLTF_000944 |
|---|---|---|
| 9 | 2017-08-08 email from BidSync re: 43 New Bids Ready for You on BidSync | PLTF_000929-PLTF_000932 |
| 10 | 2017-12-02 email from BidSync re: 18 New Bids Ready for You on BidSync | PLTF_000921-PLTF_000922 |
| 11 | 2017-12-21 email from BidSync re: 19 New Bids Ready for You on BidSync | PLTF_000923-PLTF_000925 |
| 12 | 2017-06-08 email from Peter Fellegy re: 06/05 New Orleans trip | PLTF_002924-PLTF_002927 |
| 13 | 2017-06-29 email from Peter Fellegy re: Business introduction (DSC) | PLTF_003088-PLTF_003088 |
| 14 | [Intentionally Omitted] | |
| 15 | 2017-08-28 email from Peter Fellegy re: Ericsson T Mobile New Orleans | PLTF_002858-PLTF_002858 |
| 16 | 2018-01-16 email from Peter Fellegy re: Business introductions (DSC) to Mobilitie with attachment | PLTF_001020-PLTF_001021 |
| 17 | 2018-03-24 email from BidSync re: 20 New Bids Ready for You on BidSync | PLTF_000926-PLTF_000928 |
| 18 | [Intentionally Omitted] | |
| 19 | 2018-03-12 email to Peter Fellegy re: lunch-n-learn opportunity for BR staff | PLTF_002851-PLTF_002851 |
| 20 | 2018-03-19 email from Peter Fellegy re: CSAPS submittals (DSC) (status request) | PLTF_001022-PLTF_001022 |
| 21 | 2018-03-28 Meet/greet, looking forward and lunch at DSC invite organized by Peter Fellegy | PLTF_003069-PLTF_003069 |
| 22 | 2018-04-06 email to Peter Fellegy re: N.O. sites with attachments | PLTF_002637-PLTF_002844 |
| 23 | 2018-04-12 email to Peter Fellegy re: N.O. market locations | PLTF_002923-PLTF_002923 |
| 24 | 2018-05-04 email to Peter Fellegy re: RE Crawford bid on N.O. project site BCBG | PLTF_002846-PLTF_002846 |
| 25 | 2018-06-04 email to Jeremy Hollier re: N.O. street cut permits with attachments | PLTF_002622-PLTF_002632 |
| 26 | 2018-06-15 email to Peter Fellegy re: N.O. project site BCBG | PLTF_002845-PLTF_002845 |

| 27 | 2018-06-18 email to Peter Fellegy re Print Summary of small cell installation in N.O. | PLTF_003029-PLTF_003033 |
|---|---|---|
| 28 | 2018-07-23 email from Peter Fellegy re: VTO and trips to N.O. and B.R. | PLTF_003034-PLTF_003034 |
| 29 | 2018-07-24 email from Peter Fellegy re: Directional boring contractors (experienced w/ New Orleans) | PLTF_001079-PLTF_001079 |
| 30 | [Intentionally Omitted] | |
| 31 | 2018-08-28 email to Peter Fellegy re: Bid Invite InMotion at Louis Armstrong Airport | PLTF_002847-PLTF_002847 |
| 32 | 2018-12-03 email from Peter Fellegy re: Expense receipts with attachment | PLTF_001100-PLTF_001101 |
| 33 | 2018-12-05 email from Peter Fellegy re: December/End of the Year Updates | PLTF_001111-PLTF_001111 |
| 34 | [Intentionally Omitted] | |
| 35 | 2018-12-24 email from Peter Fellegy re: expense receipts from BR trip with attachments | PLTF_002909-PLTF_002916 |
| 36 | 2019-03-20 email from Penny Wong re: VSW CTX Invitation to Bid market small cell construction | PLTF_003513-PLTF_003513 |
| 37 | 2019-03-21 email from Peter Fellegy re: VSW CTX Invitation to Bid market small cell construction with attachments | PLTF_001748-PLTF_002500 |
| 38 | 2019-04-01 email from Peter Fellegy re: expense receipts from BR trip with attachments | PLTF_002872-PLTF_002880 |
| 39 | 2019-06-14 email from Peter Fellegy re: Nokia – US/Alpharetta Oncor approved vendor inquiry | PLTF_003128-PLTF_003129 |
| 40 | 2019-06-26 email to Peter Fellegy re: Bid Invite Vino Volo location in Kenner, LA (MSY) | PLTF_002848-PLTF_002848 |
| 41 | 2019-07-14 email from BidSync re: 6 New Bids Ready for You on BidSync | PLTF_000942-PLTF_000943 |
| 42 | 2019-07-27 email from Peter Fellegy re: Expense receipts with attachments | PLTF_001080-PLTF_001093 |
| 43 | 2019-08-05 email from Peter Fellegy re: RFP No. 19 Tower Construction with attachment | PLTF_002965-PLTF_003005 |

3

| 44 | 2019-08-11 email from Peter Fellegy re: expense receipts from BR/Tallahassee trip with attachments | PLTF_001102-PLTF_001107 |
| --- | --- | --- |
| 45 | 2017-08-18 email from BidSync re: 55 New Bids Ready for You on BidSync | PLTF_000937-PLTF_000941 |
| 46 | 2017-08-19 email from BidSync re: 49 New Bids Ready for You on BidSync | PLTF_000933-PLTF_000936 |
| 47 | 2019-08-28 email from Peter Fellegy re: DSC promo proposal with attachment | PLTF_003089-PLTF_003127 |
| 48 | 2019-10-22 email to Peter Fellegy re: B.R. trip plans | PLTF_002850-PLTF_002850 |
| 49 | 2019-10-30 email from Peter Fellegy re: DSC (miscellaneous due diligence and on-boarding notes) with attachments | PLTF_001024-PLTF_001078 |
| 50 | 2020-02-01 email from Peter Fellegy re: expense receipts from BR trip with attachments | PLTF_002900-PLTF_002908 |
| 51 | 2020-05-01 email from Peter Fellegy re: opportunities with channel team for Ericsson and iDAS experience | PLTF_001023-PLTF_001023 |
| 52 | 2020-07-03 email from Peter Fellegy re: Business development pursuits (3rd Quarter 2020 Update) | PLTF_002501-PLTF_002509 |
| 53 | 2020-07-03 email to Peter Fellegy re: BR and Dallas trips | PLTF_003018-PLTF_003026 |
| 54 | 2020-07-04 email from Peter Fellegy re: past week highlights | PLTF_003006-PLTF_003006 |
| 55 | 2020-07-18 email from Peter Fellegy re: past week highlights | PLTF_001743-PLTF_001743 |
| 56 | 2020-07-18 email to Peter Fellegy re: past week highlights and TX, AL, GA, and TN business | PLTF_002512-PLTF_002512 |
| 57 | 2020-07-26 email from Peter Fellegy re: past week highlights | PLTF_002935-PLTF_002936 |
| 58 | 2020-10-22 email from Peter Fellegy re: 11/10 New Orleans trip | PLTF_002951-PLTF_002955 |
| 59 | 2020-10-22 email to Peter Fellegy re: 11/10 New Orleans trip | PLTF_003010-PLTF_003013 |

4863-2257-7723v2
2949676-000003 10/26/2022

| 60 | 2020-11-06 email to Peter Fellegy re: 11/10 New Orleans trip | PLTF_002616-PLTF_002618 |
|---|---|---|
| 61 | 2020-11-14 email from Peter Fellegy re: expense receipts from BR trip with attachments | PLTF_002881-PLTF_002885 |
| 62 | 2020-11-14 email from Peter Fellegy re: past week highlights | PLTF_003008-PLTF_003008 |
| 63 | 2020-11-16 email to Peter Fellegy re: 12/08 New Orleans trip | PLTF_002962-PLTF_002964 |
| 64 | 2020-12-04 email to Peter Fellegy re: 12/08 New Orleans trip | PLTF_002619-PLTF_002621 |
| 65 | 2020-12-07 email from Peter Fellegy re: 12/08 New Orleans trip | PLTF_002937-PLTF_002937 |
| 66 | 2020-12-08 email from Peter Fellegy re: meeting to discuss GE relationship | PLTF_003512-PLTF_003512 |
| 67 | 2020-12-09 meeting with Boh Bros. rep and Peter Fellegy at English Turn Country Club N.O. invite | PLTF_002938-PLTF_002938 |
| 68 | 2020-12-10 email from Peter Fellegy re: quick questions about GE VAR engagement | PLTF_003131-PLTF_003135 |
| 69 | 2020-12-29 email from Peter Fellegy re: DSC ITS and SoWs – Connected Cities Integrators | PLTF_002854-PLTF_002855 |
| 70 | 2021-01-08 email from Peter Fellegy re: introduction to GE regional sales manager | PLTF_003888-PLTF_003893 |
| 71 | 2021-01-15 email from Peter Fellegy re: Business introduction (DSC – transmission tower construction) to Vast Broadband with attachment | PLTF_003075-PLTF_003087 |
| 72 | 2021-03-06 email from Peter Fellegy re: past week highlights | PLTF_003007-PLTF_003007 |
| 73 | 2021-03-12 email from Peter Fellegy re: expense receipts for BR trip | PLTF_002939-PLTF_002942 |
| 74 | 2021-04-02 email to Peter Fellegy re: 04/06 New Orleans trip | PLTF_002610-PLTF_002612 |
| 75 | 2021-04-07 email to Peter Fellegy re: N.O. Convention Center developer Boh | PLTF_002849-PLTF_002849 |
| 76 | 2021-04-08 CCI/DSC Strategy session, facility tour and lunch at DSC invite organized by Peter Fellegy | PLTF_002633-PLTF_002634 |

4863-2257-7723v2
2949676-000003 10/26/2022

| | | |
|---|---|---|
| 77 | 2021-04-27 email from Rhett Westerman re: Federal Stimulus Money for Cities, Counties, and States - Primer info for the Deep South Team with attachment | PLTF_001112-PLTF_001742 |
| 78 | 2021-04-28 email from Rob Sterrenberg re: Federal Stimulus Money for Cities, Counties, and States - Primer info for the Deep South Team | PLTF_002510-PLTF_002511 |
| 79 | 2021-07-16 email from Peter Fellegy re: 08/09 New Orleans trip | PLTF_002943-PLTF_002946 |
| 80 | 2021-07-16 email from Peter Fellegy re: BR and Houston trips | PLTF_002947-PLTF_002950 |
| 81 | 2021-08-05 email to Peter Fellegy re: 08/09 New Orleans trip | PLTF_002613-PLTF_002615 |
| 82 | 2021-08-15 email from Peter Fellegy re: receipts for N.O. meetings with Lit Communities and Boh Brothers | PLTF_002928-PLTF_002930 |
| 83 | 2021-08-19 email from Peter Fellegy re: Arkansas GE opportunity | PLTF_003130-PLTF_003130 |
| 84 | 2021-08-24 email from Edgard Sammour re: Arkansas contacts with attachment | PLTF_000989-PLTF_000997 |
| 85 | 2021-09-01 email to Peter Fellegy re: disaster recovery tower crew support in N.O. | PLTF_002857-PLTF_002857 |
| 86 | 2021-09-03 email from Peter Fellegy re: Expense receipts with attachments | PLTF_001094-PLTF_001099 |
| 87 | 2021-09-10 email from Peter Fellegy re: Business introductions (DSC) (Baton Rouge) with attachments | PLTF_000998-PLTF_001019 |
| 88 | 2021-10-17 email from Peter Fellegy re: 11/15 New Orleans trip | PLTF_002959-PLTF_002961 |
| 89 | 2021-11-11 email from Peter Fellegy re: WEC RFP and various trips | PLTF_003028-PLTF_003028 |
| 90 | 2021-11-11 email from Southwest Airlines re: 11/15 New Orleans trip | PLTF_000918-PLTF_000920 |
| 91 | 2021-11-12 email from Peter Fellegy re: 11/15 New Orleans trip | PLTF_002956-PLTF_002958 |
| 92 | 2021-11-22 email from Peter Fellegy re: expense receipts for BR and Houston client trips with attachments | PLTF_002859-PLTF_002871 |

4863-2257-7723v2
2949676-000003 10/26/2022

| 93 | 2021-12-07 through 2021-12-10 Calendar appointment for ITS America – Annual Meeting (Charlotte, NC) | PLTF_002513-PLTF_002513 |
|---|---|---|
| 94 | 2021-12-30 email from Peter Fellegy re: GE INDC | PLTF_003890-PLTF_003894 |
| 95 | [Intentionally omitted] | |
| 96 | [Intentionally omitted] | |
| 97 | 2022-10-14 Declaration of Rhett Westerman with exhibits | PLTF_004005-PLTF_004049 |
| 98 | 2022-10-18 Declaration of Rhett Westerman and exhibits | PLTF_004050-PLTF_004070 |
| 99 | 2022-08 Deep South Communications, LLC Licenses & Certificates | PLTF_004221-PLTF_004224 |
| 100 | 2022-09 States Licensed to Operate | PLTF_004225-PLTF_004227 |
| 101 | 2022-10 QuickBooks Customer List Export | PLTF_004071-PLTF_004220 |
| 102 | 2021-11-13 email from Peter Fellegy re: past week highlights | PLTF_002933-PLTF_002933 |
| 103 | Calendar appointments for Louisiana trips/travel for Peter Fellegy | PLTF_003035-PLTF_003074 |
| 104 | Demonstrative Exhibit Market Area Summary | |
| 105 | 2022-08-26 letter from Jennifer Anderson to Peter Fellegy re: obligations, cease, and desist | PLTF_004284-PLTF_004301 |
| | Any documents listed by Defendant | |
| | Any documents needed for impeachment purposes | |

                    BY ATTORNEYS:

                    **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

                    *s/Jennifer L. Anderson*
                    Jennifer L. Anderson (La. Bar No. 23620)
                    450 Laurel Street, 21st Floor
                    Baton Rouge, Louisiana 70801
                    Telephone: (225) 381-7020
                    Facsimile: (225) 343-3612
                    Email: jlanderson@bakerdonelson.com

                    AND

                    Emily Olivier Kesler (La. Bar No. 37747)
                    201 St. Charles Avenue, Suite 3600
                    New Orleans, Louisiana 70170
                    Telephone: (504) 566-5927
                    Facsimile: (504) 585-6925
                    Email: ekesler@bakerdonelson.com

                    *Counsel for Deep South Communications L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2022, service of a copy of the foregoing pleading or paper on the Defendant shall be made in the manner and time as may be required by the Federal Rules of Civil Procedure and the Local Rules of this Court.

                    */s/Jennifer L. Anderson*
                        Jennifer L. Anderson

4863-2257-7723v2
2949676-000003 10/26/2022