| Exhibit B - Data from Plaintiff's Exhibit 104 without the Aviat and Verizon data from Exhibit 37 and 77 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sorted by Date | | | | | | | |
| Customer or Prospect | Job or Bid Project | City | State2 | Parish or County | Bates | Year | Exhibit # |
| Advance Food Company | | Enid | OK | Garfield | PLTF_000949 | 2007 | 3 |
| Cleco | | Lacombe | LA | St. Tammany | PLTF_000949 | 2007 | 3 |
| Emco Technologies | | Plaquemine | LA | Plaquemines | PLTF_000949 | 2007 | 3 |
| Dept. of Energy Strategic Petroleum Reserves | | Hackberry | LA | Cameron | PLTF_000951 | 2008 | 3 |
| KLPA | | Dry Prong | LA | Grant | PLTF_000950 | 2008 | 3 |
| Louisiana State Pentitentiary | | Angola | LA | West Feliciana | PLTF_000950 | 2008 | 3 |
| Terrestar Networks | | New Iberia | LA | Iberia | PLTF_000949 | 2008 | 3 |
| American Tower Corporation | | Lafayette | LA | Lafayette | PLTF_000952 | 2009 | 3 |
| St. Bernard Parish Government | | Chalmette | LA | St. Bernard | PLTF_000952 | 2009 | 3 |
| Bayou Internet | | Monroe | LA | Ouachita | PLTF_000948 | 2010 | 3 |
| Federal Aviation Administration | | Gretna | LA | Jefferson | PLTF_000948 | 2010 | 3 |
| Ericsson Inc. | AL-GSDS002 | Gadsden | AL | Etowah | PLTF_000004 | 2012 | 1 |
| Ericsson Inc. | AL-WSHS001 | Jackson | AL | Jackson | PLTF_000008 | 2012 | 1 |
| Ericsson Inc. | AL-BHMS006 | Bessemer | AL | Jefferson | PLTF_000005 | 2012 | 1 |
| Ericsson Inc. | AL-MOBS001 | Mobile | AL | Mobile | PLTF_004229 | 2012 | 2 |
| Ericsson Inc. | AL-BHMS001 | Alabaster | AL | Shelby | PLTF_000002 | 2012 | 1 |
| Ericsson Inc. | AL-BHMS005 | Jasper | AL | Walker | PLTF_000003 | 2012 | 1 |
| Ericsson Inc. | AR039P | Jefferson | AR | Jefferson | PLTF_000130 | 2012 | 1 |
| Ericsson Inc. | LR54XC430 | Trumann | AR | Poinsett | PLTF_000134 | 2012 | 1 |
| Ericsson Inc. | OH-CIN1215 | Newport | KY | Campbell | PLTF_000351-PLTF_000351 | 2012 | 1 |
| Ericsson Inc. | KX05HO028 | Hager Hill | KY | Johnson | PLTF_000399-PLTF_000399 | 2012 | 1 |
| Ericsson Inc. | MS-BENS005 | Tupelo | MS | Lee | PLTF_000448-PLTF_000448 | 2012 | 1 |
| Ericsson Inc. | MS-WSHS002 | Vicksburg | MS | Warren | PLTF_000487-PLTF_000487 | 2012 | 1 |
| Ericsson Inc. | WV-CRWS002 | Winfield | WV | Putnam | PLTF_000911 | 2012 | 1 |
| Ericsson Inc. | AT72XC131 | Cartersville | GA | Bartow | PLTF_000236-PLTF_000236 | 2013 | 1 |
| Ericsson Inc. | GA-ATL0017 | Kennesaw | GA | Cobb | PLTF_000201-PLTF_000201 | 2013 | 1 |
| Ericsson Inc. | GA-ATL0219 | Lithonia | GA | Dekalb | PLTF_000192-PLTF_000192 | 2013 | 1 |
| Ericsson Inc. | AT72XC076 | Mount Airy | GA | Habersham | PLTF_000248-PLTF_000248 | 2013 | 1 |
| Ericsson Inc. | AT03EN006 | Leesburg | GA | Lee | PLTF_000282-PLTF_000282 | 2013 | 1 |
| Ericsson Inc. | AT33XC027 | Madison | GA | Morgan | PLTF_000250-PLTF_000250 | 2013 | 1 |
| Ericsson Inc. | AT54XC176 | Covington | GA | Newton | PLTF_000243-PLTF_000243 | 2013 | 1 |
| Ericsson Inc. | AT72XC157 | Crafordville | GA | Taliaferro | PLTF_000249-PLTF_000249 | 2013 | 1 |
| Ericsson Inc. | OH-CIN1234 | Covington | KY | Kenton | PLTF_000293-PLTF_000293 | 2013 | 1 |
| Ericsson Inc. | DA03MR416 | Mansfield | LA | De Soto | PLTF_000442 | 2013 | 1 |
| Ericsson Inc. | DA03MR420 | Natchitoches | LA | Natchitoches | PLTF_000436 | 2013 | 1 |
| Ericsson Inc. | MP03MR191 | Hazelhurst | MS | Copiah | PLTF_000463-PLTF_000463 | 2013 | 1 |
| Ericsson Inc. | NL03MR458 | Hattiesburg | MS | Forrest | PLTF_000464-PLTF_000464 | 2013 | 1 |
| Ericsson Inc. | MP33XC097 | Senatobia | MS | Tate | PLTF_000462-PLTF_000462 | 2013 | 1 |
| Ericsson Inc. | MP03MR159 | New Albany | MS | Union | PLTF_000455-PLTF_000456 | 2013 | 1 |
| Ericsson Inc. | OH-CLB0211 | Winchester | OH | Adams | PLTF_000518 | 2013 | 1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ericsson Inc. | CB04HO032 | Caldwell | OH | Noble | PLTF_004277 | 2013 | 2 |
| Ericsson Inc. | CB03HO051 | Marietta | OH | Washington | PLTF_000595-PLTF_000595 | 2013 | 1 |
| Ericsson Inc. | MP72XC016 | Ramer | TN | McNairy | PLTF_000688-PLTF_000688 | 2013 | 1 |
| Ericsson Inc. | BI03MR229 | Tuscaloosa | AL | Tuscaloosa | PLTF_000006-PLTF_000007 | 2014 | 1 |
| Ericsson Inc. | LR03MR130 | Magnolia | AR | Columbia | PLTF_000098-PLTF_000099 | 2014 | 1 |
| Ericsson Inc. | LR57XC042 | Conway | AR | Faulkner | PLTF_000126-PLTF_000127 | 2014 | 1 |
| Ericsson Inc. | DA03MR356 | Garland | AR | Garland | PLTF_000156 | 2014 | 1 |
| Ericsson Inc. | LR54XC445 | Paragould | AR | Greene | PLTF_000088-PLTF_000090 | 2014 | 1 |
| Ericsson Inc. | DA03MR339 | Hope | AR | Hempstead | PLTF_000094 | 2014 | 1 |
| Ericsson Inc. | LR23XC094 | Brinkley | AR | Monroe | PLTF_000100-PLTF_000101 | 2014 | 1 |
| Ericsson Inc. | LR03XC014 | Little Rock | AR | Pulaski | PLTF_000104-PLTF_000105 | 2014 | 1 |
| Ericsson Inc. | LR03XC032 | Benton | AR | Saline | PLTF_000155 | 2014 | 1 |
| Ericsson Inc. | LR03SW084 | Fort Smith | AR | Sebastian | PLTF_000119 | 2014 | 1 |
| Ericsson Inc. | MP03XC024 | Forrest City | AR | St. Francis | PLTF_000118 | 2014 | 1 |
| Ericsson Inc. | LR03MR136 | El Dorado | AR | Union | PLTF_000095 | 2014 | 1 |
| Ericsson Inc. | JA72XC014 | Middleburg | FL | Clay | PLTF_000158-PLTF_000158 | 2014 | 1 |
| Ericsson Inc. | NL03MR550 | Milton | FL | Santa Rosa | PLTF_000163-PLTF_000163 | 2014 | 1 |
| Ericsson Inc. | AT70XC192 | Athens | GA | Athens-Clarke | PLTF_000237-PLTF_000238 | 2014 | 1 |
| Ericsson Inc. | AT03AW030 | Augusta | GA | Augusta | PLTF_000270-PLTF_000270 | 2014 | 1 |
| Ericsson Inc. | GA-MGV0005 | Milledgeville | GA | Baldwin | PLTF_000209-PLTF_000209 | 2014 | 1 |
| Ericsson Inc. | AT03XC393 | Winder | GA | Barrow | PLTF_000272-PLTF_000272 | 2014 | 1 |
| Ericsson Inc. | AT03GI024 | Macon | GA | Bibb | PLTF_000286-PLTF_000286 | 2014 | 1 |
| Ericsson Inc. | AT04AW083 | Pembroke | GA | Bryan | PLTF_000259-PLTF_000259 | 2014 | 1 |
| Ericsson Inc. | AT54XC145 | Jenkinsburg | GA | Butts | PLTF_000265-PLTF_000265 | 2014 | 1 |
| Ericsson Inc. | AT03XC361 | Villa Rica | GA | Carroll | PLTF_000269-PLTF_000269 | 2014 | 1 |
| Ericsson Inc. | CG03XC023 | Ringgold | GA | Catoosa | PLTF_000263-PLTF_000263 | 2014 | 1 |
| Ericsson Inc. | GA-ATL0070 | Woodstock | GA | Cherokee | PLTF_000210-PLTF_000210 | 2014 | 1 |
| Ericsson Inc. | AT33XC028 | Grantsville | GA | Coweta | PLTF_000262-PLTF_000262 | 2014 | 1 |
| Ericsson Inc. | AT33XC107 | Rising Fawn | GA | Dade | PLTF_000276-PLTF_000276 | 2014 | 1 |
| Ericsson Inc. | AT72XC063 | Dawsonville | GA | Dawson | PLTF_000278-PLTF_000278 | 2014 | 1 |
| Ericsson Inc. | AT03GI040 | Vienna | GA | Dooly | PLTF_000287-PLTF_000287 | 2014 | 1 |
| Ericsson Inc. | GA-ATL355 | Lithia Springs | GA | Douglas | PLTF_004228 | 2014 | 2 |
| Ericsson Inc. | AT03GI244 | Blue Ridge | GA | Fannin | PLTF_000251-PLTF_000251 | 2014 | 1 |
| Ericsson Inc. | AT03XC436 | Fayetteville | GA | Fayette | PLTF_000252-PLTF_000252 | 2014 | 1 |
| Ericsson Inc. | AT03GI230 | Silver Creek | GA | Floyd | PLTF_000232-PLTF_000233 | 2014 | 1 |
| Ericsson Inc. | GA-ATL0668 | Cumming | GA | Forsyth | PLTF_000215-PLTF_000215 | 2014 | 1 |
| Ericsson Inc. | JA03GI344 | Brunswick | GA | Glynn | PLTF_000277-PLTF_000277 | 2014 | 1 |
| Ericsson Inc. | AT03GI225 | Ranger | GA | Gordon | PLTF_000284-PLTF_000284 | 2014 | 1 |
| Ericsson Inc. | GA-ATL331 | Lawrenceville | GA | Gwinett | PLTF_000204-PLTF_000204 | 2014 | 1 |
| Ericsson Inc. | AT54XC079 | Clermont | GA | Hall | PLTF_000247-PLTF_000247 | 2014 | 1 |
| Ericsson Inc. | AT72XC171 | Buchanan | GA | Haralson | PLTF_000271-PLTF_000271 | 2014 | 1 |
| Ericsson Inc. | AT70XC141 | Locust Grove | GA | Henry | PLTF_000255-PLTF_000255 | 2014 | 1 |
| Ericsson Inc. | AT03GI071 | Warner Robins | GA | Houston | PLTF_000244-PLTF_000245 | 2014 | 1 |
| Ericsson Inc. | AT03GI079 | East Dublin | GA | Laurens | PLTF_000288-PLTF_000288 | 2014 | 1 |
| Ericsson Inc. | AT04AW106 | Hinesville | GA | Liberty | PLTF_000274-PLTF_000274 | 2014 | 1 |
| Ericsson Inc. | JA03GI302 | Valdosta | GA | Lowndes | PLTF_000285-PLTF_000285 | 2014 | 1 |
| Ericsson Inc. | AT03GI015 | Bolingbroke | GA | Monroe | PLTF_000258-PLTF_000258 | 2014 | 1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ericsson Inc. | GA-MACS001 | Warner Robbins | GA | Peach | PLTF_000227-PLTF_000227 | 2014 | 1 |
| Ericsson Inc. | AT03GI239 | Talking Rock | GA | Pickens | PLTF_000290-PLTF_000290 | 2014 | 1 |
| Ericsson Inc. | AT72XC143 | Williamson | GA | Pike | PLTF_000254-PLTF_000254 | 2014 | 1 |
| Ericsson Inc. | AT72XC257 | Rockmart | GA | Polk | PLTF_000264-PLTF_000264 | 2014 | 1 |
| Ericsson Inc. | AT03AW030 | Augusta | GA | Richmond | PLTF_000270-PLTF_000270 | 2014 | 1 |
| Ericsson Inc. | GA-ATL271 | Conyers | GA | Rockdale | PLTF_000203-PLTF_000203 | 2014 | 1 |
| Ericsson Inc. | AT72XC108 | Griffin | GA | Spalding | PLTF_000256-PLTF_000256 | 2014 | 1 |
| Ericsson Inc. | AT04AW078 | Lyons | GA | Toombs | PLTF_000283-PLTF_000283 | 2014 | 1 |
| Ericsson Inc. | AT03GI251 | Hiawassee | GA | Towns | PLTF_000257-PLTF_000257 | 2014 | 1 |
| Ericsson Inc. | AT03GI246 | Blairsville | GA | Union | PLTF_000253-PLTF_000253 | 2014 | 1 |
| Ericsson Inc. | CG03XC002 | Rossville | GA | Walker | PLTF_000275-PLTF_000275 | 2014 | 1 |
| Ericsson Inc. | AT72XC074 | Cleveland | GA | White | PLTF_000246-PLTF_000246 | 2014 | 1 |
| Ericsson Inc. | AT03GI214 | Rocky Face | GA | Whitfield | PLTF_000273-PLTF_000273 | 2014 | 1 |
| Ericsson Inc. | NL03ME085299 Bocage Rd | Egan | LA | Acadia | PLTF_000431 | 2014 | 1 |
| Ericsson Inc. | HO03MR119 | Kinder | LA | Allen | PLTF_000443 | 2014 | 1 |
| Ericsson Inc. | DA03MR406 | Arcadia | LA | Bienville | PLTF_000438 | 2014 | 1 |
| Ericsson Inc. | DA03MR408 | Greenwood | LA | Caddo | PLTF_000410-PLTF_000411 | 2014 | 1 |
| Ericsson Inc. | LA-LCHS001 | Lake Charles | LA | Calcasieu | PLTF_000401 | 2014 | 1 |
| Ericsson Inc. | DA03MR363 | Tallulah | LA | Madison | PLTF_000429 | 2014 | 1 |
| Ericsson Inc. | NL03ME028 | Blanks | LA | Pointe Coupee | PLTF_000430 | 2014 | 1 |
| Ericsson Inc. | NL70XC635 | Laplace | LA | St. John the Baptist | PLTF_000415-PLTF_000416 | 2014 | 1 |
| Ericsson Inc. | NL03MR558 | Leesville | LA | Vernon | PLTF_000437 | 2014 | 1 |
| Ericsson Inc. | MP03MR132 | Natchez | MS | Adams | PLTF_000488-PLTF_000488 | 2014 | 1 |
| Ericsson Inc. | MP03MR032 | Carrollton | MS | Carroll | PLTF_000475-PLTF_000476 | 2014 | 1 |
| Ericsson Inc. | NL03ME192 | Bay St. Louis | MS | Hancock | PLTF_000465-PLTF_000465 | 2014 | 1 |
| Ericsson Inc. | MP03MR183 | Pickens | MS | Holmes | PLTF_000494-PLTF_000494 | 2014 | 1 |
| Ericsson Inc. | MP03MR113 | Porterville | MS | Kemper | PLTF_000493-PLTF_000493 | 2014 | 1 |
| Ericsson Inc. | MP03MR036 | Itta Bena | MS | Leflore | PLTF_000489-PLTF_000489 | 2014 | 1 |
| Ericsson Inc. | MP03MR009 | Columbus | MS | Lowndes | PLTF_000457-PLTF_000458 | 2014 | 1 |
| Ericsson Inc. | MP03MR152 | Aberdeen | MS | Monroe | PLTF_000471-PLTF_000472 | 2014 | 1 |
| Ericsson Inc. | MP03MR020 | Starkville | MS | Oktibbeha | PLTF_000479-PLTF_000480 | 2014 | 1 |
| Ericsson Inc. | MP54XC028 | Batesville | MS | Panola | PLTF_000473-PLTF_000473 | 2014 | 1 |
| Ericsson Inc. | NL33XC032 | Carriere | MS | Pearl River | PLTF_000474-PLTF_000474 | 2014 | 1 |
| Ericsson Inc. | NL03MR490 | Mccomb | MS | Pike | PLTF_000492-PLTF_000492 | 2014 | 1 |
| Ericsson Inc. | MP03MR251 | Pontotoc | MS | Pontotoc | PLTF_000477-PLTF_000478 | 2014 | 1 |
| Ericsson Inc. | NL03ME201 | Wiggins | MS | Stone | PLTF_000466-PLTF_000466 | 2014 | 1 |
| Ericsson Inc. | MP03MR039 | Moorhead | MS | Sunflower | PLTF_000469-PLTF_000469 | 2014 | 1 |
| Ericsson Inc. | MP03MR025 | Greenville | MS | Washington | PLTF_000470-PLTF_000470 | 2014 | 1 |
| Ericsson Inc. | OH-CIN1128 | Cincinnati | OH | Clermont | PLTF_000514-PLTF_000514 | 2014 | 1 |
| Ericsson Inc. | OH-CLB0163 | Columbus | OH | Delaware | PLTF_000512-PLTF_000512 | 2014 | 1 |
| Ericsson Inc. | OH-CLB0191 | Grove City | OH | Franklin | PLTF_000534-PLTF_000534 | 2014 | 1 |
| Ericsson Inc. | DE03HO144 | Ada | OH | Hardin | PLTF_004278 | 2014 | 2 |
| Ericsson Inc. | OH-CLE0217 | Eastlake | OH | Lake | PLTF_000531-PLTF_000531 | 2014 | 1 |
| Ericsson Inc. | CL33XC037 | Franklin | OH | Licking | PLTF_000588-PLTF_000588 | 2014 | 1 |
| Ericsson Inc. | OH-CLE0101 | Hinkley Township | OH | Medina | PLTF_000513-PLTF_000513 | 2014 | 1 |
| Ericsson Inc. | OH-DAY021 | Dayton | OH | Montgomery | PLTF_000510-PLTF_000510 | 2014 | 1 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ericsson Inc. | CL03XC073 | Akron | OH | Summit | PLTF_000535-PLTF_000535 | 2014 | | 1 |
| Ericsson Inc. | CR03AW004 | Anderson | SC | Anderson | PLTF_000679-PLTF_000679 | 2014 | | 1 |
| Ericsson Inc. | AT03AW094 | Hilton Head | SC | Beaufort | PLTF_000665-PLTF_000666 | 2014 | | 1 |
| Ericsson Inc. | CR04AW164 | Goose Creek | SC | Berkeley | PLTF_000675-PLTF_000676 | 2014 | | 1 |
| Ericsson Inc. | CR03AW184 | North Charleston | SC | Charleston | PLTF_000667-PLTF_000668 | 2014 | | 1 |
| Ericsson Inc. | CR03AW450 | Jacksonboro | SC | Colleton | PLTF_000669-PLTF_000674 | 2014 | | 1 |
| Ericsson Inc. | AT03AW052 | Hardeeville | SC | Jasper | PLTF_000682-PLTF_000682 | 2014 | | 1 |
| Ericsson Inc. | CR04AW047 | Columbia | SC | Richland | PLTF_000680-PLTF_000681 | 2014 | | 1 |
| Ericsson Inc. | KX03XC003 | Clinton | TN | Anderson | PLTF_000694-PLTF_000694 | 2014 | | 1 |
| Ericsson Inc. | KX70XC120 | Newport | TN | Cocke | PLTF_000707-PLTF_000707 | 2014 | | 1 |
| Ericsson Inc. | TN-NVL0212 | Nashville | TN | Davidson | PLTF_000687-PLTF_000687 | 2014 | | 1 |
| Ericsson Inc. | AT33XC234 | Monteagle | TN | Grundy | PLTF_000698-PLTF_000698 | 2014 | | 1 |
| Ericsson Inc. | CG60XC003 | Chattanooga | TN | Hamilton | PLTF_000699-PLTF_000699 | 2014 | | 1 |
| Ericsson Inc. | MP72XC008 | Jackson | TN | Madison | PLTF_000693-PLTF_000693 | 2014 | | 1 |
| Ericsson Inc. | NA72XC677 | Lewisburg | TN | Marshall | PLTF_000695-PLTF_000695 | 2014 | | 1 |
| Ericsson Inc. | NA33XC147 | Springfield | TN | Robertson | PLTF_000697-PLTF_000697 | 2014 | | 1 |
| Ericsson Inc. | NA60XC028 | Murfreesboro | TN | Rutherford | PLTF_000701-PLTF_000701 | 2014 | | 1 |
| Ericsson Inc. | KX03HO010 | Bristol | TN | Sullivan | PLTF_000696-PLTF_000696 | 2014 | | 1 |
| Ericsson Inc. | NA73XC631 | Gallatin | TN | Sumner | PLTF_000692-PLTF_000692 | 2014 | | 1 |
| Ericsson Inc. | MP72XC005 | Covington | TN | Tipton | PLTF_000700-PLTF_000700 | 2014 | | 1 |
| Ericsson Inc. | NA54XC056 | Thompson Station | TN | Williamson | PLTF_000690-PLTF_000690 | 2014 | | 1 |
| Ericsson Inc. | DA03MR290 | Marshall | TX | Harrison | PLTF_000718-PLTF_000719 | 2014 | | 1 |
| Ericsson Inc. | HO03MR148 | Orange | TX | Orange | PLTF_004279 | 2014 | | 2 |
| Ericsson Inc. | Spansion | Austin | TX | Travis | PLTF_000708 | 2014 | | 1 |
| Ericsson Inc. | CB05HO013 | Rockport | WV | Wood | PLTF_000916 | 2014 | | 1 |
| Ericsson Inc. | LR54XC438 | Brookland | AR | Craighead | PLTF_000096-PLTF_000097 | 2015 | | 1 |
| Ericsson Inc. | MP54XC255 | Marion | AR | Crittenden | PLTF_000139-PLTF_000139 | 2015 | | 1 |
| Ericsson Inc. | DA03MR343 | Ogden | AR | Little River | PLTF_000157 | 2015 | | 1 |
| Ericsson Inc. | LR70XC079 | Cabot | AR | Lonoke | PLTF_000137 | 2015 | | 1 |
| Ericsson Inc. | MP33XC095 | Bassett | AR | Mississippi | PLTF_000132 | 2015 | | 1 |
| Ericsson Inc. | DA03MR341 | Emmett | AR | Nevada | PLTF_000143-PLTF_000144 | 2015 | | 1 |
| Ericsson Inc. | JA03MR001 | Callaway | FL | Bay | PLTF_000164 | 2015 | | 1 |
| Ericsson Inc. | JA72XC086 | Port St. Joe | FL | Gulf | PLTF_000171-PLTF_000171 | 2015 | | 1 |
| Ericsson Inc. | TA5XC032 | Lake Placid | FL | Highlands | PLTF_000177-PLTF_000177 | 2015 | | 1 |
| Ericsson Inc. | JA03MR009 | Ponce De Leon | FL | Holmes | PLTF_000165-PLTF_000165 | 2015 | | 1 |
| Ericsson Inc. | NL03MR426 | Crestview | FL | Okaloosa | PLTF_000168-PLTF_000168 | 2015 | | 1 |
| Ericsson Inc. | NL03MR445 | DE FUNIAK SPRINGS | FL | Walton | PLTF_000169-PLTF_000169 | 2015 | | 1 |
| Ericsson Inc. | JA03GI367 | Nahunta | GA | Brantley | PLTF_000292-PLTF_000292 | 2015 | | 1 |
| Ericsson Inc. | AT04AW046 | Statesboro | GA | Bulloch | PLTF_000279-PLTF_000279 | 2015 | | 1 |
| Ericsson Inc. | AT03AW057 | Tybee Island | GA | Chatham | PLTF_000230-PLTF_000231 | 2015 | | 1 |
| Ericsson Inc. | AT72XC211 | Guyton | GA | Effingham | PLTF_000260-PLTF_000261 | 2015 | | 1 |
| Ericsson Inc. | AT72XC056 | Greensboro | GA | Greene | PLTF_000267-PLTF_000267 | 2015 | | 1 |
| Ericsson Inc. | AT72XC148 | Dahlonega | GA | Lumpkin | PLTF_000291-PLTF_000291 | 2015 | | 1 |
| Ericsson Inc. | AT03EN017 | Columbus | GA | Muscogee | PLTF_000266-PLTF_000266 | 2015 | | 1 |
| Ericsson Inc. | AT04XC513 | Bogart | GA | Oconee | PLTF_000239-PLTF_000240 | 2015 | | 1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ericsson Inc. | AT72XC034 | Dallas | GA | Paulding | PLTF_000280-PLTF_000281 | 2015 | 1 |
| Ericsson Inc. | AT03EN044 | Sycamore | GA | Turner | PLTF_000289-PLTF_000289 | 2015 | 1 |
| Ericsson Inc. | AT54XC152 | Social Circle | GA | Walton | PLTF_000268-PLTF_000268 | 2015 | 1 |
| Ericsson Inc. | HO03MR080 | DeRidder | LA | Beauregard | PLTF_000441 | 2015 | 1 |
| Ericsson Inc. | DA03MR392 | Bossier City | LA | Bossier | PLTF_004280 | 2015 | 2 |
| Ericsson Inc. | DA03MR377 | Columbia | LA | Caldwell | PLTF_000440 | 2015 | 1 |
| Ericsson Inc. | DA03MR374 | Bastrop | LA | Morehouse | PLTF_000408-PLTF_000409 | 2015 | 1 |
| Ericsson Inc. | NL72XC012 | Vacherie | LA | St. James | PLTF_000412-PLTF_000413 | 2015 | 1 |
| Ericsson Inc. | NL03ME087 | St. Martinville | LA | St. Martin | PLTF_000432-PLTF_000433 | 2015 | 1 |
| Ericsson Inc. | NL03ME0829340 LA HIGHWAY 697 | Maurice | LA | Vermilion | PLTF_000439 | 2015 | 1 |
| Ericsson Inc. | MS-BENS003 | Corinth | MS | Alcorn | PLTF_000451-PLTF_000452 | 2015 | 1 |
| Ericsson Inc. | MP03MR148 | Okolona | MS | Chickasaw | PLTF_000498-PLTF_000498 | 2015 | 1 |
| Ericsson Inc. | NL03MR470 | Pachuta | MS | Clarke | PLTF_000495-PLTF_000495 | 2015 | 1 |
| Ericsson Inc. | MP03MR001 | West Point | MS | Clay | PLTF_000490-PLTF_000490 | 2015 | 1 |
| Ericsson Inc. | MS-YALS003 | Grenada | MS | Grenada | PLTF_000450-PLTF_000450 | 2015 | 1 |
| Ericsson Inc. | MP03MR005 | Macon | MS | Noxubee | PLTF_000481-PLTF_000482 | 2015 | 1 |
| Ericsson Inc. | MP03MR244 | Baldwyn | MS | Prentiss | PLTF_000453-PLTF_000454 | 2015 | 1 |
| Ericsson Inc. | MP03MR083 | Mendenhall | MS | Simpson | PLTF_000491-PLTF_000491 | 2015 | 1 |
| Ericsson Inc. | MS-SMIS002 | Waynesboro | MS | Wayne | PLTF_000449-PLTF_000449 | 2015 | 1 |
| Ericsson Inc. | MP03MR015 | Europa | MS | Webster | PLTF_000497-PLTF_000497 | 2015 | 1 |
| Ericsson Inc. | MP03MR086 | Tillatoba | MS | Yolabusha | PLTF_000496-PLTF_000496 | 2015 | 1 |
| Ericsson Inc. | CR04AW194 | Jacksonville | NC | Onslow | PLTF_000501-PLTF_000501 | 2015 | 1 |
| Ericsson Inc. | OH-CLE0434 | Beachwood | OH | Cuyahoga | PLTF_000526-PLTF_000527 | 2015 | 1 |
| Ericsson Inc. | OH-CLE0126 | Avon Lake | OH | Lorain | PLTF_000528-PLTF_000529 | 2015 | 1 |
| Ericsson Inc. | CH03HO034 | Latty | OH | Paulding | PLTF_004283 | 2015 | 2 |
| Ericsson Inc. | CI54XC737 | Eaton | OH | Preble | PLTF_004281-PLTF_004282 | 2015 | 2 |
| Ericsson Inc. | LR03SW151 | Spiro | OK | Le Flore | PLTF_000621-PLTF_000621 | 2015 | 1 |
| Ericsson Inc. | AT03AW033 | Graniteville | SC | Aiken | PLTF_000663-PLTF_000664 | 2015 | 1 |
| Ericsson Inc. | CR72XC017 | Pageland | SC | Chesterfield | PLTF_000683-PLTF_000683 | 2015 | 1 |
| Ericsson Inc. | CR04AW362 | Ladson | SC | Dorchester | PLTF_000686-PLTF_000686 | 2015 | 1 |
| Ericsson Inc. | AT03AW100 | Yemassee | SC | Hampton | PLTF_000677-PLTF_000678 | 2015 | 1 |
| Ericsson Inc. | CR72XC214 | Lexington | SC | Lexington | PLTF_000684-PLTF_000684 | 2015 | 1 |
| Ericsson Inc. | CR72XC217 | Orangeburg | SC | Orangeburg | PLTF_000685-PLTF_000685 | 2015 | 1 |
| Ericsson Inc. | CG72XC017 | Benton | TN | Benton | PLTF_000702-PLTF_000702 | 2015 | 1 |
| Ericsson Inc. | MP55XC002 | Dyersburg | TN | Dyer | PLTF_000704-PLTF_000704 | 2015 | 1 |
| Ericsson Inc. | MP03XC139 | Humbolt | TN | Gibson | PLTF_000705-PLTF_000705 | 2015 | 1 |
| Ericsson Inc. | MP54XC039 | Ripley | TN | Lauderdale | PLTF_000691-PLTF_000691 | 2015 | 1 |
| Ericsson Inc. | AT33XC232 | Dayton | TN | Montgomery | PLTF_000703-PLTF_000703 | 2015 | 1 |
| Ericsson Inc. | TX-COR0024 | Aransas Pass | TX | Aransas | PLTF_000709-PLTF_000709 | 2015 | 1 |
| Ericsson Inc. | DA03MR340 | New Boston | TX | Bowie | PLTF_000909-PLTF_000910 | 2015 | 1 |
| Ericsson Inc. | SA13XC482 | Laguna Vista | TX | Cameron | PLTF_000899-PLTF_000900 | 2015 | 1 |
| Ericsson Inc. | TX-LON0003 | Longview | TX | Gregg | PLTF_000713 | 2015 | 1 |
| Ericsson Inc. | HO03MR127 | Kountze | TX | Hardin | PLTF_000893 | 2015 | 1 |
| Ericsson Inc. | SA13XC445 | Edinburg | TX | Hidalgo | PLTF_000898 | 2015 | 1 |
| Ericsson Inc. | HO03XC402 | Conroe | TX | Montgomery | PLTF_000901-PLTF_000901 | 2015 | 1 |
| Ericsson Inc. | TX-CKES002 | Nacogdoches | TX | Nacogdoches | PLTF_000716-PLTF_000717 | 2015 | 1 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ericsson Inc. | DA03MR549 | Carthage | TX | Panola | PLTF_000894-PLTF_000894 | 2015 | | 1 |
| Ericsson Inc. | DA03MR548 | Easton | TX | Rusk | PLTF_000895 | 2015 | | 1 |
| Ericsson Inc. | LR03SW459 | Garfield | AR | Benton | PLTF_000124-PLTF_000125 | 2016 | | 1 |
| Ericsson Inc. | LR03MR160 | CADDO | AR | Clark | PLTF_000116-PLTF_000117 | 2016 | | 1 |
| Ericsson Inc. | LR03MR112 | Rison | AR | Cleveland | PLTF_000153-PLTF_000154 | 2016 | | 1 |
| Ericsson Inc. | LR03SW258 | WELBORN | AR | Conway | PLTF_000122-PLTF_000123 | 2016 | | 1 |
| Ericsson Inc. | LR03MR168 | BUTTERFIELD | AR | Hot Spring | PLTF_000151-PLTF_000152 | 2016 | | 1 |
| Ericsson Inc. | DA03MR327 | Texarkana | AR | Miller | PLTF_000092-PLTF_000093 | 2016 | | 1 |
| Ericsson Inc. | LR23XC093 | Biscoe | AR | Prairie | PLTF_000150 | 2016 | | 1 |
| Ericsson Inc. | LR03SW169 | Fayetteville | AR | Washington | PLTF_000110-PLTF_000111 | 2016 | | 1 |
| Ericsson Inc. | JA03XC154 | Tallahassee | FL | Leon | PLTF_000179-PLTF_000179 | 2016 | | 1 |
| Ericsson Inc. | AT03EN007 | Albany | GA | Dougherty | PLTF_000241-PLTF_000242 | 2016 | | 1 |
| Ericsson Inc. | DA03MR370 | Rayville | LA | Richland | PLTF_000434-PLTF_000435 | 2016 | | 1 |
| Ericsson Inc. | MP03MR125 | Fayette | MS | Jefferson | PLTF_000483-PLTF_000484 | 2016 | | 1 |
| Ericsson Inc. | MP33XC047 | Holly Springs | MS | Marshall | PLTF_000467-PLTF_000468 | 2016 | | 1 |
| Ericsson Inc. | MP03MR089 | Winona | MS | Montgomery | PLTF_000485-PLTF_000486 | 2016 | | 1 |
| Ericsson Inc. | GB03XC327 | Randleman | NC | Randolph | PLTF_000499-PLTF_000500 | 2016 | | 1 |
| Ericsson Inc. | CL33XC041 | Monroe | OH | Butler | PLTF_000591-PLTF_000592 | 2016 | | 1 |
| Ericsson Inc. | CB03HO006 | Springfield | OH | Clark | PLTF_000593-PLTF_000594 | 2016 | | 1 |
| Ericsson Inc. | CL72XC864 | Middlefield | OH | Geauga | PLTF_000538-PLTF_000539 | 2016 | | 1 |
| Ericsson Inc. | CI82XC034 | Deerfield Township | OH | Warren | PLTF_000536-PLTF_000537 | 2016 | | 1 |
| Ericsson Inc. | CL33XC047 | Creston | OH | Wayne | PLTF_000589-PLTF_000590 | 2016 | | 1 |
| Ericsson Inc. | LR03SW088 | Vian | OK | Sequoyah | PLTF_000620-PLTF_000620 | 2016 | | 1 |
| Ericsson Inc. | OK03SW606 | Tuttle | OK | Tuttle | PLTF_000618-PLTF_000619 | 2016 | | 1 |
| Ericsson Inc. | MP33XC077 | Cedar Grove | TN | Carroll | PLTF_000706-PLTF_000706 | 2016 | | 1 |
| Ericsson Inc. | HO03MR194 | Huntington | TX | Angelina | PLTF_000860-PLTF_000861 | 2016 | | 1 |
| Ericsson Inc. | CP33XC359 | Encino | TX | Brooks | PLTF_000844-PLTF_000845 | 2016 | | 1 |
| Ericsson Inc. | DA03MR346 | Atlanta | TX | Cass | PLTF_000890-PLTF_000890 | 2016 | | 1 |
| Ericsson Inc. | HO03XC821 | Winnie | TX | Chambers | PLTF_000836-PLTF_000837 | 2016 | | 1 |
| Ericsson Inc. | SA04AL035 | Freer | TX | Duval | PLTF_000802-PLTF_000803 | 2016 | | 1 |
| Ericsson Inc. | HO33XC081 | Anderson | TX | Grimes | PLTF_000816-PLTF_000817 | 2016 | | 1 |
| Ericsson Inc. | HO03MR125 | Beaumont | TX | Jefferson | PLTF_000846-PLTF_000847 | 2016 | | 1 |
| Ericsson Inc. | DA03MR298 | Jefferson | TX | Marion | PLTF_000838-PLTF_000839 | 2016 | | 1 |
| Ericsson Inc. | HO54XC373 | Bay City | TX | Matagorda | PLTF_000808-PLTF_000809 | 2016 | | 1 |
| Ericsson Inc. | SA06AL201 | Eagle Pass | TX | Maverick | PLTF_000854-PLTF_000855 | 2016 | | 1 |
| Ericsson Inc. | HO33XC084 | Hearne | TX | Robertson | PLTF_000856-PLTF_000857 | 2016 | | 1 |
| Ericsson Inc. | RG54XC464 | Rio Grande City | TX | Starr | PLTF_000814-PLTF_000815 | 2016 | | 1 |
| Ericsson Inc. | HO72XC093 | Waller | TX | Waller | PLTF_000852-PLTF_000853 | 2016 | | 1 |
| Ericsson Inc. | HO33XC078 | Washington | TX | Washington | PLTF_000850-PLTF_000851 | 2016 | | 1 |
| Ericsson Inc. | SA03AL007 | Laredo | TX | Webb | PLTF_000806-PLTF_000807 | 2016 | | 1 |
| Ericsson Inc. | PT70XC749 | Wheeling | WV | Ohio | PLTF_000917 | 2016 | | 1 |
| E2E Networks | | Dallas | TX | Dallas | PLTF_000944 | 2017 | | 8 |
| Ericsson Inc. | LV13XC314 | Nicholasville | KY | Jessamine | PLTF_000354-PLTF_000355 | 2017 | | 1 |
| Ericsson Inc. | CB33XC021 | Baltimore | OH | Fairfield | PLTF_004230 | 2017 | | 2 |
| Ericsson Inc. | CI54XC840 | Xenia | OH | Greene | PLTF_004242-PLTF_004243 | 2017 | | 2 |
| Ericsson Inc. | CB05HO024 | Cambridge | OH | Guernsey | PLTF_000602-PLTF_000603 | 2017 | | 1 |

| Company | Site ID | City | State | County | Bates | Year | Count |
|---|---|---|---|---|---|---|---|
| Ericsson Inc. | CB72XC010 | Logan | OH | Hocking | PLTF_004246-PLTF_004247 | 2017 | 2 |
| Ericsson Inc. | DE04XC001 | Toledo | OH | Lucas | PLTF_000600-PLTF_000601 | 2017 | 1 |
| Ericsson Inc. | CI97XC014 | La Rue | OH | Marion | PLTF_000604-PLTF_000604 | 2017 | 1 |
| Ericsson Inc. | DE33XC020 | Port Clinton | OH | Ottawa | PLTF_004244-PLTF_004245 | 2017 | 2 |
| Ericsson Inc. | DE33XC019 | OTTAWA | OH | Putnam | PLTF_004238-PLTF_004239 | 2017 | 2 |
| Ericsson Inc. | CL03XC271 | Mansfield | OH | Richland | PLTF_000605-PLTF_000606 | 2017 | 1 |
| Ericsson Inc. | DE72XC044 | HELENA | OH | Sandusky | PLTF_004240 | 2017 | 2 |
| Ericsson Inc. | RI05HO029 | Logan | WV | Logan | PLTF_000912-PLTF_000913 | 2017 | 1 |
| Ericsson Inc. | CI72XC883 | Falmouth | KY | Pendleton | PLTF_000362-PLTF_000363 | 2018 | 1 |
| Ericsson Inc. | CL06HO539 | Conneaut | OH | Ashtabula | PLTF_000542-PLTF_000543 | 2018 | 1 |
| Ericsson Inc. | PT54XC089 | PEASE (TWP) | OH | Belmont | PLTF_000558-PLTF_000559 | 2018 | 1 |
| Ericsson Inc. | CI33XC086 | Urbana | OH | Champaign | PLTF_004248 | 2018 | 2 |
| Ericsson Inc. | CI03XC560 | Wilmington | OH | Clinton | PLTF_000610-PLTF_000611 | 2018 | 1 |
| Ericsson Inc. | CB72XC012 | New Holland | OH | Fayette | PLTF_004275-PLTF_004276 | 2018 | 2 |
| Ericsson Inc. | CB72XC007 | BURLINGTON | OH | Lawrence | PLTF_004251-PLTF_004252 | 2018 | 2 |
| Ericsson Inc. | CL33XC082 | LAFAYETTE | OH | Madison | PLTF_000609-PLTF_000609 | 2018 | 1 |
| Ericsson Inc. | DE03HO148 | SHAWNEE | OH | Perry | PLTF_000612-PLTF_000613 | 2018 | 1 |
| Ericsson Inc. | CL03XC114 | Rootstown | OH | Portage | PLTF_000552-PLTF_000553 | 2018 | 1 |
| Ericsson Inc. | CL03XC176 | Bainbridge | OH | Ross | PLTF_004249-PLTF_004250 | 2018 | 2 |
| Ericsson Inc. | DE54XC743 | Bowling Green | OH | Wood | PLTF_000607-PLTF_000608 | 2018 | 1 |
| Ericsson Inc. | DA05AL040 | Blanket | TX | Brown | PLTF_000730-PLTF_000731 | 2018 | 1 |
| Ericsson Inc. | DA05AL074 | Putnam | TX | Callahan | PLTF_000724-PLTF_000725 | 2018 | 1 |
| Ericsson Inc. | DA68XCDQI | Robert Lee | TX | Coke | PLTF_000726-PLTF_000727 | 2018 | 1 |
| Ericsson Inc. | DA04AL148 | Dickens | TX | Dickens | PLTF_000776-PLTF_000777 | 2018 | 1 |
| Ericsson Inc. | DA04AL058 | Odessa | TX | Ector | PLTF_000732-PLTF_000733 | 2018 | 1 |
| Ericsson Inc. | DA04AL081 | Hamlin | TX | Jones | PLTF_000881-PLTF_000882 | 2018 | 1 |
| Ericsson Inc. | DA04AL432 | Junction | TX | Kimble | PLTF_000774-PLTF_000775 | 2018 | 1 |
| Ericsson Inc. | DA04AL011 | Amarillo | TX | Potter | PLTF_000728-PLTF_000729 | 2018 | 1 |
| Ericsson Inc. | DA04AL427 | Sonora | TX | Sutton | PLTF_000770-PLTF_000771 | 2018 | 1 |
| Ericsson Inc. | DA05AL026 | Tuscola | TX | Taylor | PLTF_000722-PLTF_000723 | 2018 | 1 |
| Ericsson Inc. | DA90XSS92 | Vernon | TX | Wilbarger | PLTF_000772-PLTF_000773 | 2018 | 1 |
| Ericsson Inc. | PT03XC254 | Weirton | WV | Hancock | PLTF_000914-PLTF_000915 | 2018 | 1 |
| Ericsson Inc. | KX55XC003 | Middlesboro | KY | Bell | PLTF_000391-PLTF_000392 | 2019 | 1 |
| Ericsson Inc. | CI24XC209 | Florence | KY | Boone | PLTF_000397-PLTF_000398 | 2019 | 1 |
| Ericsson Inc. | LV54XC701 | Danville | KY | Boyle | PLTF_000356-PLTF_000357 | 2019 | 1 |
| Ericsson Inc. | LV03UB178 | Morgantown | KY | Butler | PLTF_000314-PLTF_000315 | 2019 | 1 |
| Ericsson Inc. | LV03UB069 | Owensboro | KY | Daviess | PLTF_000377-PLTF_000378 | 2019 | 1 |
| Ericsson Inc. | LV14XC601 | Radcliff | KY | Hardin | PLTF_000298-PLTF_000299 | 2019 | 1 |
| Ericsson Inc. | LV25XC010 | Fairdale | KY | Jefferson | PLTF_000294-PLTF_000295 | 2019 | 1 |
| Ericsson Inc. | LV54XC710 | Gray | KY | Knott | PLTF_000366-PLTF_000367 | 2019 | 1 |
| Ericsson Inc. | LV72XC560 | Barbourville | KY | Knox | PLTF_000393-PLTF_000394 | 2019 | 1 |
| Ericsson Inc. | LV54XC033 | London | KY | Laurel | PLTF_000376-PLTF_000376 | 2019 | 1 |
| Ericsson Inc. | LV54XC712 | Stanford | KY | Lincoln | PLTF_000370-PLTF_000371 | 2019 | 1 |
| Ericsson Inc. | LV54XC027 | Berea | KY | Madison | PLTF_000328-PLTF_000329 | 2019 | 1 |
| Ericsson Inc. | LV03UB058 | Calvert City | KY | Marshall | PLTF_000316-PLTF_000317 | 2019 | 1 |
| Ericsson Inc. | LV03UB133 | Paducah | KY | McCracken | PLTF_000374-PLTF_000375 | 2019 | 1 |
| Ericsson Inc. | LV14XC609 | Muldraugh | KY | Meade | PLTF_000387-PLTF_000388 | 2019 | 1 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ericsson Inc. | LV54XC721 | Mt Sterling | KY | Montgomery | PLTF_000364-PLTF_000365 | 2019 | | 1 |
| Ericsson Inc. | LV54XC262 | Coxs Creek | KY | Nelson | PLTF_000324-PLTF_000325 | 2019 | | 1 |
| Ericsson Inc. | LV72XC525 | Carlisle | KY | Nicholas | PLTF_000368-PLTF_000369 | 2019 | | 1 |
| Ericsson Inc. | LV54XC704 | Somerset | KY | Pulaski | PLTF_000348-PLTF_000349 | 2019 | | 1 |
| Ericsson Inc. | LV13XC316 | Georgetown | KY | Scott | PLTF_000318-PLTF_000319 | 2019 | | 1 |
| Ericsson Inc. | LV54XC271 | Shelbyville | KY | Shelby | PLTF_000372-PLTF_000373 | 2019 | | 1 |
| Ericsson Inc. | LV03UB071 | Franklin | KY | Simpson | PLTF_000346-PLTF_000347 | 2019 | | 1 |
| Ericsson Inc. | LV03UB135 | Campbellsville | KY | Taylor | PLTF_000320-PLTF_000321 | 2019 | | 1 |
| Ericsson Inc. | NA03UB137 | Elkton | KY | Todd | PLTF_000389-PLTF_000390 | 2019 | | 1 |
| Ericsson Inc. | LV03UB059 | Bowling Green | KY | Warren | PLTF_000312-PLTF_000313 | 2019 | | 1 |
| Ericsson Inc. | LV60XC722 | Williamsburg | KY | Whitley | PLTF_000296-PLTF_000297 | 2019 | | 1 |
| Ericsson Inc. | ST03RW160 | Summit | MO | Jefferson | PLTF_000444-PLTF_000445 | 2019 | | 1 |
| Ericsson Inc. | CL03XC275 | Ashland | OH | Ashland | PLTF_000586-PLTF_000587 | 2019 | | 1 |
| Ericsson Inc. | CL33XC020 | Magnolia | OH | Carroll | PLTF_000596-PLTF_000597 | 2019 | | 1 |
| Ericsson Inc. | CL54XC763 | Kensington | OH | Columbiana | PLTF_000614-PLTF_000615 | 2019 | | 1 |
| Ericsson Inc. | CL33XC054 | BUCYRUS TWP | OH | Crawford | PLTF_000564-PLTF_000565 | 2019 | | 1 |
| Ericsson Inc. | DE33XC014 | Metamora | OH | Fulton | PLTF_004267-PLTF_004268 | 2019 | | 2 |
| Ericsson Inc. | CI13XC212 | Forest Park | OH | Hamilton | PLTF_000568-PLTF_000569 | 2019 | | 1 |
| Ericsson Inc. | CL03XC001 | BERLIN | OH | Holmes | PLTF_004257-PLTF_004258 | 2019 | | 2 |
| Ericsson Inc. | PT73XC001 | Wintersville | OH | Jefferson | PLTF_004263-PLTF_004264 | 2019 | | 2 |
| Ericsson Inc. | CI03XC641 | MIAMI | OH | Miami | PLTF_000578-PLTF_000579 | 2019 | | 1 |
| Ericsson Inc. | DE09HO190 | Tiffin | OH | Seneca | PLTF_004265-PLTF_004266 | 2019 | | 2 |
| Ericsson Inc. | CL03XC229 | Girard | OH | Trumbill | PLTF_000572-PLTF_000573 | 2019 | | 1 |
| Ericsson Inc. | CL00XC389 | Warren | OH | Trumbull | PLTF_000574-PLTF_000575 | 2019 | | 1 |
| Ericsson Inc. | CL33XC035 | New Philadelphia | OH | Tuscarawas | PLTF_000576-PLTF_000577 | 2019 | | 1 |
| Ericsson Inc. | CB73XC005 | Marysville | OH | Union | PLTF_004261-PLTF_004262 | 2019 | | 2 |
| Ericsson Inc. | CI14XC148 | SYCAMORE | OH | Wyandot | PLTF_004255-PLTF_004256 | 2019 | | 2 |
| Ericsson Inc. | DA04AL154 | Seymour | TX | Baylor | PLTF_000867-PLTF_000868 | 2019 | | 1 |
| Ericsson Inc. | AU54XC345 | Marble Falls | TX | Burnet | PLTF_000734-PLTF_000735 | 2019 | | 1 |
| Ericsson Inc. | DA04AL244 | Panhandle | TX | Carson | PLTF_000877-PLTF_000878 | 2019 | | 1 |
| Ericsson Inc. | DA04AL240 | Dalhart | TX | Dallam | PLTF_000875-PLTF_000876 | 2019 | | 1 |
| Ericsson Inc. | DA08AL137 | Post | TX | Garza | PLTF_004253-PLTF_004254 | 2019 | | 2 |
| Ericsson Inc. | AU33XC214 | Kingsland | TX | Llano | PLTF_000780-PLTF_000781 | 2019 | | 1 |
| Ericsson Inc. | DA04AL017 | Canyon | TX | Randall | PLTF_004259-PLTF_004260 | 2019 | | 2 |
| Ericsson Inc. | A2C0409A | Melbourne | FL | Brevard | PLTF_000183-PLTF_000183 | 2020 | | 1 |
| Ericsson Inc. | A2E0052A | Leesburg | FL | Lake | PLTF_000180-PLTF_000180 | 2020 | | 1 |
| Ericsson Inc. | A2E0050A | Sumterville | FL | Sumter | PLTF_000181-PLTF_000181 | 2020 | | 1 |
| Ericsson Inc. | LV15XC329 | Frankfort | KY | Franklin | PLTF_000381-PLTF_000382 | 2020 | | 1 |
| Ericsson Inc. | LV03UB115 | Upton | KY | Larue | PLTF_000395-PLTF_000396 | 2020 | | 1 |
| Ericsson Inc. | LV54XC716 | mount vernon | KY | Rockcastle | PLTF_000358-PLTF_000359 | 2020 | | 1 |
| Ericsson Inc. | LV72XC530 | Morehead | KY | Rowan | PLTF_000379-PLTF_000380 | 2020 | | 1 |
| Ericsson Inc. | KC72XC203 | Leesville | MO | Henry | PLTF_000446-PLTF_000447 | 2020 | | 1 |
| Ericsson Inc. | CI72XC789 | NORTH STAR | OH | Darke | PLTF_004269-PLTF_004270 | 2020 | | 2 |
| Ericsson Inc. | CL03XC003 | Castalia | OH | Erie | PLTF_000580-PLTF_000581 | 2020 | | 1 |
| Ericsson Inc. | CB33XC012 | Fredericktown | OH | Knox | PLTF_000598-PLTF_000599 | 2020 | | 1 |

| Company | Site ID | City | State | County | Bates Range | Year | Count |
|---|---|---|---|---|---|---|---|
| Ericsson Inc. | CI10HO741 | Coldwater | OH | Mercer | PLTF_000616-PLTF_000617 | 2020 | 1 |
| Ericsson Inc. | CB60XC260 | Circleville | OH | Pickaway | PLTF_004232-PLTF_004233 | 2020 | 2 |
| Ericsson Inc. | DA05AL076 | Olden | TX | Eastland | PLTF_000869-PLTF_000870 | 2020 | 1 |
| Ericsson Inc. | DA25XC051 | Midland | TX | Midland | PLTF_000736-PLTF_000737 | 2020 | 1 |
| Halley Engineering | | Medley | FL | Miami-Dade | PLTF_002124 | 2020 | 37 |
| Crown Castle | | Canonsburg | PA | Washington | PLTF_004071-PLTF_004220 | 2021 | 101 |
| Ericsson Inc. | LV03UB067 | Cave City | KY | Barren | PLTF_000304-PLTF_000305 | 2021 | 1 |
| Ericsson Inc. | LV25XC061 | Shepherdsville | KY | Bullitt | PLTF_000306-PLTF_000307 | 2021 | 1 |
| Ericsson Inc. | 233265_GLENCOE | Sparta | KY | Gallatin | PLTF_000350-PLTF_000350 | 2021 | 1 |
| Ericsson Inc. | LV03UB042 | Munfordville | KY | Hart | PLTF_000360-PLTF_000361 | 2021 | 1 |
| Ericsson Inc. | LV13XC322 | Midway | KY | Woodford | PLTF_000383-PLTF_000384 | 2021 | 1 |
| Ericsson Inc. | CL11HO628 | Conesville | OH | Coshocton | PLTF_004273-PLTF_004274 | 2021 | 2 |
| Ericsson Inc. | CB03HO032 | Jackson | OH | Jackson | PLTF_004234-PLTF_004235 | 2021 | 2 |
| Ericsson Inc. | CL54XC740 | Poland | OH | Mahoning | PLTF_000540-PLTF_000541 | 2021 | 1 |
| Ericsson Inc. | CB03XC251 | Marengo | OH | Morrow | PLTF_000584-PLTF_000585 | 2021 | 1 |
| Ericsson Inc. | CB03HO015 | Zanesville | OH | Muskingum | PLTF_004271-PLTF_004272 | 2021 | 2 |
| Ericsson Inc. | CB03HO005 | NEWTON | OH | Pike | PLTF_000582-PLTF_000583 | 2021 | 1 |
| Ericsson Inc. | PA-PIT0230 | Pittsburgh | PA | Allegheny | PLTF_000622 | 2021 | 001 |
| Ericsson Inc. | PT72XC001 | OHIOVILLE | PA | Beaver | PLTF_000653-PLTF_000654 | 2021 | 001 |
| Ericsson Inc. | PL60XC645 | MUHLENBERG | PA | Berks | PLTF_000641-PLTF_000642 | 2021 | 001 |
| Ericsson Inc. | PT03XC267 | Clearfield | PA | Butler | PLTF_000649-PLTF_000650 | 2021 | 001 |
| Ericsson Inc. | PT90XCRML | Cambria | PA | Cambria | PLTF_000657-PLTF_000658 | 2021 | 001 |
| Ericsson Inc. | PL44HO237 | FERGUSON | PA | Centre | PLTF_000635-PLTF_000636 | 2021 | 001 |
| Ericsson Inc. | PT44HO269 | Knox | PA | Clarion | PLTF_000630-PLTF_000631 | 2021 | 001 |
| Ericsson Inc. | PT44HO256 | Du Bois | PA | Clearfield | PLTF_000661-PLTF_000661 | 2021 | 001 |
| Ericsson Inc. | PL44HO221 | Beech Creek | PA | Clinton | PLTF_000662-PLTF_000662 | 2021 | 001 |
| Ericsson Inc. | PT97XC008 | Atlantic | PA | Crawford | PLTF_000639-PLTF_000640 | 2021 | 001 |
| Ericsson Inc. | CL33HO371 | Edinboro | PA | Erie | PLTF_000627-PLTF_000628 | 2021 | 001 |
| Ericsson Inc. | PT72XC020 | WHARTO | PA | Fayette | PLTF_000651-PLTF_000652 | 2021 | 001 |
| Ericsson Inc. | PT90XS267 | Indiana | PA | Indiana | PLTF_000655-PLTF_000656 | 2021 | 001 |
| Ericsson Inc. | PT44HO259 | GASKILL | PA | Jefferson | PLTF_000637-PLTF_000638 | 2021 | 001 |
| Ericsson Inc. | PT13XC285 | | PA | Lawrence | PLTF_000629-PLTF_000629 | 2021 | 001 |
| Ericsson Inc. | PL44HO199 | Williamsport | PA | Lycoming | PLTF_000659-PLTF_000660 | 2021 | 001 |
| Ericsson Inc. | CL33HO412 | Grove City | PA | Mercer | PLTF_000647-PLTF_000648 | 2021 | 001 |
| Ericsson Inc. | PL44HO208 | Danville | PA | Montour | PLTF_000645-PLTF_000646 | 2021 | 001 |
| Ericsson Inc. | PL44HO157 | Mount CarmeL | PA | Northumberland | PLTF_000632-PLTF_000633 | 2021 | 001 |
| Ericsson Inc. | PT90XCRMD | Stoystown | PA | Somerset | PLTF_000634-PLTF_000634 | 2021 | 001 |
| Ericsson Inc. | BU44HO329 | CONEWANGO | PA | Warren | PLTF_000643-PLTF_000644 | 2021 | 001 |
| Ericsson Inc. | PT90XS536 | Latrobe | PA | Westmoreland | PLTF_000625-PLTF_000626 | 2021 | 001 |
| Ericsson Inc. | DA11AL366 | Muleshoe | TX | Bailey | PLTF_000786-PLTF_000787 | 2021 | 1 |
| Ericsson Inc. | DA11AL361 | Summerfield | TX | Castro | PLTF_000748-PLTF_000749 | 2021 | 1 |
| Ericsson Inc. | DA05AL033 | Valera | TX | Coleman | PLTF_000760-PLTF_000761 | 2021 | 1 |
| Ericsson Inc. | DA04AL252 | Hedley | TX | Donley | PLTF_000746-PLTF_000747 | 2021 | 1 |
| Ericsson Inc. | DA04AL254 | Lockney | TX | Floyd | PLTF_000862-PLTF_000864 | 2021 | 1 |
| Ericsson Inc. | DA04AL604 | Pampa | TX | Gray | PLTF_000784-PLTF_000785 | 2021 | 1 |
| Ericsson Inc. | DA04AL257 | Quanah | TX | Hardeman | PLTF_000738-PLTF_000739 | 2021 | 1 |
| Ericsson Inc. | DA05AL014 | Mertzon | TX | Irion | PLTF_000871-PLTF_000872 | 2021 | 1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ericsson Inc. | DA04AL029 | Lubbock | TX | Lubbock | PLTF_000752-PLTF_000753 | 2021 | 1 |
| Ericsson Inc. | DA04AL243 | ADRIAN | TX | Oldham | PLTF_000750-PLTF_000751 | 2021 | 1 |
| Ericsson Inc. | DA05AL031 | Ballinger | TX | Runnels | PLTF_000879-PLTF_000880 | 2021 | 1 |
| Ericsson Inc. | DA04AL146 | Snyder | TX | Scurry | PLTF_000754-PLTF_000755 | 2021 | 1 |
| Ericsson Inc. | DA08AL135 | Brownfield | TX | Terry | PLTF_000788-PLTF_000789 | 2021 | 1 |
| Ericsson Inc. | SA06AL118 | Del Rio | TX | Val Verde | PLTF_000742-PLTF_000743 | 2021 | 1 |
| Ericsson Inc. | DA25XC603 | Graham | TX | Young | PLTF_000782-PLTF_000783 | 2021 | 1 |
| | ITS America - Annual Meeting | Charlotte | NC | Mecklenburg | PLTF_002513 | 2021 | 93 |
| Ericsson Inc. | NA03UB150 | Princeton | KY | Caldwell | PLTF_000352-PLTF_000353 | 2022 | 1 |
| Ericsson Inc. | LV03UB203 | Murray | KY | Calloway | PLTF_000344-PLTF_000345 | 2022 | 1 |
| Ericsson Inc. | LV72XC500 | Sanders | KY | Carroll | PLTF_000308-PLTF_000309 | 2022 | 1 |
| Ericsson Inc. | NA03UB092 | Hopkinsville | KY | Christian | PLTF_000342-PLTF_000343 | 2022 | 1 |
| Ericsson Inc. | CI66SH502 | Prestonsburg | KY | Floyd | PLTF_000340-PLTF_000341 | 2022 | 1 |
| Ericsson Inc. | LV54XC007 | Lancaster | KY | Garrard | PLTF_000385-PLTF_000386 | 2022 | 1 |
| Ericsson Inc. | LV03UB046 | Lewisport | KY | Hancock | PLTF_000310-PLTF_000311 | 2022 | 1 |
| Ericsson Inc. | LV03UB010 | New Castle | KY | Henry | PLTF_000336-PLTF_000337 | 2022 | 1 |
| Ericsson Inc. | LV03XC076 | Crestwood | KY | Oldham | PLTF_000338-PLTF_000339 | 2022 | 1 |
| Ericsson Inc. | CI72XC440 | Bellefontaine | OH | Logan | PLTF_004236-PLTF_004237 | 2022 | 2 |
| Ericsson Inc. | DA04AL254 | Memphis | TX | Hall | PLTF_000764-PLTF_000765 | 2022 | 1 |
| Tiger Towers | | Hammond | LA | Tangipahoa | PLTF_000950 | 2007-2008 | 3 |
| Austin Energy | | Austin | TX | Williamson | PLTF_004071 | No Date | 101 |
| B&B Electrical & Utility Contractors Inc | | Canton | MS | Madison | PLTF_004072 | No Date | 101 |
| Bin There Dump That | | El Paso | TX | El Paso | PLTF_004216 | No Date | 101 |
| Central Oklahoma Telephone Co | | Davenport | OK | Lincoln | PLTF_004073 | No Date | 101 |
| City of Broken Arrow | | Broken Arrow | OK | Tulsa | PLTF_004072 | No Date | 101 |
| City of Denham Springs Fire Dept | | Denham Springs | LA | Livingston | PLTF_004074 | No Date | 101 |
| City of San Angelo Utility Maintenance | | San Angelo | TX | Tom Green | PLTF_004074 | No Date | 101 |
| Cleco | | Bunkie | LA | Avoyelles | PLTF_004074 | No Date | 101 |
| Colonial Pipeline Company | | Alpharetta | GA | Fulton | PLTF_004074 | No Date | 101 |
| Computer Sales and Service | | Houma | LA | Terrebonne | PLTF_004076 | No Date | 101 |
| Connected Cities Integrators Inc | | Tampa | FL | Hillsborough | PLTF_004201 | No Date | 101 |
| Conrad Industries | | Morgan City | LA | St. Mary | PLTF_004074 | No Date | 101 |
| CWTC | | Greenville | SC | Greenville | PLTF_004077 | No Date | 101 |
| CX Inc dba Centronix | | Corpus Christi | TX | Nueces | PLTF_004077 | No Date | 101 |
| Darien Telephone Co | | Darien | GA | McIntosh | PLTF_004077 | No Date | 101 |
| Desoto County Electric Inc | | Horn Lake | MS | DeSoto | PLTF_004079 | No Date | 101 |
| Diamond Electrical Co Inc | | Baton Rouge | LA | East Baton Rouge | PLTF_004079 | No Date | 101 |
| East Feliciana Parish 911 Commission | | Clinton | LA | East Feliciana | PLTF_004079 | No Date | 101 |

| Name | | City | State | County | Bates | Date | Code |
|---|---|---|---|---|---|---|---|
| Elektrafi LLC | | Oklahoma City | OK | Oklahoma | PLTF_004079 | No Date | 101 |
| Energy XXI USA Inc | | Houston | TX | Harris | PLTF_004080 | No Date | 101 |
| Entercom | | New Orleans | LA | Orleans | PLTF_004080 | No Date | 101 |
| Enterprise Electronics Corporation | | Enterprise | AL | Coffee | PLTF_004079 | No Date | 101 |
| Fasig-Tipton Co | | Lexington | KY | Fayette | PLTF_004197 | No Date | 101 |
| Federal Aviation Administration Central Acquisition AAQ-520 | | Fort Worth | TX | Tarrant | PLTF_004197 | No Date | 101 |
| Greater Lafourche Port Commission | | Cut Off | LA | Lafourche | PLTF_004210 | No Date | 101 |
| Hart Telephone Company | | Hartwell | GA | Hart | PLTF_004199 | No Date | 101 |
| Iberville Bank | | Plaquemine | LA | Iberville | PLTF_004200 | No Date | 101 |
| Ineos Olefins & Polymers | | League City | TX | Galveston | PLTF_004200 | No Date | 101 |
| Irish Tower LLC | | Sugar Land | TX | Fort Bend | PLTF_004200 | No Date | 101 |
| Jacobs Technology Inc | | Tullahoma | TN | Coffee | PLTF_004201 | No Date | 101 |
| Jerry L Johnson & Associates Inc | | Morrow | GA | Clayton | PLTF_004202 | No Date | 101 |
| Kay Radio & Electronic Service LLC | | Alexandria | LA | Rapides | PLTF_004202 | No Date | 101 |
| KAYSE Communications | | Lake Arthur | LA | Jefferson Davis | PLTF_004202 | No Date | 101 |
| KKAY 1590 | | Donaldsonville | LA | Ascension | PLTF_004203 | No Date | 101 |
| Lamey Electric Inc | | Biloxi | MS | Harrison | PLTF_004204 | No Date | 101 |
| Lewis Electric Inc | | Flowood | MS | Rankin | PLTF_004204 | No Date | 101 |
| Mace Networks LLC | | East Canton | OH | Stark | PLTF_004220 | No Date | 101 |
| Magnolia Wireless Inc | | Laurel | MS | Jones | PLTF_004205 | No Date | 101 |
| McInnis Electric Co | | Byram | MS | Hinds | PLTF_004205 | No Date | 101 |
| Mesa Line Services LLC | | Alvin | TX | Brazoria | PLTF_004205 | No Date | 101 |
| Metrosite Inc | | Commerce | GA | Jackson | PLTF_004205 | No Date | 101 |
| Microwave Networks Inc | | Stratford | TX | Sherman | PLTF_004206 | No Date | 101 |
| Millry Telephone Co | | Millry | AL | Washington | PLTF_004205 | No Date | 101 |
| Mississippi Band of Choctaw Indians | | Choctaw | MS | Bolivar | PLTF_004074 | No Date | 101 |
| Nexius | | Allen | TX | Collin | PLTF_004208 | No Date | 101 |
| Opelousas General Health System | | Opelousas | LA | St. Landry | PLTF_004210 | No Date | 101 |
| Panhandle Telephone Cooperative | | Guymon | OK | Texas | PLTF_004210 | No Date | 101 |
| Phoenix Tower International | | Boca Raton | FL | Palm Beach | PLTF_004210 | No Date | 101 |
| Powell Construction Services | | Vancleave | MS | Jackson | PLTF_004210 | No Date | 101 |
| Precision | | Grove | OK | Delaware | PLTF_004210 | No Date | 101 |
| Prime Controls | | Lewisville | TX | Denton | PLTF_004210 | No Date | 101 |
| Red Peach Radio | | Ruston | LA | Lincoln | PLTF_004211 | No Date | 101 |
| Settoon Construction | | Pierre Part | LA | Assumption | PLTF_004212 | No Date | 101 |
| Site Resouces LLC | | Apex | NC | Wake | PLTF_004212 | No Date | 101 |

| Name | | City | State | County | Bates | Date | Code |
|---|---|---|---|---|---|---|---|
| Spartacus Gin Pole LLC | | Montgomery | AL | Montgomery | PLTF_004212 | No Date | 101 |
| St Charles Parish | | Hahnville | LA | St. Charles | PLTF_004213 | No Date | 101 |
| Talon Aerolytics LLC | | West Point | GA | Troup | PLTF_004213 | No Date | 101 |
| Temple Inc | | Decatur | AL | Morgan | PLTF_004215 | No Date | 101 |
| Town of Brusly | | Brusly | LA | West Baton Rouge | PLTF_004073 | No Date | 101 |
| TransCore | | Orlando | FL | Orange | PLTF_004215 | No Date | 101 |
| Universal Fabricators LLC | | Gonzales | FL | Escambia | PLTF_004216 | No Date | 101 |
| USACE | | Millington | TN | Shelby | PLTF_004210 | No Date | 101 |
| Washington Parish Communications District | | Franklinton | LA | Washington | PLTF_004220 | No Date | 101 |
| Webster Electric Co Inc | | Meridian | MS | Lauderdale | PLTF_004220 | No Date | 101 |
| Wireless Connections | | Norwalk | OH | Huron | PLTF_004220 | No Date | 101 |
| Crown Castle | | Bonita Springs | FL | Lee | PLTF_000985 | | |